# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Madison Jones,<br><br>      Plaintiff,<br><br>      v.<br><br>Twentieth Century Fox Film Corporation "dba" 20th Century Studios;<br><br>The Walt Disney Company;<br><br>20th Century Studios, Inc.;<br><br>Creative Artists Agency, LLC;<br><br>RT Features;<br><br>RT Features U.S. LLC;<br><br>James Gray; and<br><br>Ethan Gross,<br><br>      Defendants. | Case No.: 2:21-cv-05890-FWS-SKx<br><br>**FOURTH AMENDED COMPLAINT FOR:**<br><br>  1. **Copyright Infringement**<br>  2. **Breach of Contract**<br><br>**DEMAND FOR JURY TRIAL** |

## <u>FOURTH AMENDED COMPLAINT</u>

COMES NOW, Plaintiff Phillip Madison Jones, by and through his attorneys of record, Carl Brundidge, David Moore and Leena Mauskar of Brundidge & Stanger, P.C., files this fourth Amended Complaint, subsequent to the Third Amended Complaint (ECF 94), the Second Amended Complaint (ECF 91) and the original Complaint (ECF 1), against Defendants Twentieth Century Fox Film Corporation "dba" 20th Century Studios, The Walt Disney Company, 20th Century Studios, Inc. (formerly 20th Century Fox), Creative Artists Agency, LLC, RT Features, RT Features U.S. LLC, James Gray and Ethan Gross (collectively "Defendants"). For his Complaint against Defendants, Plaintiff alleges as follows:

## PARTIES

1.      Phillip Madison Jones ("Mr. Jones" or "Plaintiff"), an individual, is a resident of California. Mr. Jones, an African American, is an executive in the entertainment and media industry, a creator/author/writer, producer, and serves as the Co-Chairman of de Passe Jones Entertainment ("de Passe Jones Entertainment"). Mr. Jones uses "Phillip Jones" and "Madison Jones" professionally and the pen name "Billy Majestic" for his sci-fi/fantasy graphic novels. (*see* P. Madison Jones' Resume Exhibit 1). de Passe Jones Entertainment is a d/b/a of de Passe Jones, LLC which is a Limited Liability Company that provides entertainment content and is led by Suzanne de Passe ("Ms. de Passe") and Mr. Jones.  Under the leadership of Ms. de Passe and Mr. Jones, de Passe Jones Entertainment sources, develops, acquires, and produces a variety of high-quality television, theater, new media, and print content. Ms. de Passe has received numerous awards including 2 Emmy Awards, 30 Emmy Nominations, 1 Golden Globe, 1 Oscar Nomination, 5 NAACP Image Awards and 3 Peabody Awards. Mr. Jones' work has received an Emmy nomination. de Passe Jones Entertainment has a place of business at 9200 Sunset Blvd. Suite 510, West Hollywood, CA 90069.

2.      Twentieth Century Fox Film Corporation "dba" 20th Century Studios ("TCFFC") is incorporated in the state of Delaware and is primarily in the business of services including a film studio and motion picture & video tape production and is wholly owned by The Walt Disney Company. Twentieth Century Fox Film Corporation has a place of business at 10201 W. Pico Blvd., Los Angeles, California 90035. TCFFC assumed the business operations of 20th Century Fox Film Co. ("Fox") after The Walt Disney Company acquired Fox.

3.      The Walt Disney Company ("TWDC") is incorporated in the state of Delaware and is primarily in the business of services including film and television production and distribution and

miscellaneous amusement & recreation. TCFFC, formerly Fox, 20th Century Studios, Inc., Buena Vista Home Entertainment Inc. "dba" Walt Disney Studios Home Entertainment ("BVHE"), Walt Disney Studios Motion Pictures (WDSMP") and Disney+ are each either wholly owned subsidiaries or divisions of The Walt Disney Company. The Walt Disney Company has a place of business at 500 South Buena Vista Street, Burbank, California, 91521.

4.      20th Century Studios, Inc. ("TCS") is a company incorporated in the state of Delaware, with a principal place of business at 10201 West Pico Boulevard, Century City, Los Angeles, California 90035. TCS is a wholly owned subsidiary of The Walt Disney Company.

5.      Creative Artists Agency, LLC ("CAA"), is a limited liability company incorporated in the state of Delaware, with a principal place of business at 2000 Avenue of the Stars, Los Angeles, CA 90067. CAA is a talent and sports agency that packages actors and directors with literary clients.

6.      RT Features (RT Features"), is a movie production company, founded by Rodrigo Teixeira, located at Rua Barao De Capanema 343 50 Andar Sao Paulo Sp-Cep01411011, Brazil.

7.      RT Features U.S. LLC ("RT Features US") is a subsidiary of RT Features and a movie production company, and is located at 1640 5th Street, Suite 211, Santa Monica CA, 90401 RT Features US is registered as a Limited Liability Company in the states of California and Delaware.

8.      James Gray ("Mr. Gray") is credited as co-writer of the screenplay *Ad Astra* and director of the movie Ad Astra. Mr. Gray is represented by the talent agency CAA located at 2000 Avenue of the Stars, Los Angeles, CA 90067.

9.      Ethan Gross ("Mr. Gross") is credited as co-writer of the screenplay *Ad Astra*.

## 1. <u>NATURE OF THE ACTION</u>

10.     Plaintiff, a creator/author/writer of screenplays and graphic novels in the sci-fi/fantasy genre (*see* Exhibit 1), initiated, authored, wrote, and developed the script *Cosmic Force* (referred to herein as "the Script" or "the Screenplay"), the story of a soldier who is offered the opportunity to lead a mission across unforgiving space to the edge of the solar system to uncover the truth about his missing father, a legendary astronaut, whose doomed expedition twenty years earlier now threatens the universe due to a pulsating extraterrestrial energy source on board the father's ship. The son, leaving behind the woman in his life, Eve, accepts the mission and is joined by a wise, older man who knew of his father. The son reaches his father's lost ship in the Kuiper asteroid belt, near Neptune, that surrounds the solar system. When the son boards the ship, he realizes his father is now a madman who has destroyed his entire crew. The son must now kill his father at his father's own request. The son then destroys his father's ship and returns to earth with the extraterrestrial energy source.

11.     In order to produce the Screenplay *Cosmic Force* into a movie or television series, Plaintiff submitted the Script, to Defendants TCFFC, formerly Fox, and CAA and engaged in confidential business discussions with Defendants TCFFC, formerly Fox, and CAA regarding the production of a movie and/or television series based on the Script and the licensing or sale of the Script.

12.     The agents of Defendants CAA and TCFFC, formerly Fox, were aware that Mr. Jones and de Passe Jones Entertainment expected to be compensated by licensing or the sale of the Script and be included as part of the production team (*i.e.*, Producers), if a movie or television series was produced based on the Script. The agents of Defendants TCFFC, formerly Fox, and CAA did not object to Mr. Jones and de Passe Jones Entertainment's expectation to be compensated if the Script *Cosmic Force* was produced. At no point in any of the discussions with the Defendants TCFFC, formerly Fox, and CAA did Mr. Jones, or any other person authorized by Mr. Jones, sell or grant

any license, permission or authorization to any of the Defendants to exercise any of the rights set forth in the Copyright Act §§ 106, *et seq.* in the Script *Cosmic Force*.

13.     Subsequent to Plaintiff's submission of the *Cosmic Force* Script to Defendants TCFFC, formerly Fox, and CAA, the screenplay *Ad Astra* was commissioned by RT Features and RT Features US and written by James Gray and Ethan Gross, the movie *Ad Astra* was financed and produced by Defendants TCFFC, formerly Fox, CAA, RT Features and RT Features US, trailers of the movie Ad Astra were produced by the Defendants and the movie *Ad Astra* was produced and then distributed and displayed to the public in the U.S. and around the world by the Defendants TCFFC, formerly Fox, TWDC and others including Walt Disney Studios Motion Pictures, Buena Vista Home Entertainment Inc. "dba" Walt Disney Studios Home Entertainment, Disney+, and HBO Max, without Plaintiff's authorization or permission. Defendant CAA also conducted sales of the movie *Ad Astra*, the derivative of the Script, as a Sales Representative without Plaintiff's authorization or permission. Defendants withheld all information regarding the producing of the *Ad Astra* screenplay, the financing, production, distribution, display and sales of the movie *Ad Astra* and the producing and displaying of trailers of the movie *Ad Astra* to promote the sales and viewing of the movie *Ad Astra* to the public from Plaintiff.

14.     *Ad Astra* (*i.e.,* English translation "To The Stars") was directed by James Gray and stars Brad Pitt, Tommy Lee Jones, Liv Tyler, Ruth Negga and Donald Sutherland. James Gray and Ethan Gross claim writing credits for *Ad Astra* and cooperated with RT Features and RT Features US to produce the derivative of the Script, the *Ad Astra* screenplay. CAA represents James Gray, Brad Pitt, and Tommie Lee Jones as a talent agency and conducted packaging of James Gray, Brad Pitt, and Tommie Lee Jones for the movie *Ad Astra*.

15.     Plaintiff discovered that the movie *Ad Astra*, the screenplay *Ad Astra* and the trailers of the movie *Ad Astra*, because of their success, derived substantial revenues and profits from *Cosmic Force*. The underlying storyline and its expressions in the movie, screenplay and trailers of *Ad Astra,* including storyline, characters, plot, mood, theme, and various minor elements (i.e. setting, pace, sequence of events, dialog, etc.) are at least substantially, if not extremely, similar to the copyrightable elements of *Cosmic Force.* These substantial similarities, if not extreme similarities, of the copyrightable elements of *Cosmic Force* could not have occurred but for the access to Mr. Jones' Script *Cosmic Force* provided to Defendants.

16.     Those responsible for the copying not only directly copied many of the copyrightable elements of *Cosmic Force*, but had to navigate around some of the other copyrightable elements of *Cosmic Force* to avoid detection, while taking the entire central storyline, characters, plot, mood, theme and various minor elements of *Cosmic Force* from beginning to end.  Furthermore, since the release of *Ad Astra*, Plaintiff has been unable to market the *Cosmic Force* Script to others because of the substantial, if not extreme similarities.

17.     Prior to the access to Mr. Jones' Script *Cosmic Force* provided to Defendants, James Gray and Ethan Gross developed a screenplay, or concept for a screenplay, for *Ad Astra* ("To the Stars") that was entirely different from Plaintiff's Screenplay *Cosmic Force*. It was only after the access to Mr. Jones' Script *Cosmic Force,* provided to Defendants, that James Gray and Ethan Gross*,* under the commission of the Defendants, allegedly wrote a derivative of *Cosmic Force* as their screenplay that formed the basis of the movie *Ad Astra* and the trailers of the movie *Ad Astra*. The screenplay, movie and trailers of *Ad Astra* contain substantial similarities, if not extensive similarities, to the copyrightable elements of Plaintiff's Script *Cosmic Force*. Based on Defendants' access to the *Cosmic Force* Script and the degree of similarities between

6

copyrightable elements of *Cosmic Force* and *Ad Astra*, it is obvious that Defendants knowingly and improperly appropriated Plaintiff's creative work without authorization or permission.

18.     Therefore, Defendants have infringed and continue to infringe Plaintiff's registered copyright in *Cosmic Force* by transforming *Cosmic Force* into *Ad Astra* without Plaintiff's authorization, or permission, after obtaining a copy of the Script, copying numerous copyrightable elements of *Cosmic Force*, financing and producing the movie *Ad Astra,* (the "Infringing Work"), producing, distributing and displaying trailers of the movie *Ad Astra*, distributing, displaying and conducting sales of the movie *Ad Astra* in the U.S. and worldwide, and profiting from the Infringing Work *Ad Astra*. Defendants, via *Ad Astra*, not only appropriated without authorization or permission Plaintiff's Script, but also blatantly infringed Plaintiff's valuable copyright in the *Cosmic Force* Script, and mislead and deceived, or are likely to mislead or deceive the public as to the Infringing Work's source.  Unless enjoined, Defendants will cause irreparable injury to Plaintiff's goodwill, identity, and reputation, for which the Plaintiff has no adequate remedy at law.

## 2.     JURISDICTION AND VENUE

19.     This action is brought, and subject matter jurisdiction lies within this Court, pursuant to 28 U.S.C. § 1331 and 1338. This Court has federal question jurisdiction in this action in which Plaintiff seeks damages caused by (a) Defendants' copyright infringement and injunctive relief against Defendants named herein under Sections 101 of the Copyright Act of the United States, 17 U.S.C. § 501, *et seq.* and (b) Defendants' unfair competition and passing off activities in violation of 15  U.S.C. § 1125(a). This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law under 28 U.S.C. § 1367, as those claims form part of the same case or controversy.

20.     This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, and acts of infringement complained of herein occurred in the State of California and in this judicial district.

21.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to the within claims occurred in this district, and each Defendant either resides in this district or has substantial and continuous ties to this district.

### 3.     FACTUAL ALLEGATIONS

22.     In the fourth quarter of 2014, Plaintiff, a creator/author/writer of screenplays and a published graphic novel in the sci-fi/fantasy genre, authored the Script of *Cosmic Force,* the story of a soldier who is offered the opportunity to lead a mission across unforgiving space to the edge of the solar system to uncover the truth about his missing father, a legendary astronaut, whose doomed expedition twenty years earlier now threatens the universe due to a pulsating extraterrestrial energy source on board the father's ship. The son, leaving behind the woman in his life, named Eve, accepts the mission and is joined by a wise, older man who knew of his father. The son reaches his father's lost ship near the Kuiper asteroid belt that surrounds the solar system, near Neptune. When the son boards the ship,  he realizes his father is now a madman who has destroyed his entire crew. The son must now kill his father, at his father's own request. The son then destroys his father's ship and returns to earth with the extraterrestrial energy source. (*see* Exhibit 2a - copy of the Script under "Billy Majestic" and Exhibit 2b – copy of the Script under "Madison Jones").

23.     At all times relevant hereto, Plaintiff has been and still is the holder of the exclusive rights under the Copyright Act to reproduce, distribute, display, make derivative works, or license the reproduction, distribution, display and/or the making of derivatives of his work of *Cosmic Force*

throughout the United States and the world. Plaintiff registered the Script *Cosmic Force* with the U.S. Copyright Office on July 29, 2020 as Registration No. TXu002212018. (*see* Exhibit 3).

24.     On February 7, 2015, Plaintiff registered the Script with Writers Guild of America West (WGA) as WGA Registration No. 1763629. (*see* Exhibit 4).

25.     On November 10, 2015, a meeting was held in the offices of de Passe Jones Entertainment to promote the Script. The meeting was attended by Cameron Mitchell ("Mr. Mitchell"), an agent/employee of Defendant CAA, Derek Dudley ("Mr. Dudley"), an associate of Mr. Mitchell, of Freedom Road Entertainment, Ms. de Passe and Mr. Jones.  In order to promote the Script and pursue a potential cooperative project with Defendant CAA, including the licensing and sale of the Script, Plaintiff's communication to Mr. Mitchell, and Mr. Mitchell was thereby aware, that Mr. Jones and de Passe Jones Entertainment expected to be compensated for the licensing or sale of the Script and be included as part of the production team (*i.e.*, Producers), if a movie or television series was produced based on the Script.  Mr. Mitchell did not express any objections to Mr. Jones and de Passe Jones Entertainment's expectation. At the meeting, Mr. Jones discussed with Mr. Mitchell the content and unique story presented in the Script and the production of a movie or television series by Defendant CAA based on the Script.  These business discussions were held in confidence and confidential.

26.     During the November 10, 2015 meeting, Mr. Mitchell – aware that Plaintiff was a creator/author/writer of screenplays and graphic novels in the sci-fi/fantasy genre – acknowledged the uniqueness of the story presented by the Script and expressed an interest in the Script. Mr. Mitchell also stated that he would have Nancy Jones ("Ms. Jones"), a packaging agent at Defendant CAA, review the Script to determine how the Script can be "packaged" by CAA (with a director, talent, *etc.*) for production. At no point during the meeting did Mr. Jones, or any other person

9

authorized by Mr. Jones, sell or grant any license, permission or authorization to CAA to exercise any of the rights set forth in the Copyright Act §§ 106, *et seq.* in the Script *Cosmic Force*.

27.     Later the same day, as a follow up to the November 10, 2015 meeting, Plaintiff sent an email (*see* Exhibit 5) to Mr. Mitchell attaching a copy of the Script. The copy of the Script sent to Mr. Mitchell was under Plaintiff's pen name "Billy Majestic" as shown in Exhibit 2a.

28.     On November 11, 2015, Mr. Mitchell replied to Plaintiff's November 10, 2015 email, writing "[g]lad we had the meeting[,]" and acknowledging receipt of the Script. (*see* Exhibit 6).

29.     On November 12, 2015, Plaintiff replied to Mr. Mitchell's November 11, 2015 email, writing "[l]ooking forward to the future with you [.]" (*see* Exhibit 7)

30.     On or about November 18, 2015, Mr. Mitchell informed Mr. Jones, via Ms. de Passe, of his idea of producing the Script as a space opera in a TV format. In response, Plaintiff sent an email (*see* Exhibit 8) to Mr. Mitchell, in which he discussed such possibility, and again attached a copy of the Script divided into two episodes to accommodate Mr. Mitchell's space opera, TV format idea.

31.     On February 9, 2016, Plaintiff sent a follow-up email (*see* Exhibit 9) to Mr. Mitchell, requesting the status and progress of the review of the Script and the packaging of the Script with a director, talent, *etc*. by Ms. Nancy Jones, the packaging agent for Defendant CAA. On the same day, Mr. Mitchell responded to Mr. Jones' February 9, 2016 email, writing "[l]et me check in with her right away. I remain a big fan of the project." (*see* Exhibit 10).

32.     On February 24, 2016, another meeting was held at the offices of Davis Entertainment to promote the Script *Cosmic Force*. The meeting was attended by Mike Stein ("Mr. Stein") of Defendant TCFFC, formerly Fox, John Davis ("Mr. Davis") of Davis Entertainment, Ms. de Passe and Mr. Jones. These business discussions were held in confidence and confidential. As part of

Plaintiff's marketing efforts, and in order to promote the Script to pursue a potential cooperative project, including the licensing and sale of the Script, with Defendant TCFFC, formerly Fox, Plaintiff pitched the story of *Cosmic Force* to Mr. Stein. Mr. Stein – aware that the Plaintiff was a creator/author/writer of screenplays and graphic novels in the sci-fi/fantasy genre – expressed interest after hearing the pitch, then requested to read the Script for *Cosmic Force*.

33.     During the meeting Mr. Stein acknowledged the uniqueness of the story presented by the Script. Mr. Stein was aware that Mr. Jones and de Passe Jones Entertainment expected to be compensated for any licensing or sale of the Script and be included as part of the production team (i.e. Producers), if a movie or television series was produced based on the Script. Mr. Stein did not express any objections to Mr. Jones and de Passe Jones Entertainment's expectation. At no point during the meeting did Mr. Jones, or any other person authorized by Mr. Jones, sell or grant any license, permission or authorization to Fox to exercise any of the rights set forth in the Copyright Act §§ 106, *et seq.* in the Script *Cosmic Force*.

34.     On the same day, as a follow up to the February 24, 2016 meeting, Plaintiff sent a first email (*see* Exhibit 11) to Mr. Stein confirming the discussions at the meeting and promising to send a copy of the Script by a further email and a second email (*see* Exhibit 11) attaching a copy of the Script, *Cosmic Force* as requested by Mr. Stein during the meeting.

35.     The copy of the Script sent to Mr. Stein was under Plaintiff's professional name "Madison Jones" as shown as Exhibit 2b. Mr. Stein sent an email (*see* Exhibit 11) on the same day responsive to Plaintiff's emails confirming the meeting and informing Plaintiff that he "look[s] forward to checking out the material".

36.     Subsequent to the February 24, 2016 meeting with Mr. Stein, a telephone conference was conducted with Mr. Stein regarding the Script. The telephone conference was attended by Mr.

Stein, Ms. de Passe and Mr. Jones. During the telephone conference, Mr. Stein acknowledged having read the Script and expressed that he liked the Script. Further, during discussion among the attendees of the telephone conference about the Script and production of the Script, Mr. Stein revealed that the executives of TCFFC, formerly Fox, decided to pass on the Script.

37.     Specifically Mr. Stein told Mr. Jones and Ms. de Passe "I like the script, but Fox would never do it with you." Mr. Jones and Ms. de Passe asked what Mr. Stein meant by "you". Mr. Stein answered, "Fox doesn't need your company for sci-fi." Mr. Stein then asked, "do you have any music projects or Black biopics."

38.     As the conversation continued, Mr. Jones and Ms. de Passe were confused and disheartened by the exchange with Mr. Stein in that it seemed to imply that because Mr. Jones was African American TCFFC, formerly Fox, would not work with him on a science-fiction movie, even if members of the executive team at TCFFC, formerly Fox, liked his script, and that TCFFC, formerly Fox, would only be willing to work with a Black creator/writer on what the studio considered Black-themed content (i.e. slavery, gangsters, drug dealing, crime, sports and music-related, or Black history).

39.     However, unbeknownst to Plaintiff, and without his authorization or permission, Defendants passed off the *Cosmic Force* Script as their own to secure talent, financing, etc., and reproduced *Cosmic Force* as *Ad Astra* in a screenplay, and distributed and displayed *Cosmic Force* as *Ad Astra* as a movie and trailers beginning on September 18, 2019.

40.     Upon information and belief, Defendants TCFFC, formerly Fox, TWDC, and CAA executed contracts with Defendants RT Features, RT Features US, James Gray and Ethan Gross in which Defendants TCFFC, formerly Fox, TWDC, and CAA had the right and ability to

supervise Defendants RT Features, RT Features US, James Gray and Ethan Gross in their writing, producing, financing and directing of *Cosmic Force* as *Ad Astra*.

41.     Further, upon information and belief, Defendants RT Features, RT Features US, James Gray and Ethan Gross under the supervision of, or being induced by, Defendants TCFFC, formerly Fox, TWDC, TCS and CAA, used and profited from the use of, Plaintiff's copyrighted work *Cosmic Force* in their writing, producing, financing and directing of *Cosmic Force* as *Ad Astra*.

42.     On September 18, 2019, TCFFC, formerly Fox and TWDC  in combination with CAA and RT Features, financed the reproduction of *Cosmic Force* as the movie *Ad Astra* and released the movie *Ad Astra*, which contains substantially, if not extremely, similar elements with the copyrightable elements of *Cosmic Force*.

43.     According to The-Numbers.com at https://www.the-numbers.com/movie/Ad-Astra-(2019)#tab=box-office and IMDb.com  at   https://pro.imdb.com/title/tt2935510/boxoffice , the movie *Ad Astra* Worldwide generated Box Office Revenues of $135,432,019 and Total Estimated Video Sales of $9,527,666 and was produced on a Production Budget of $80,000,000.

44.     Also, the IMDb.com at https://pro.imdb.com/title/tt2935510/companycredits provides a listing of companies that cooperated with each other in reproducing the derivative work *Ad Astra* the movie, including CAA Media Finance (i.e. a division of CAA), RT Features, 20th Century (via its predecessor Twentieth Century Fox), TCFFC, formerly Fox, and TWDC, companies that cooperated with each other as Sales Representatives in conducting sales of the derivative work *Ad Astra*, including CAA, and companies that cooperated with each other in distributing and displaying the derivative work *Ad Astra* in the U.S. and throughout the world, including Defendants TCFFC, formerly Fox, TWDC, TCS, WDSMP,  Disney+, HBO Max, that have

directly infringed (i.e. direct infringers) Plaintiff's copyrighted work by reproducing, selling, distributing and displaying *Ad Astra* without Plaintiff's authorization or permission.

45.     As per IMDb.com at   https://pro.imdb.com/title/tt2935510/companycredits   TCFFC distributed *Ad Astra* through WDSMP in the U.S., WDSMP distributed *Ad Astra* in the U.S. on its own, BVHE distributed Ad Astra via videos sales in the U.S. and Disney+ distributed Ad Astra via online media, all such actions being acts of infringement of Plaintiff's copyright. Each of TCFFC, formerly Fox, TCS, WDSMP, BVHE Disney+ are divisions and/or subsidiaries of TWDC, thereby being agents of TWDC. Also, TWDC distributed Ad Astra in Japan.

46.     The screenplay for *Ad Astra* was co-written by the director of *Ad Astra*, James Gray and writer Ethan Gross on August 11, 2016. (*see* Exhibit 13). James Gray and Ethan Gross cooperated with RT Features and RT Features US to produce the derivative of the Script, the *Ad Astra* screenplay. The director James Gray first confirmed his plans to write and direct *Ad Astra* in a May 12, 2016 article by "Variety.com", during an interview at the 2016 Cannes Film Festival. (*see, e.g.* https://variety.com/2016/film/news/cannes-james-gray-making-sci-fi-epic-ad-astra-1201772539/).

47.     However, prior to May 12, 2016 in a September 10, 2013 article by "SCREENREALM.com" James Gray "revealed more details regarding his upcoming sci-fi picture. Titled *To the Stars,* the movie "revolves around a group of astronauts who go on a mission to bring a renegade colonist back to Earth"". (*see, e.g.,* https://www.screenrealm.com/james-grays-sci-fi-thriller/).

48.     Therefore, the screenplay, or concept for a screenplay, developed by James Gray and Ethan Gross prior to May 12, 2016 or August 11, 2016, was of  "a group of astronauts who go on a mission to bring a renegade colonist back to Earth", which is entirely different from Plaintiff's

14

Screenplay of *Cosmic Force*, the story of a soldier who is offered the opportunity to lead a mission across unforgiving space to the edge of the solar system to uncover the truth about his missing father, a legendary astronaut, whose doomed expedition twenty years earlier now threatens the universe due to a pulsating extraterrestrial energy source on board the father's ship. The son, leaving behind the woman in his life, named Eve, accepts the mission and is joined by a wise, older man who knew of his father. The son reaches his father's lost ship near the Kuiper asteroid belt that surrounds the solar system, near Neptune. When the son boards the ship, he realizes his father is now a madman who has destroyed his entire crew. The son must now kill his father, at his father's own request. The son then destroys his father's ship and returns to earth with the extraterrestrial energy source.

49.     The date the screenplay for *Ad Astra* was allegedly written by James Gray and Ethan Gross, August 11, 2016, under commission by the Defendants RT Features and RT Features US, was well after the dates the *Cosmic Force* Screenplay was written in the fourth quarter 2014, registered with the WGA on February 7, 2015 and submitted to Defendants on November 10, 2015 and February 24, 2016.

50.     Thus, it was only after the access to Mr. Jones Script, *Cosmic Force* provided to Defendants that a screenplay was written by James Gray and Ethan Gross, that formed the basis of the movie *Ad Astra*. Both the screenplay and the movie *Ad Astra* contain substantial similarities, if not extensive similarities, to the copyrightable elements of Plaintiff's Script *Cosmic Force,* including storyline, characters, plot, mood, theme and various minor elements (i.e. setting, pace, sequence of events, dialog, etc.). Any differences between the movie *Ad Astra* and Plaintiff's Script *Cosmic Force* are so small and insignificant that they cannot be afforded copyright protection, and are, in fact, nothing more than transparent attempts to hide Defendants' copying. Therefore, *Ad Astra* is

a mere copy and/or derivative of Plaintiff's Screenplay *Cosmic Force* that was financed, written and produced by Defendants without the authorization or permission of Plaintiff.

51.     On July 24, 2020, after having viewed the movie *Ad Astra* for the first time, Plaintiff discovered numerous similarities between the movie *Ad Astra* and the copyrightable elements of the Script *Cosmic Force*. Thereafter, Mr. Jones together with members of de Passe Jones Entertainment, including Kathryn Sermak, Mr. Jones' Assistant, compared the movie *Ad Astra,* and its original screenplay, and his script *Cosmic Force*, and determined that there are substantial, if not extensive, similarities between the movie *Ad Astra*, its screenplay, and the copyrightable elements of Mr. Jones' Script *Cosmic Force.* Mr. Jones felt betrayed and was disturbed by this blatant theft.

52.     The movie *Ad Astra,* the screenplay *Ad Astra*, and the trailers of the movie *Ad Astra* copied numerous copyrightable elements of Plaintiff's Script precisely, including but not limited to: the storyline, synopsis, movie descriptions, characters, plot, mood, theme, specific scenes, scenarios, various other minor elements (i.e. setting, pace, sequence of events, dialog, etc.), *etc*. A listing of some of the similarities of the movie *Ad Astra*, its screenplay, and the trailers of *Ad Astra* and the copyrightable elements of Mr. Jones' script *Cosmic Force* are set forth below, thereby evidencing the infringement of the copyright held by Mr. Jones. Said similarities include:

52A.   **SIMILARITIES IN STORYLINE:**

(1)     *Ad Astra* copied the central storyline of *Cosmic Force*.

(2)     *Ad Astra* copied the central storyline in *Cosmic Force* including: (i) Logan is given the chance to travel into space on a secret mission to find his father by a powerful dark organization called De Facto; (ii) Logan's father, Vince Decker  has been missing from his life for twenty years; (iii) the woman in Logan's life is named Eve; (iv) Logan has been troubled by his father's

disappearance, broods over the loss, and how to live up to his father's image; (v) Logan recalls how his father left him and what life has been like being the son of a legendary/hero astronaut; (vi) In a key scene Logan is told his father may be alive. Logan says "My father's alive?"; (vii) Logan is told his father's ship has been found using advanced location technology shown to him on a digital screen; (viii) the location of Logan's father's lost ship is the <u>Kuiper Asteroid Belt</u> at the furthest reaches of our solar system; (ix) In the very next scene Logan reminisces about his father while looking at digital images of the famous man's decorated career; (x) Logan accepts the mission and a wise, older man named Von Elvin Raimes, who knows of Logan's father, surprises him by deciding to accompany him into space; (xi) Logan departs earth, finds his father's ship, and realizes that his father is now a mad man; (xii) Logan discovers that his father has destroyed his entire crew; (xiii) While in space, Logan's father has found an extraterrestrial pulsing light/energy source called the Darklight; (xiv) Logan confronts his father for the first time in decades onboard the lost ship; (xv) Logan agonizes as his father asks him to kill him and let him die; (xvi) Logan realizes his father is too far gone and must die in space and not return with him to earth; (xvii) Logan makes the difficult choice to kill his father at his father's request after he and his father reconcile; (xviii) In *Cosmic Force* the father is killed in the explosion of his ship; (xix) Logan destroys his father's ship; and (xx) Logan retrieves the extraterrestrial energy source and sets out to return to Earth as his father's ship explodes, with the exception that in *Ad Astra* the organization is called SpaceCom not De Facto, the extraterrestrial pulsing light/energy source in *Ad Astra* is not called the Darklight as in *Cosmic Force*, and in *Ad Astra* the father is killed by Roy untethering him so that he can float out in space and perish.

(3)        *Ad Astra* copied *Cosmic Force* by placing Roy's father's missing ship in the same or similar location as Logan's father's missing ship. *Ad Astra* refers to the location of the ship as

being near the planet Neptune, which is in and/or adjacent to the Kuiper Asteroid Belt the location of Logan's father's ship.

**52B.   SIMILARITIES IN DIALOGUE AND SCENES:**

(1)      *Ad Astra* copied the Speech to Audience Regarding Mission dialogue and scene of *Cosmic Force*.

i.– *AD ASTRA* movie copied at 52-1:12; 1:27-1:56 – SCREEN CARD: "THE NEAR FUTURE…" scene from the *COSMIC FORCE* script at P.1 – In script as the timeframe for the story – "A FEW BEATS INTO THE FUTURE"

ii.– *AD ASTRA* copied at 0:44-0:47 in the *Ad Astra* Movie Trailer/ July 18, 2019 Roy McBride giving speech before the press and observers, who applaud for the mission from the *COSMIC FORCE* script at Pgs. 1-2 Opening Scene - Commander Vince Decker giving speech before the press and observers, who applaud for the mission.

(2)      *Ad Astra* copied the My Father is Alive dialogue and scene of *Cosmic Force*.

i.      *AD ASTRA* movie copied at 11:20 - 16:12 the My Father is Alive dialogue from *Cosmic Force* including: "Major, what can you tell us about the Lima project"; Roy: "First manned exposition to the outer solar system sir, some 29 years ago"; "And the commander was?"; Roy: "The commander was my father sir… no data was ever recovered"; We believe your father is still alive near Neptune"; Roy: "My father's alive?"; and "We believe so … The mission is on a need to know basis… keep a low profile", which is the same as, if not substantially similar to, the dialogue of *COSMIC FORCE* script at Pg. 13 – 15 including: "What do you remember about the Polaris"; Logan: "My father commanded it, the ship disappeared"; "De Facto has located the Polaris"; Logan: "My father's alive"; and "We don't know"  -- "Von wants to send a ship. A secret mission".

ii.  *Ad Astra* movie copied from *Cosmic Force*, the "My father is alive scene" being immediately followed by a scene in which the lead character, the son, began remembering his father through images of the father's illustrious career on a digital screen.

(3)  *Ad Astra* copied the Wise Older Man Dialogue and Scenes from *Cosmic Force*.

i.  AD ASTRA movie at 16:14-16:23 copied the dialogue and scenes of the introduction of the wise, older man character Colonel Thomas Pruitt from the *COSMIC FORCE* script at Pgs. 4-5 which introduced the wise, older man character Von Elvin Raimes. In the *Ad Astra* movie Colonel Pruitt (*Ad Astra*) was modeled after Von Elvin Raimes (*Cosmic Force*) in age and physical.

ii.  AD ASTRA movie at 16:14 – 16:23 copied the dialogue of *Cosmic Force* where Colonel Pruitt tells Roy he is going with him on the ship to find his missing father. In the *COSMIC FORCE* script at Pg. 73 Von Elvin Raimes tells Logan he is going with him on the ship to find his missing father, the same as, if not substantially similar to, *Ad Astra*.

iii.  AD ASTRA movie at 24:29 - 24:50 copied the scene and emotion of *Cosmic Force* where Roy shares with another character, in this case Col. Pruitt, his feelings concerning his missing father. In the *COSMIC FORCE* script at Pg. 82 - Logan shares with Eve, and later Owen (his best friend), his feelings concerning his missing father, the same as, if not substantially similar to, *Ad Astra*.

(4)  *Ad Astra* copied dialogue and scenes of *Cosmic Force* regarding the father's missing ship—lost in space.

i.  AD ASTRA movie at 40:09 - 40:29 copied the scene of *Cosmic Force* where Roy and crew member suit up and travel in space to the lost ship. In the *COSMIC FORCE* script at Pg. 86 Logan and crew suit up to travel in space towards Logan's father's lost ship, the same as, if not substantially similar to, *Ad Astra*.

19

ii.     *AD ASTRA* movie at 43:14 - 43:49 copied the unique and unusual nature of the vicious attack scenes in *Cosmic Force* by the "altered" crew, wherein *Ad Astra* substituted the "altered" baboons for the "altered" crew in *Cosmic Force*. In *Ad Astra* Roy and crew member are viciously attacked by a rabid, red eyed baboon kept in a space holding area who killed the captain on the research ship floating in space. In the *COSMIC FORCE* Script at Pgs. 109 - 110 Logan and his crew are viciously attacked by mutated humans, members of the destroyed crew on his father's ship, who have become proto-morphed human/extraterrestrial beings, the same as, if not substantially similar to, *Ad Astra*.

iii.    *AD ASTRA* movie at 1:04:34 - 1:06:05 copied the scene of *Cosmic Force* of the disclosure to the son of what happened to his father and his father's mission. In *Ad Astra* Helen (Dir. Of Operations) shows Roy a digital screen with images of his father talking about his mission and what happened to the crew onboard. In the *COSMIC FORCE* script at Pg. 17- Logan and Eve discuss the "special report" of his father's mission and at Pg.14 Logan views video of his father on day of Polaris launch on a digital screen and later discovers that his father destroyed his crew by poisoning, the same as, if not substantially similar to, *Ad Astra*.

(5)        *Ad Astra* copied the Speaking to Father After Many Years Dialog and Scenes of *Cosmic Force*.

i.     *AD ASTRA* movie at 1:29:17 – 1:29:41 copied the dialogue and scene of *Cosmic Force* where Roy's father sees and speaks to him for the first time since he left him as a teenager on earth with his mother. In the *COSMIC FORCE* script at Pg. 111 Logan's father sees and speaks to him for the first time since he left him as a little boy on earth with his mother, the same as, if not substantially similar to, *Ad Astra*.

20

ii.      *AD ASTRA* movie at 1:30:25 - 1:31:52 copied the dialogue and scene of *Cosmic Force* where Roy stands before his father and tells him he loves him. In the *COSMIC FORCE* script at Pg. 112 Logan and his father meet face to face and at Pg. 113 Logan tells his father he loves him, the same as, if not substantially similar to, *Ad Astra*.

iii.      *AD ASTRA* movie at 1:32:24 - 1:32:58 copied the dialogue and scene of *Cosmic Force* where Roy reaches out tenderly to his father (who is now a madman) and makes physical contact, He pulls him close telling him "It's time to go and We don't have much time." In the *COSMIC FORCE* script at Pg. 113 Logan reaches out tenderly to his father (who is now a mad man) and makes physical contact and at Pg. 112 Logan says "I have missed my father, so I came to find him and take him home," the same as, if not substantially similar to, *Ad Astra.*

(6)      *Ad Astra* copied the Son Kills Father As Per Father's Request Dialogue and Scenes of *Cosmic Force*.

i.      *AD ASTRA* movie at 1:39:30 - 1:39:40 copied the son kills father at father's request scene of *Cosmic Force* where in *Ad Astra* Roy disconnects his father's safety rope after he and his father fight in space; Roy is requested by his father to let him float away in space to die so that Roy would be free to save earth; Roy obeys his father's request and then blows up his father's ship and returns to earth. In the *COSMIC FORCE* script at Pg. 120 Logan tells his father goodbye when he realizes he cannot return with him, blows up his father's ship and returns to earth, the same as, if not substantially similar to, *Ad Astra*.

ii.      *AD ASTRA* movie in its ending at 1:35:57 - 1:49:41 copied the explosion of the father's ship and Roy's travel back to earth scene of *Cosmic Force* where in *Ad Astra* Roy detonates his father's vessel which explodes in space culminating into a massive plume of cosmic energy trailing behind Roy's ship as he travels back to earth with the extraterrestrial energy source, found by his

father. In the ending of the *COSMIC FORCE* script at Pg. 120 the explosion of the father's ship creates a huge cosmic wave that propels Logan's ship into space and back toward Earth with the extraterrestrial energy source, the Darklight, found by his father, the same as, if not substantially similar to, *Ad Astra*.

(7)        *Ad Astra* copied the Extraterrestrial Energy Source of *Cosmic Force*.

i.        *AD ASTRA* movie at 1:28:25 - 1:28:35 copied the encounter by the son of the Extraterrestrial Energy Source scene of *Cosmic Force* where in *Ad Astra* Roy McBride approaches a metal containment box on his father's ship, where the extraterrestrial energy source glows with power. In the *COSMIC FORCE* script at Pg. 110 Logan approaches a metal containment harness, where the extraterrestrial energy source called the Darklight glows with power is held, the same as, if not substantially similar to, *Ad Astra*.

ii.        *AD ASTRA* movie at 1:44:04 - 1:46:51 copied the taking by the son of the Extraterrestrial Energy Source to earth dialog and scene of *Cosmic Force* where in *Ad Astra* Roy takes the extraterrestrial energy source, his father found, back to Earth. In the *COSMIC FORCE* script at Pg.113 Logan takes the extraterrestrial energy source, the Darklight, his father found, back to Earth, the same as, if not substantially similar to, *Ad Astra*.

(8)        *Ad Astra* copied from *Cosmic force* the naming of the ships used to transport the characters.

i.        *Ad Astra* copied from *Cosmic force* the naming of the missing ship in *Cosmic Force*, POLARIS, by naming Roy's ship in *Ad Astra* CEPHEUS—oddly evocative of POLARIS—both are seven-letter celestial names, wherein Polaris is the North Star and Cepheus always points toward the North Star, namely Polaris.

52C.   **SIMILARITIES IN THEMES:**

22

(1)      *Ad Astra* copied the theme of "Humanity's future existence on earth and in the solar system/universe" from *Cosmic Force*.

(2)      *Ad Astra* copied the theme of "Humanity sends a hero and celebrated astronaut into space to explore the universe and return to the earth with findings that could improve life on earth" from *Cosmic Force*.

(3)      Ad Astra copied the theme of "Humanity and the earth come under threat of being harmed by an extraterrestrial energy source" from *Cosmic Force*.

(4)      *Ad Astra* copied the theme of "The extraterrestrial energy source is emanating from the ship of the former hero, father and celebrated astronaut who has gone mad and has destroyed his crew" from *Cosmic Force*.

(5)      *Ad Astra* copied the theme of "The son of the celebrated astronaut, an accomplished soldier in his own right, and in spite of the extreme lack of contact or relationship with his father, accepts the mission to travel to the edge of the solar system to find his father and return to earth with the extraterrestrial energy source to save earth" from *Cosmic Force*.

(6)      *Ad Astra* copied the theme of "The son struggles with his feelings of abandonment by his father" from *Cosmic Force*.

(7)      *Ad Astra* copied the theme of "The son is faced with the decision to either save his father, who he learns he still loves, or kill his father as per his father's request" from *Cosmic Force*.

(8)      *Ad Astra* copied the theme of "The father dies in space in a manner sadly at the hands of the son" from *Cosmic Force*.

(9)      *Ad Astra* copied the theme of "The audience is offered a feel-good moment when the Son's ship streaks back to earth riding the energy of the explosion of the father's ship" from *Cosmic Force*.

**52D.   SIMILARITIES IN CHARACTERS:**

(1)      The character Logan Decker of *Cosmic Force*, a soldier who later becomes an astronaut, a son of a legendary/hero astronaut who undertook an important mission but has been lost in space for decades, who accepts a mission to find his father and retrieve an extraterrestrial energy source from his father that is threatening earth, is the same or substantially similar to the character Roy McBride of *Ad Astra*, played by Brad Pitt.

(2)     The character Vince Decker of *Cosmic Force*, the estranged father of Logan and a legendary astronaut who undertook an important mission but has been lost in space for decades, is the same or substantially similar to the character H. Clifford McBride of *Ad Astra*, played by Tommy Lee Jones.

(3)     The character Von Elvin Raimes of *Cosmic Force*, the wise, older man who knew of Logan's father and surprisingly decides to accompany Logan on his secret mission to find his father's ship, is the same or substantially similar to the character Thomas Pruitt of *Ad Astra*, played by Donald Sutherland.

(4)      The character Eve of *Cosmic Force*, the significant woman and confidant in Logan's life, who discloses secret and confidential information to Logan about his father's mission, is the same or substantially similar to the combined characters of *Ad Astra* including Eve played by Liv Tyler and Helen Lantos played by Ruth Negga.

**52E.   SIMILARITIES WITH SCENES OF *AD ASTRA* MOVIE TRAILERS:**

(1)      The *Ad Astra* movie trailer #1 distributed on June 5, 2019 and movie trailer #2 distributed on July 18, 2019 copied scenes and dialogue from the *Cosmic Force* script.

MOVIE TRAILER #1/ JUNE 5, 2019

24

i.  *AD ASTRA* movie trailer #1 at 0:18-0:28 copied the scenes and dialogue regarding the source of the Extraterrestrial Energy Source from *Cosmic Force* where in *Ad Astra* the extraterrestrial pulsing light/energy source is believed to be coming from deep in space—from Roy's father's ship. In the *COSMIC FORCE* script at Pgs. 94-95 the extraterrestrial pulsing light/energy source Darklight is believed to be coming from deep in space —on Logan's Father's ship, the same as, if not substantially similar to, *Ad Astra*.

ii.  *AD ASTRA* movie trailer #1 at 0:48-0:53 copied the scenes and dialogue regarding the disclosure of classified information of the father's mission from *Cosmic Force* where in *Ad Astra* Roy is told highly classified information regarding his father's mission. In the *COSMIC FORCE* script at Pgs.7-8 and Pgs.13-16 Logan is told highly classified information regarding his father's mission, the same as, if not substantially similar to, *Ad Astra*.

iii.  *AD ASTRA* movie trailer #1 at 1:09 -1:28 copied the scenes and dialogue regarding the mission objective from *Cosmic Force* where in *Ad Astra* the Mission Objective is described as Roy must travel to his father's missing spaceship and return to Earth, confirm that his father found an extraterrestrial energy source, which can destroy earth, and return to earth with the extraterrestrial energy source and his father. In the *COSMIC FORCE* script at Pg.69 and Pgs.77-79 the Mission Objective is described as Logan must travel to his father's missing spaceship and return to Earth, confirm that his father found an extraterrestrial energy source, the Darklight, which can destroy earth and return to earth with the extraterrestrial energy source and his father, the same as, if not substantially similar to, *Ad Astra*.

iv.  *AD ASTRA* movie trailer #1 at 1:28-1:30 copied the scenes and dialogue regarding the interaction between Roy and Eve from *Cosmic Force* where in *Ad Astra* Roy and Eve are seen cuddling and Eve tells Roy her concerns about the mission. In the *COSMIC FORCE* script at

25

Pgs.57-58 Logan and Eve are cuddling, and Eve tells Logan about the mission and her concerns, the same as, if not substantially similar to, *Ad Astra*.

<u>MOVIE TRAILER #2/ JULY 18, 2019</u>

v. *AD ASTRA* movie trailer #2 at 0:44-0:47 copied the scenes and dialogue regarding the press conference held by Roy McBride from *Cosmic Force* where in *Ad Astra* Roy McBride gives a speech before the press and observers, who applaud for the mission. In the *COSMIC FORCE* script at Pgs.1-2 Commander Vince Decker (Logan's father) gives a speech before the press and observers, who applaud for the mission, the same as, if not substantially similar to, *Ad Astra*.

vi. *AD ASTRA* movie trailer #2 at 1:54-1:55 copied the scenes and dialogue regarding the physical, mental and medical observation by the wise, older man, Colonel Thomas Pruitt of Roy McBride from *Cosmic Force* where in *Ad Astra* Roy while being medically examined is being observed by the wise, older man, Colonel Thomas Pruitt, standing in the door behind him watching his examination. In the *COSMIC FORCE* script at Pgs. 24-33, Pg. 46, and Pg. 60 Logan is being observed by the wise older man, Von Elvin Raimes, while playing combat games in the ProtoZone arena to assess his physical and mental capabilities for the mission, the same as, if not substantially similar to, *Ad Astra*.

**52F.** **SIMILARITIES BETWEEN *COSMIC FORCE* AND *AD ASTRA* SCREENPLAY:**

(1) The copying and similarities noted above between *Cosmic Force* and the movie and movie trailers of *Ad Astra* are also reflected in the screenplay of *Ad Astra*, as written by co-writers James Gray and Ethan Gross, when compared to the *Cosmic Force* screenplay.

(2) The most glaring copying of *Cosmic Force* in the *Ad Astra* screenplay was regarding a woman in *Ad Astra* named Francesca whose unique story arc and reason for her death was the same as, if not substantially similar to, Angel Sun in *Cosmic Force*.

26

(3)        The character Francesca and her story arc in the *Ad Astra* screenplay, although copied from *Cosmic Force*, was deleted from the movie *Ad Astra*.

i.        *AD ASTRA* screenplay copied the character Francesca and her story arc from *Cosmic Force* where in *Ad Astra* at Pgs. 67-68 A woman (Francesca), connected to the leading character, Roy, is killed because she knew secret information and Roy is stunned by Francesca's death, at Pg. 85 the false reason given to Roy for Francesca's death is "health" related, and at Pg.86 Roy reacts with anger when given the news of Francesca's death. In the *COSMIC FORCE* script at Pgs. 50-51 and Pgs. 54-56 A woman (Angel Sun), connected to the leading character, Logan, is killed because she knew secret information, at Pgs. 54-56 the false reason given to Logan for Angel's death is "health" related, and at Pgs. 61-62 Logan's character is stunned and reacts with anger when given the news of Angels death, the same as, if not substantially similar to, the *Ad Astra* screenplay.

**52G.   SIMILARITIES IN SEQUENCE OF EVENTS:**

(1)        The  sequence of events of *Ad Astra* is substantially, if not extremely, similar to the sequence of events of *Cosmic Force*.

i.        The sequence of events of *Cosmic Force* including (a) father embarks on space mission and is lost for decades and presumed dead; (b) father leaves behind his son and his wife never to be seen or heard from for decades; (c) energy source that threatens earth is located on father's lost ship; (d) father goes mad and destroys crew; (e) son recruited to find estranged father's ship; (f) son leaves woman in his life named Eve to find father's lost ship; (g) son finds father and father's lost ship near Neptune; (h) father and son after brief confrontation reconcile; (i) son realizes he still loves his father even after being abandoned for decades; (j) son makes difficult choice to kill

father at father's request; and (k) son retrieves energy source from father's ship and returns to earth, is substantially, if not extremely, similar to the sequence of events of *Ad Astra*.

ii.       The sequence of events of both works, *Cosmic Force* and *Ad Astra*, are virtually identical.

## 52H.  SIMILARITIES BETWEEN PROMOTIONAL DESCRIPTION OF *AD ASTRA* AND THE DESCRIPTION  USED TO PITCH *COSMIC FORCE*

(1)       The promotional description of *Ad Astra* is substantially similar to the description used by Plaintiff to pitch *Cosmic Force* to Defendants Fox and CAA.

i.       The Box Office description of *Ad Astra* including Astronaut Roy McBride undertakes a mission across an unforgiving solar system to uncover the truth about his missing father and his doomed expedition that now, 30 years later, threatens the universe, is substantially similar to the description used by Plaintiff to pitch *Cosmic Force* to Defendants Fox and CAA with the exception that Plaintiff used the name of his lead character Logan Decker and the mission to retrieve the extraterrestrial energy source and bring his father home in *Cosmic Force* is 20 years after the father's doomed mission, whereas in *Ad Astra* the timing was changed to 30 years later.

53.       Numerous similarities, other than those identified above, exist between the movie *Ad Astra*, its screenplay, its trailers and the copyrightable elements of Mr. Jones' Script *Cosmic Force*. An exhaustive listing of all similarities between the movie *Ad Astra*, its screenplay, trailers and the copyrightable elements of Mr. Jones' script *Cosmic Force* shall be provided by expert testimony. It is clear to a reasonable observer that the similarities between the movie *Ad Astra*, its screenplay and trailers and the copyrightable elements of Mr. Jones' script *Cosmic Force* identified above are substantial, if not extensive and extraordinary.

54.       These substantial, if not extreme, similarities between the movie *Ad Astra*, the *Ad Astra* screenplay and the *Ad Astra* movie trailers and the copyrightable elements of Mr. Jones' Script *Cosmic Force* could not have occurred but for the access to Mr. Jones' Script *Cosmic Force*

provided to Defendants. Those responsible for the copying not only directly copied many of the copyrightable elements of *Cosmic Force*, but had to navigate around some of the copyrightable elements of *Cosmic Force* to avoid detection, while taking the entire central storyline, characters, plot, mood, theme and various minor elements of *Cosmic Force* from beginning to end.

55.     On July 29, 2020, Plaintiff filed an application for registration of the copyright for the Script *Cosmic Force* with the United States Copyright Office. The Script *Cosmic Force* was registered by the United States Copyright Office and assigned Registration No. TXu002212018 (*see* Exhibit 3). As of the date of filing this Complaint, Plaintiff's copyright registration remains valid and effective and owned by Mr. Jones.

56.     As of the date of filing this Complaint, the movie *Ad Astra* and the movie trailers for *Ad Astra* remains active and available on multiple media platforms, a continuing infringement of the copyright held by Mr. Jones.

57.     The Defendants in combination with each other, and in combination with numerous others, have provided copies of the Script *Cosmic Force* and Plaintiff's business plans regarding the Script to others and have caused the distribution, showing in multiple theaters, the streaming on various platforms and the making of derivative works of the Script and the infringing movie and movie trailers of *Ad Astra* throughout the U.S. and worldwide, thereby directly infringing, contributing to the infringement and inducing the infringement of Plaintiff's registered copyrighted work *Cosmic Force*.

58.     Each of the Defendants named herein are believed to, and are alleged to have been acting in concert with, as employee, agent, co-conspirator or member of a joint venture of, each of the other Defendants, and are therefore alleged to be jointly and severally liable for the claims set forth herein, except as otherwise alleged.

## CLAIM FOR RELIEF

### COUNT 1

### Copyright Infringement Against All Defendants – 17 U.S.C. § 501

59.     Plaintiff incorporates herein by reference the allegations above, inclusive, as if fully set forth herein.

60.     Upon information and belief, Defendants have adapted Plaintiff's Script and produced, released, distributed, and publicly displayed a mere copy and/or a derivative work based on Plaintiff's protected work without Plaintiff's consent, permission or authorization. Defendants' acts violate Plaintiff's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106, 501, including Plaintiff's exclusive rights to produce, reproduce, distribute, display and produce derivatives of his work.

61.     Defendants' infringement has been undertaken knowingly, and with intent to financially gain from Plaintiff's protected copyrighted work. Defendants have failed to exercise their right and ability to supervise persons within their control to prevent infringement, and they did so with intent to further their financial interest in such infringement.

62.     Defendants have willfully infringed and continue to infringe Plaintiff's copyright in the Script under the Copyright Act 17 U.S.C. § 501, *et seq*. Each infringing sale, distribution, license, or display of the movie *Ad Astra*, constitutes a separate claim against Defendants under the Copyright Act.

63.     Upon information and belief, Defendants have gained substantial profits by virtue of their infringement of Plaintiff's copyright.

64.     As a result of the above-described conduct by Defendants, Plaintiff has sustained, and will continue to sustain, substantial damages to the value of his copyrights in that the described

conducts of Defendants have diminished and will continue to diminish the revenues that Plaintiff would otherwise receive.

65.     Because of Defendants' infringing acts, Plaintiff is entitled to his actual damages and Defendants' profits attributable in an amount to be proved at trial and all other relief allowed under the Copyright Act.

## COUNT 2

### Contributory Copyright Infringement

66.     Plaintiff incorporates herein by reference the allegations above, inclusive, as if fully set forth herein.

67.     Defendants have previously infringed and continue to contributorily infringe on Plaintiff's copyright by intentionally inducing or encouraging direct infringement of Plaintiff's copyrighted work *Cosmic Force,* as has been fully set forth in detail throughout this Complaint.

68.     Through their conduct alleged herein, Defendants knowingly and systematically induced, caused, materially contributed to and participated in the infringement of Plaintiff's copyrighted screenplay *Cosmic Force.*

69.     Defendants' inducement and encouragement includes but is not limited to Defendants providing copies of the Script *Cosmic Force* to others, Defendants' development and production of the movie and movie trailers of *Ad Astra*, and Defendants marketing, distribution and showing of the movie and movie trailers of *Ad Astra* throughout the United States and the world by Defendants and others, direct infringers.

70.     Defendants therefore had knowledge of the infringing activity, and nonetheless induced, and/or materially contributed to the infringing conduct of the direct infringers of Plaintiff's copyrighted screenplay *Cosmic Force.*

## COUNT 3

### Vicarious Copyright Infringement

71.     Plaintiff incorporates herein by reference the allegations above, inclusive, as if fully set forth herein.

72.     Defendants vicariously infringed on Plaintiff's copyright by profiting from direct infringement while declining to exercise a right to stop or limit the direct infringement of Plaintiff's copyrighted screenplay *Cosmic Force,* as has been fully set forth in detail throughout this Complaint.

73.     On information and belief, all Defendants received a direct financial and economic benefit from the infringement of Plaintiff's copyright in *Cosmic Force.*

74.     Defendants' inducement and encouragement includes but not limited to Defendants providing copies of the Script *Cosmic Force* to others, Defendants' development and production of the movie *Ad Astra*, and Defendants' marketing, distribution and showing of the movie *Ad Astra* throughout the United States and the world by Defendants and others, direct infringers.

75.     Defendants have the right and ability to supervise the direct infringers because their agents represent the direct infringers, represent a significant portion of the writing and production team of *Ad Astra*, and because they packaged the director, talent and financing for the movie *Ad Astra*.

76.     Defendants had and have the right and ability to supervise the direct infringers as they produced all aspects of the movie *Ad Astra*, and were allowed to use Defendants' resources, including financing, staff, and properties in the production, distribution, displaying and exploitation of the movie *Ad Astra.*

77.     Upon information and belief, Defendants also had and have the right and ability to control the unauthorized reproduction, creation and use of derivatives, distribution, performance, and

display of Plaintiff's copyrighted screenplay *Cosmic Force* and the unauthorized distribution, sales, and exploitation to the public of *Cosmic Force* as the movie *Ad Astra*.

## COUNT 4

**Breach of Contract – Implied Contract – Cal. Civ. Code §§ 1619, 1621**

78.   Plaintiff incorporates herein by reference the allegations above, inclusive, as if fully set forth herein.

79.   Plaintiff presented the Script to Defendants TCFFC, formerly Fox, and CAA and conducted confidential business discussions regarding the Script, in order to promote the Script and pursue potential cooperative projects with Defendants TCFFC, formerly Fox, and CAA, including the licensing and sale of the Script. Before presenting the Script to each of Defendants TCFFC, formerly Fox, and CAA, the Defendants TCFFC, formerly Fox, and CAA understood, or should have understood, that the business discussions regarding the Script were confidential and should not be shared with others without Plaintiff's permission and that Plaintiff and de Passe Jones Entertainment would be compensated if a movie or television series were licensed, sold or produced by Defendants TCFFC, formerly Fox, and CAA based on the Script.

80.   Defendants TCFFC, formerly Fox, and CAA voluntarily conducted the confidential business discussions regarding the Script and accepted the submission of the Script upon the understanding of Plaintiff's terms, and acknowledged the uniqueness of the story presented by the Script. Defendants TCFFC, formerly Fox, and CAA thereby impliedly agreed to hold the business discussions regarding the Script in confidence, to only share the confidential information with others for the purpose of evaluating a business opportunity with Plaintiff and to compensate Plaintiff and de Passe Jones Entertainment if the Script *Cosmic Force* was licensed, sold or used by Defendants TCFFC, formerly Fox, and CAA.

81.     Upon information and belief, Defendants TCFFC, formerly Fox, and CAA have shared Plaintiff's confidential business information with others, including Defendants TCFFC, TWDC, TCS, RT Features, RT Features US, James Gray and Ethan Gross, who have used Plaintiff's confidential information for purposes other than evaluating a business opportunity with Plaintiff, namely the theft of Plaintiff's copyrighted work, have derived, produced, released, distributed, and publicly displayed Plaintiff's Script without Plaintiff's authorization or permission and have not paid, nor even offered to pay, any compensation to Plaintiff for their use of Plaintiff's Script. As a result of such conduct, Defendants TCFFC, formerly Fox, and CAA have breached the implied contracts between Plaintiff and the Defendants TCFFC, formerly Fox, and CAA under Cal. Civ. Code §§ 1619, 1621.

82.     Upon information and belief, Defendants TCFFC, formerly Fox, and CAA executed contracts with Defendants TCFFC, TWDC, TCS, RT Features, RT Features US, James Gray and Ethan Gross in which Defendants, Fox, now TCFFC, and CAA had the right and ability to supervise Defendants TCFFC, formerly Fox, TWDC, TCS, RT Features, RT Features US, James Gray and Ethan Gross in their writing, producing, financing and directing of *Cosmic Force* as *Ad Astra*. *Marvin v. Marvin* 18 Cal.3d 660, 678, fn. 16; 134 Cal.Rptr. 815, 557 P.2d 106 (1976) (internal citation omitted).

83.     Further, upon information and belief, Defendants TCFFC, TWDC, TCS under the supervision of, or being induced by, Defendants TCFFC, formerly Fox, and CAA, used and profited from the use of, Plaintiff's copyrighted work *Cosmic Force*, thereby breaching the implied contracts between Plaintiff and the Defendants TCFFC, formerly Fox, and CAA under Cal. Civ. Code §§ 1619, 1621. *See Division of Labor Law Enforcement v. Transpacific Transportation Co.*

69 Cal.App.3d 268, 275; 137 Cal.Rptr. 855 (1977); *see also Friedman v. Friedman* 20 Cal.App.4th 876, 888; 24 Cal.Rptr.2d 892 (1993).817.

84.    Because of Defendants TCFFC, formerly Fox, and CAA's breach of such contracts, Plaintiff is entitled to actual damages and Defendants TCFFC, formerly Fox, and CAA's profits attributable in an amount to be proved at trial and all other relief allowed under Cal. Civ. Code §§ 3300, *et esq*.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Mr. Jones prays for judgment in his favor against Defendants, and each Defendant, and seeks the following relief:

A. Declare that Defendants have infringed Plaintiff's copyright in the Script of *Cosmic Force*.

B.  For a permanent injunction enjoining Defendants and their respective officers, agents, servants, employees, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, from (a) directly or indirectly infringing in any manner Plaintiff's copyright or other exclusive rights (whether now in existence or hereafter created), including without limitation, copyrights or exclusive rights under copyright in the Copyrighted Script *Cosmic Force*, and (b) causing, contributing to, enabling, facilitating, or participating in the infringement of Plaintiff's copyright or other exclusive rights (whether now in existence or hereafter created), including without limitation, copyrights or exclusive rights under copyright in the Copyrighted Script *Cosmic Force*.

C. For a permanent injunction enjoining Defendants and their respective officers, agents, servants, employees, attorneys, successors, licensees, partners, and assigns, and all persons acting

in concert or participation with each or any of them, from falsely designating the authorship or origin of *Ad Astra*.

D.   Specific performance of crediting Plaintiff as the author and creator of *Ad Astra*, altering applicable *Ad Astra*'s copyright registrations to note Plaintiff's authorship and other equitable relief determined by this Court, including but not limited to: corrections to any advertisements, news articles, *etc.* not properly reflecting Plaintiff's authorship.

E. That Plaintiff be awarded any actual damages as a result of Defendants' infringing acts in an amount of at a minimum $25 Million, or an amount that the Court may deem just and proper.

F.   That Defendants be required to provide a full accounting to Plaintiff for all revenues derived from their use of the Script and their production, reproduction, and preparation of derivative works based on the Script, distribution, and display of derivative works in all media, from all sources, worldwide.

G. That Plaintiff be awarded all profits derived by Defendants as a result of said infringing acts, or as determined by said accounting in the amount of at a minimum $55 Million, or an amount that the Court may deem just and proper.

H. That Defendants be ordered to pay to Plaintiff punitive damages as a result of Defendants' deliberate and willful misconduct in an amount that the Court may deem just and proper.

I. That Plaintiff be awarded any actual damages and any profits derived by Defendants TCFFC, formerly Fox, and CAA as a result of Defendants TCFFC, formerly Fox, and CAA's breach of implied contracts in the amount of at a minimum $80 Million, or an amount that the Court may deem just and proper.

J. That Defendants be ordered to pay Plaintiff pre-judgment and post-judgment interest on all applicable damages.

K. That Defendants be ordered to pay Plaintiff's attorney fees for this action.

L. Such other or further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial pursuant to Rule 38 of the Federal Rule of Civil Procedure as to all issues in this lawsuit.

Date: January 3, 2023

_____/s/_____
Carl I. Brundidge (pro hac vice)
David E. Moore (pro hac vice)
Leena Mauskar (CA Bar No. 267828)
Brundidge & Stanger, P.C.
1925 Ballenger Avenue, Suite 560
Alexandria, VA  22314
Tel: (703) 684-1470; Fax: (703) 684-1470
cbrundidge@brundidge-stanger.com
david.moore@brundidge-stanger.com

Victor K. Sapphire (SBN 218634)
Law Office of Victor Sapphire, Inc.
7190 Sunset Blvd., Suite 116
Los Angeles, California 90046
Telephone: (323)-449-7872
Vic@BrandIdentityLawyer.com

*Attorneys for Plaintiff Phillip M. Jones*