| | |
|---|---|
| 1 | DAVID ARONOFF (SBN 125694) |
| | DAronoff@FoxRothschild.com |
| 2 | JOSHUA BORNSTEIN (SBN 311658) |
| | JBornstein@FoxRothschild.com |
| 3 | FOX ROTHSCHILD LLP |
| | Constellation Place |
| 4 | 10250 Constellation Blvd, Suite 900 |
| | Los Angeles, California 90067 |
| 5 | Telephone:  310.598.4150 |
| | Facsimile:   310.556.9828 |
| 6 | |
| 7 | Attorneys for Defendants |
| | TWENTIETH CENTURY FOX FILM |
| | CORPORATION, THE WALT DISNEY |
| 8 | COMPANY, 20TH CENTURY STUDIOS, |
| | INC., RT FEATURES U.S., LLC, JAMES |
| 9 | GRAY, and ETHAN GROSS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MADISON JONES, | Case No. 2:21-CV-05890-FWS (SKx) |
| Plaintiff, | Hon. Fred W. Slaughter |
| v. | **DECLARATION OF MIKE STEIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OF DEFENDANTS JAMES GRAY, ETHAN GROSS AND RT FEATURES U.S., LLC ON COUNTS ONE THROUGH THREE OF FOURTH AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 56** |
| TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20TH CENTURY STUDIOS; THE WALT DISNEY COMPANY; 20TH CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC; RT FEATURES; RT FEATURES U.S. LLC, JAMES GRAY, AND ETHAN GROSS, | |
| Defendants. | Date:           July 13, 2023<br>Time:           10:00 a.m.<br>Courtroom:   10D |

DECLARATION OF MIKE STEIN

146265505.1

## DECLARATION OF MIKE STEIN

I, Mike Stein, do declare as follows:

1. I am Executive Vice President of Television and Audio of Hartbeat. I have personal knowledge of the following facts, and if called upon to testify, I could and would competently testify thereto.

2. In 2016, I was Director of Development at Davis Entertainment Company ("DEC"), a motion picture and television production company that is owned and operated by John Davis. My focus was on television development. DEC's primary offices at that time were located in the Brentwood area of Los Angeles, California, but DEC's owner, Mr. Davis, also maintained an office on the studio lot of Twentieth Century Fox Film Corporation ("TCFFC") in Los Angeles, California. However, I was employed by DEC, not TCFFC.

3. During or around February 2016, Mr. Davis asked me to join him in meeting with producer Suzanne de Passe of de Passe Jones Entertainment ("de Passe Jones"). The meeting took place on or about February 24, 2016, at DEC's offices in Brentwood. Ms. de Passe was joined by her business partner, plaintiff Phillip Madison Jones ("Jones"), who was introduced to me as Madison Jones.

4. During our meeting, Ms. de Passe and Mr. Jones presented and described several of the projects that they had been developing. Additionally, they asked if they could send DEC a few scripts of their projects for further consideration, and Mr. Davis requested that they send their scripts to me for review.

5. Later that day, on February 24, 2016, Mr. Jones sent to me via email a feature length screenplay entitled COSMIC FORCE. He also sent a few other unrelated materials to me. I finished reading COSMIC FORCE within the next day or two.

6. On February 27, 2016, I entered my thoughts about COSMIC FORCE in a short memo using the computer program Evernote. In my memo, I gave COSMIC FORCE a C-minus rating, noting "[p]remise is fine, writing is poor." It was not a

project that I could endorse for acquisition and development by DEC. I did not recommend the script to Mr. Davis as being worthwhile for him to read. A true and correct reproduction of my short memo about COSMIC FORCE is set forth below:

Save Copy to Evernote

Last updated: Feb 27, 2016

## Madison Jones (C-) / COSMIC FORCE

COSMIC FORCE
W: Madison Jones
Sub by Madison Jones

In the future, 20 years after the disappearance of the space exploration ship, Polaris is thought to be discovered as we follow the team tasked with going to finding it - including the son of Polaris' captain.

Premise is fine, writing is poor. No strong characters and weak, expository dialog.



Cosmic Force by...pdf
234 KB

Terms of Service     Privacy Policy     Report Spam

Additionally, a true and correct copy of my February 27, 2016 Evernote memo concerning COSMIC FORCE is filed herewith as **Exhibit 16**.

7. Because my evaluation of COSMIC FORCE was unfavorable, I know that DEC did not make efforts to pursue, develop, or produce COSMIC FORCE. Also, I did not share the script with anyone. Shortly after I read COSMIC FORCE, I communicated to Mr. Jones that DEC was not interested in COSMIC FORCE.

8.   Neither DEC nor I were involved in any manner with the creation, development, or production of the motion picture AD ASTRA – which I understand was written by defendants James Gray ("Gray") and Ethan Gross ("Gross"). I do not know Gray or Gross and have never communicated with them concerning AD ASTRA, COSMIC FORCE, or anything else.

I swear under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29 day of April 2023 at Los Angeles, CA.

MIKE STEIN