DAVID ARONOFF (SBN 125694)
DAronoff@FoxRothschild.com
JOSHUA BORNSTEIN (SBN 311658)
JBornstein@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Defendants
TWENTIETH CENTURY FOX FILM
CORPORATION, THE WALT DISNEY
COMPANY, 20TH CENTURY STUDIOS,
INC., RT FEATURES U.S., LLC, JAMES
GRAY, and ETHAN GROSS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MADISON JONES,<br><br>Plaintiff,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20TH CENTURY STUDIOS; THE WALT DISNEY COMPANY; 20TH CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC; RT FEATURES; RT FEATURES U.S. LLC, JAMES GRAY, AND ETHAN GROSS,<br><br>Defendants. | Case No. 2:21-CV-05890-FWS (SKx)<br><br>Hon. Fred W. Slaughter<br><br>**DECLARATION OF JAMES GRAY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OF DEFENDANTS JAMES GRAY, ETHAN GROSS AND RT FEATURES U.S., LLC ON COUNTS ONE THROUGH THREE OF FOURTH AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 56**<br><br>Date: July 13, 2023<br>Time: 10:00 a.m.<br>Courtroom: 10D |

# DECLARATION OF JAMES GRAY

I, James Gray, do declare as follows:

1. I am the director and co-writer of the feature film AD ASTRA, which was released in 2019 by defendant Twentieth Century Fox Film Corporation dba 20th Century Studios ("TCFFC"). I am also a named defendant in the above-captioned lawsuit. I have personal knowledge of the following facts, and if called upon to testify, I could and would competently testify thereto.

2. I have been a feature filmmaker for almost thirty years. In addition to AD ASTRA, my films include: LITTLE ODESSA (1994 – director and writer), THE YARDS (2000 – director and co-writer), WE OWN THE NIGHT (2007 – director and writer), TWO LOVERS (2008 – director and co-writer), THE IMMIGRANT (2013 – director and co-writer), THE LOST CITY OF Z (2016 – director and co-writer), and ARMAGEDDON TIME (2022 – director and writer).

3. In this lawsuit, plaintiff Phillip Madison Jones ("Plaintiff") alleges that his screenplay entitled COSMIC FORCE, or the ideas therein, were copied by me and my co-writer, Ethan Gross ("Gross") in the creation of AD ASTRA. That is untrue. In fact, as Plaintiff alleges that COSMIC FORCE was completed by him in December 2014, it was impossible for Gross and me to have based AD ASTRA on COSMIC FORCE (absent time travel), because most of the key elements of AD ASTRA were created by us before that time. I never heard of Plaintiff or his COSMIC FORCE screenplay until after the filing of this lawsuit, long after AD ASTRA was released. In writing AD ASTRA, Gross and I did not copy anything from COSMIC FORCE, neither its ideas nor its expression, nor could we have done so – since I have never read COSMIC FORCE and never knew of it until after this action was filed.

## THE DEVELOPMENT AND CREATION OF AD ASTRA

4. Gross and I went to film school together at USC in the late 1980s, and I graduated in 1990. We decided to work together on a proposed science fiction movie in June 2007, when Gross reached out to me with an idea of me directing a film

1

inspired in part by Stanley Kubrick's 2001: A SPACE ODYSSEY. Whenever we got together, we would work on the "sci-fi" idea, which we eventually called AD ASTRA but sometimes referred to as LIMA PROJECT. But the idea was always the same: it was at all times a story featuring a lone space voyager protagonist undertaking a dangerous solitary journey to the far reaches of the solar system to confront an older father figure who had gone rogue while commanding a prior space mission. The premise of the storyline was inspired by Joseph Conrad's HEART OF DARKNESS and Francis Ford Coppola's APOCALYPSE NOW.

5. On February 21, 2013, I met with Rodrigo Teixeira ("Teixeira") and Sophie Mas ("Mas") of defendant RT Features U.S., LLC ("RTF") at Babbo Ristorante in New York City and pitched them the idea I had been developing with Gross. RTF agreed to finance our writing of the script for AD ASTRA.

6. Thereafter, by November 29, 2013, Gross and I completed the initial draft of the AD ASTRA screenplay ("11/29/13 Script") and sent it to Teixeira and Mas. Submitted herewith as **Exhibit 1** is a true and correct copy of the 11/29/13 Script. As embodied in the 11/29/13 Script, the story follows astronaut Major Roy McBride ("Roy") as he embarks on a dangerous space mission from the Earth to the Moon, then to Mars, and then to the rings of Saturn, in search of the rogue mission commander of the Lima Project, Dr. John Gates – an older father-figure to Roy who was the dad of Roy's tragically killed fiancé and who had also been Roy's space academy instructor. The 11/29/13 Script culminates with Roy killing Gates.

7. On December 17, 2013, Gross and I were flown to New York to meet with Teixeira and Mas to discuss the 11/29/13 Script where they gave us their initial notes on the script. They suggested a few changes including the addition of more information about the Lima Project and further development of Roy's love interest.

8. Gross and I had also been sharing drafts of the script with a few of our close friends and colleagues, including Christopher Spelman ("Spelman"). In August 2014, Gross and I had decided that rather than confronting a father figure at the climax,

2

we should commit making the antagonist the hero's actual father. By August 27, 2014, I wrote a new two-page outline of the AD ASTRA story entitled "ADASTRAfairytale" (the "8/27/14 Outline") and emailed it to Gross and Spelman. Submitted herewith as **Exhibit 2** is a true and correct copy of the 8/27/14 Outline. As embodied in the 8/27/14 Outline, the rogue mission commander of the Lima Project is Roy's own father, and the 8/27/14 Outline ends with Roy killing his father.

9. In October 2014, the popular feature motion picture INTERSTELLAR directed by Christopher Nolan was released, which caused Gross and I to move the Lima Project to Neptune, since INTERSTELLAR included scenes set on Saturn and we wanted the settings of AD ASTRA to seem fresh. Submitted herewith as **Exhibit 3** is a true and correct copy of outline entitled "AD ASTRA – 11.2.2014" that I emailed to Gross on November 3, 2014 making that change among other refinements. (GRAY_013997, 13998-14007). Soon thereafter, on November 8, 2014, Spelman emailed me and Gross to summarize his thoughts regarding the plot points we had been discussing. Submitted herewith as **Exhibit 4** is a true and correct copy of the November 8, 2014 email I received from Spelman (GROSS_000142). This synopsis includes many ideas we added to subsequent drafts of the AD ASTRA screenplay.

10. By May 22, 2015, Gross and I had completed a new draft of the screenplay ("5/22/15 Script"). Submitted herewith as **Exhibit 5** is a true and correct copy of the 5/22/15 Script (GRAY_013160, 161-272). As embodied in the 5/22/15 Script, the story follows astronaut Roy McBride as he embarks upon a dangerous mission from Earth to the Moon, then to Mars, and then to Neptune, in search of the rogue mission commander of the Lima Project, his own father H. Clifford McBride, who was believed to have been tragically lost in space 18 years previously. The 5/22/15 Script ends with Roy finding his father kept alive in a cryogenic state on the Lima Project – and killing him by releasing him into space. Roy then uses explosives to destroy the Lima Project, and embarks on his space voyage back to Earth.

11. In August 2016, while screening my film, THE LOST CITY OF Z for its producer, Brad Pitt ("Pitt"), I described to Pitt the AD ASTRA story Gross and I were developing. Pitt expressed his interest in our project and soon thereafter he agreed to star in the film with his company, Plan B Entertainment ("Plan B"), attached as an additional production company. Over the course of the next year, Gross and I made various revisions to the script based on the feedback we received from Pitt, Plan B, and other producers and colleagues. I also consulted a technical adviser, the renowned theoretical physicist, cosmologist, and professor Dr. Lawrence Krauss, who in November 2016, recommended certain changes to enhance scientific verisimilitude. For example, based on Dr. Krauss's advice, we abandoned the element of having antimatter found on Neptune, although we retained the concept of utilizing a dangerous antimatter power source for the Lima Project's engine.

12. During 2017, Gross and I continued to further revise the script for AD ASTRA, and circulated the various changes we had made. One of these drafts of AD ASTRA dated May 12, 2017 ("the 5/12/17 Script") was sent to New Regency Productions, Inc. ("New Regency"), which had entered into a deal with RTF to finance and produce AD ASTRA. Shortly thereafter, on May 17, 2017, I received notes from New Regency, proposing, among other ideas, further developing the father-son relationship between Roy and Clifford McBride. Submitted herewith as **Exhibit 9** is a true and correct copy of New Regency's May 17, 2017 notes. (GRAY_002632-33).

13. Gross and I continued to revise the story and on June 2, 2017, Gross sent me modifications to the script in which Clifford was fully alive when found by Roy, instead of being cryogenically preserved in a vegetative state and only otherwise appearing as a hologram and in flashbacks. Submitted herewith as **Exhibit 10** is a true and correct copy of the June 2, 2017 email from Gross. (GRAY_002504). Our further revisions culminated in a draft dated July 23, 2017 ("7/23/17 Script"), which was circulated to the other producers as a version that "incorporates all notes" the

1 | various producers had given me.  Submitted herewith as **Exhibit 11** is a true and
2 | correct copy of the 7/23/17 Script.  (GRAY_002186-2299).

3 |   14. On August 4, 2017, the Vice President of Production of TCFFC, Scott
4 | Aversano ("Aversano"), provided script notes on behalf of TCFFC based on the
5 | 7/24/17 Script. Submitted herewith as **Exhibit 12** is a true and correct copy of the
6 | August 4, 2017 email I received that included Aversano's notes. (GRAY_002180-81).
7 | Because the shoot of principal photography was scheduled to commence only a few
8 | days later on August 10, 2017, TCFFC's notes did not result in any further script
9 | revisions.  In other words, Aversano and TCFFC played no material role whatsoever
10 | in the development of the AD ASTRA screenplay.

11 |   15. Principal photography of AD ASTRA commenced on August 10, 2017,
12 | and concluded about 8-weeks later.  Thereafter, following initial post-production
13 | work, we edited several versions of AD ASTRA for audience test screenings on May
14 | 30, 2018, and July 18, 2018.  Based on audience feedback, we decided to reshoot a
15 | few scenes and add a new love interest to the film, who would be played by the well-
16 | known actress Liv Tyler – so we initially gave her character the name "Liv."  On
17 | January 1, 2019, we hired screenwriter John Ridley to revise parts of ending and
18 | rewrite the scenes between Roy and Liv.  However, we soon decided that naming a
19 | character after the well-known actor portraying that character might confuse the
20 | audience.  As a result, because "Eve" sounds similar to "Liv" and also carries resonant
21 | biblical connotations, we eventually changed the character's name to "Eve."

22 |   16. On March 15, 2019, we filmed seven days of "reshoots" based on the
23 | rewrites.  Also, between March 2019 and June 2019, several additional writers,
24 | including poet Tracy K. Smith and screenwriter Charlie Kaufman were hired to help
25 | draft voiceover dialogue to further express Roy's inner emotions to address some of
26 | the audience concerns that they wanted to know more about what Roy was feeling.
27 | This dialogue was later recorded by Pitt on or around August 7, 2019.  Some of that
28 | voice over dialogue was used in the final film.  Submitted herewith as **Exhibit 13** is a

true and correct copy of the AD ASTRA screenplay as fully produced, containing inserts reflecting all of the reshoots and added voiceover dialogue.

17. A few weeks later, on August 29, 2019, we premiered AD ASTRA at the Venice Film Festival, and the film was theatrically released in the United States by TCFFC on September 20, 2019. Lodged herewith as **Exhibit 14** is a true and correct DVD copy of the film AD ASTRA. Also lodged herewith as **Exhibit 15** is an external USB computer drive containing true and correct MP4 digital video copies of the two official movie trailers for AD ASTRA, which are identified in the Fourth Amended Complaint as bases for Plaintiff's claims as MOVIE TRAILER #1/JUNE 5, 2019 and MOVIE TRAILER #2/JULY 18, 2019 ("the Trailers"), and are additionally located at the URL https://www.20thcenturystudios.com/movies/ad-astra. The Trailers are comprised entirely of an assemblage of scenes that were shot for the film AD ASTRA.

18. For the reasons described above, AD ASTRA and the Trailers used to promote the film were independently created – in large part before the time when Plaintiff says that COSMIC FORCE had been written by him.

## PLAINTIFF'S CLAIMS OF ACCESS

19. I have been told that plaintiff claims that on November 10, 2015, he gave his COSMIC FORCE script to agent Cameron Mitchell ("Mitchell") of Creative Artists Agency, LLC ("CAA") and Derek Dudley ("Dudley") of Freedom Road Entertainment ("Freedom Road"). By that date, however, the key elements of AD ASTRA had already been created by Gross and me and were embodied in the 11/29/13 Script, the 8/27/14 Outline, and the 5/22/15 Script. I have also been told that over ten months later, on September 23, 2016, Plaintiff's colleague Suzanne de Passe supposedly gave a COSMIC FORCE screenplay to CAA agent Brandon Lawrence ("Lawrence"). However, Mitchell and Lawrence have never been my agents at CAA, they have never represented me in connection with AD ASTRA or otherwise, and I do not even recall having ever met these individuals. I have never communicated with Mitchell or Lawrence concerning COSMIC FORCE or anything else. Similarly, I

have never communicated with Dudley or Freedom Road regarding COSMIC FORCE or anything else, and they likewise had no involvement in AD ASTRA.

20. It is my understanding that CAA has well over 100 entertainment industry agents, but I only know a few of them. My agents at CAA are primarily Roeg Sutherland ("Sutherland"), Todd Feldman ("Feldman"), and John Garvey ("Garvey"). The first AD ASTRA script that I sent my agents at CAA was the initial 11/29/13 Script written by Gross and myself for RTF, which I sent to Sutherland on November 30, 2013, so that CAA would know what I was working on and would be in a better position to help find other talent and/or financing for the project. For these same reasons, I also periodically sent to CAA copies of many of the subsequent revised versions of the script that I wrote with Ethan Gross. At no time did Sutherland, Feldman, Garvey, or other employees of CAA share COSMIC FORCE with me or give me any creative ideas or elements for any of the AD ASTRA scripts. It would be highly unusual and has never occurred in my personal experience for a CAA agent to share unpublished script ideas or expressive elements generated by one CAA client or prospective client with another CAA client, because agents are supposed to safeguard the value of their clients' intellectual property – which is only possible if scripts submitted to CAA agents are handled confidentially in discrete silos.

21. I have also been told that Plaintiff claims that on February 9, 2016, he supposedly submitted a draft of COSMIC FORCE to John Davis ("Davis") and Mike Stein ("Stein") of Davis Entertainment Company ("DEC"). Of course, by that date the key elements of AD ASTRA had already been created by Gross and me and were embodied in the 11/29/13 Script, the 8/27/14 Outline, and the 5/22/15 Script. In any event, I have never communicated with Davis, Stein, or DE regarding COSMIC FORCE, it has been approximately 25 years since I last spoke with Davis about any film projects, and they had no involvement in AD ASTRA.

22. I am also advised that Plaintiff claims that on April 7, 2016, he submitted to television executive Gloria Fan ("Fan") of Fox 21 Television Studios ("Fox 21")

an email attaching a made-for-television version of COSMIC FORCE comprised of two episodes. As noted previously, by that date the key elements of AD ASTRA had already been created by Gross and me and were embodied in the 11/29/13 Script, the 8/27/14 Outline, and the 5/22/15 Script. Additionally, I have never communicated with Fan or Fox 21 concerning COSMIC FORCE or anything else, and they had no involvement in AD ASTRA.

23. I have also been informed that Plaintiff claims that sometime in December 2014 he supposedly submitted his COSMIC FORCE script to an unidentified person at Universal Pictures. However, Universal Pictures is not a film studio with which I have had business dealings in the last 30 years. At no time have I communicated with Universal Pictures or any of its employees concerning COSMIC FORCE, and Universal Pictures had no involvement in AD ASTRA.

24. In press interviews over the years, I have occasionally stated that I "steal" ideas from highly respected world-famous filmmakers such Francis Ford Coppola, Stanley Kubrick, and Alfred Hitchcock. In this litigation, Plaintiff has somehow construed my statements about "stealing" as an admission that AD ASTRA was stolen from his COSMIC FORCE. This conclusion is silly and incorrect. I use the word "steal" to refer to the creative process of standing on the shoulders of giants in the film industry like Coppola by seeking to emulate their acknowledged classics such as THE GODFATHER and APOCALYPSE NOW. Thus, Coppola's film APOCALYPSE NOW and Kubrick's film 2001: A SPACE ODYSSEY are motion pictures that informed my creative process and inspired the storyline and action of AD ASTRA. I am not aware that Plaintiff has produced any classic films or screenplays that anyone would similarly wish to emulate. I have never "stolen" anything from Plaintiff, and I had never even heard of him or his script COSMIC FORCE prior to this litigation.

**CONFRONTATIONS BETWEEN SONS AND FATHERS**

25. Although I have never read COSMIC FORCE, I have been told that Plaintiff's claims are largely based on the fact that AD ASTRA ends with a climactic

confrontation between Roy McBride and his father Clifford McBride. But father-son confrontations have been a reoccurring motif of my films both before and after AD ASTRA, possibly because as a young man I had a contentious relationship with my own father. For example, my first film LITTLE ODESSA (1994) features several scenes of conflict between the protagonist and his father, including a scene in which the protagonist takes his father to a vacant field, makes him disrobe, and threatens to shoot him. My film WE OWN THE NIGHT (2007) features a protagonist conflicting with and indirectly contributing to the death of his father, a deputy police chief, by initially refusing to help the police build a case against a gangster. My most recent film, ARMAGEDDON TIME (2022), features a rebellious teen-age protagonist clashing with his father, who even beats him with a belt. My continuing personal interest in this motif of sons confronting their fathers is precisely what led to the meeting between Roy and Clifford McBride at the end of AD ASTRA.

26. Moreover, clashes between fathers and sons are an established stock storytelling device that in no way is new or original to my films. The famous Greek playwright Sophocles wrote OEDIPUS REX, in which the protagonist unwittingly fulfills the prophesy that he would kill his father and marry his mother, in approximately 429 B.C. In Joseph Campbell's famous book concerning myth and storytelling narratives, THE HERO WITH A THOUSAND FACES (1949), which I studied in film school, Campbell wrote that "Atonement With The Father" is a critical stage in the journey of an archetypical hero. In that book, Campbell wrote:

> When the child outgrows the popular idyl of the mother breast and turns to face the world of specialized adult action, it passes, spiritually, into the sphere of the father – who becomes, for his son, the sign of the future task…. Whether he knows it or not, and no matter what his position in society, the father is the initiating priest through whom the young being passes on into the larger world. [T]here is a new element of rivalry in the picture: the son against the father for mastery of the universe….

Joseph Campbell, THE HERO WITH A THOUSAND FACES (New World Library, 2008 Ed.) at p. 115. Of course, the element of sons conflicting with their fathers was even well-established in the world of science fiction films many decades prior to AD ASTRA. Specifically, in George Lucas's films THE EMPIRE STRIKES BACK (1980) and RETURN OF THE JEDI (1983), Luke Skywalker famously confronts his evil father, Darth Vader, in thrilling lightsaber duels while rejecting Vader's demands to "turn to the dark side." Thus, the motif of sons confronting their fathers is a well-established stock storytelling device that is not new and original to myself or any other filmmakers working in modern times.

## CONCLUSION

27. In short, the key expressive elements of AD ASTRA concerning a lone space adventurer protagonist undertaking a dangerous solitary journey to the far reaches of the solar system to confront and kill his own father, who had gone rogue while commanding a prior space mission were independently created by Gross and me – largely before Plaintiff alleges that COSMIC FORCE was even written. I never heard of Plaintiff or his COSMIC FORCE screenplay until after the filing of this lawsuit, long after AD ASTRA was released. No ideas or expression contained in COSMIC FORCE were copied or otherwise utilized in the creation of AD ASTRA.

I swear under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 26th day of May 2023 at Los Angeles, CA

_____
JAMES GRAY