DAVID ARONOFF (SBN 125694)
DAronoff@FoxRothschild.com
JOSHUA BORNSTEIN (SBN 311658)
JBornstein@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Defendants
TWENTIETH CENTURY FOX FILM
CORPORATION, THE WALT DISNEY
COMPANY, 20TH CENTURY STUDIOS,
INC., RT FEATURES U.S., LLC, JAMES
GRAY, and ETHAN GROSS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MADISON JONES,<br><br>Plaintiff,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20TH CENTURY STUDIOS; THE WALT DISNEY COMPANY; 20TH CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC; RT FEATURES; RT FEATURES U.S. LLC, JAMES GRAY, AND ETHAN GROSS,<br><br>Defendants. | Case No. 2:21-CV-05890-FWS (SKx)<br><br>Hon. Fred W. Slaughter<br><br>**DECLARATION OF ETHAN GROSS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OF DEFENDANTS JAMES GRAY, ETHAN GROSS AND RT FEATURES U.S., LLC ON COUNTS ONE THROUGH THREE OF FOURTH AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 56**<br><br>Date:        July 13, 2023<br>Time:       10:00 a.m.<br>Courtroom:  10D |

1    **DECLARATION OF ETHAN GROSS**

2    I, Ethan Gross, do declare as follows:

3    1.    I am the co-writer of the feature film, AD ASTRA, which was released

4    in 2019 by defendant Twentieth Century Fox Film Corporation dba 20th Century

5    Studios ("TCFFC").  I am also a named defendant in the above-captioned lawsuit.  I

6    have personal knowledge of the following facts, and if called upon to testify, I could

7    and would competently testify thereto.

8    2.    I have been a film and television writer for almost thirty years.   In

9    addition to writing the feature film AD ASTRA with James Gray ("Gray"), I also co-

10   wrote the film KLEPTO (2003), wrote and was the executive story editor for the TV

11   series FRINGE (2010), and co-wrote the upcoming film, SOMETHING HAPPENED.

12   3.    In this lawsuit, plaintiff Phillip Madison Jones ("Plaintiff") alleges that

13   his screenplay entitled COSMIC FORCE, or the ideas therein, were copied by me and

14   Gray and turned into the feature film, AD ASTRA.  That is untrue.  In fact, as Plaintiff

15   alleges that COSMIC FORCE was completed by him in December 2014, it was

16   impossible for Gray and me to have based AD ASTRA on COSMIC FORCE, because

17   most of the key elements of AD ASTRA were created by us before that time.  I never

18   heard of Plaintiff or his COSMIC FORCE screenplay until after the filing of this

19   lawsuit, long after AD ASTRA was released.

20   **THE DEVELOPMENT AND CREATION OF AD ASTRA**

21   4.    Gray and I went to film school together at USC in the late 1980s, and I

22   graduated in 1989, one year before Gray.  We decided to work together on developing

23   a science fiction movie in or around June 2007, when I reached out to him with an

24   idea of him directing a film inspired in part by Stanley Kubrick's 2001: A SPACE

25   ODYSSEY.  Whenever we got together, we would work on the "sci-fi" idea, which

26   we eventually called AD ASTRA but sometimes referred to as LIMA PROJECT.  The

27   story was premised on a lone space voyager protagonist undertaking a dangerous

28   solitary journey to the far reaches of the solar system to confront an older father figure

1

who went rogue while commanding a prior space mission.  The project was inspired in part by Joseph Conrad's HEART OF DARKNESS, Francis Ford Coppola's APOCALYPSE NOW, and Stanley Kubrick's 2001: A SPACE ODYSSEY.

5.    In late 2013, RT Features U.S., LLC ("RTF") agreed to finance our writing of the script for AD ASTRA.  Thereafter, by November 29, 2013, Gray and I completed a first draft of the AD ASTRA screenplay ("11/29/13 Script") and sent it to Rodrigo Teixeira ("Teixeira") and Sophie Mas ("Mas") of RTF.  Submitted herewith as **Exhibit 1** is a true and correct copy of the 11/29/13 Script.  As embodied in the 11/29/13 Script, the story follows astronaut Major Roy McBride ("Roy") as he embarks on a dangerous space mission from the Earth to the Moon, then to Mars, and then to the rings of Saturn, in search of the rogue mission commander of the Lima Project, Dr. John Gates – an older father-figure to Roy who was the dad of Roy's tragically killed fiancé and who had also been Roy's space academy instructor.  The 11/29/13 Script culminates with Roy killing Gates.

6.    On December 17, 2013, Gray and I were flown to New York to meet with Teixeira and Mas to discuss the 11/29/13 Script where they gave us their initial notes on the script. They suggested a few changes including the addition of more information about the Lima Project and further development of Roy's love interest.

7.    Gray and I had also been sharing drafts of the script with a few of our close friends and colleagues, including Christopher Spelman ("Spelman").  In August 2014, Gray and I had decided that rather than confronting a father figure at the climax, we should commit to making the antagonist the hero's actual father.  By August 27, 2014, Gray sent me and Spelman a new two-page outline of the AD ASTRA story entitled "ADASTRAfairytale" (the "8/27/14 Outline").   Submitted herewith as **Exhibit 2** is a true and correct copy of the 8/27/14 Outline Gray sent.  As embodied in the 8/27/14 Outline, the rogue mission commander of the Lima Project is Roy's own father, and the 8/27/14 Outline ends with Roy killing his father.

2

8.      In October 2014, the popular feature motion picture INTERSTELLAR directed by Christopher Nolan was released, which caused Gray and me to move the Lima Project to Neptune, since INTERSTELLAR included scenes set on Saturn and we wanted the settings of AD ASTRA to seem fresh – and the other alternative of moving the Lima Project to Uranus might have seemed comical giving its common mispronunciation.  Submitted herewith as **Exhibit 3** is a true and correct copy of outline entitled "AD ASTRA – 11.2.2014" that Gray emailed to me on November 3, 2014 making that change among other refinements.  Soon thereafter, on November 8, 2014, Spelman emailed me and Gray to summarize his thoughts regarding the plot points we had been discussing.  Submitted herewith as **Exhibit 4** is a true and correct copy the November 8, 2014 email we received from Spelman.  This synopsis includes many ideas we added to subsequent drafts of the AD ASTRA screenplay.

9.      By May 22, 2015, Gray and I had completed a new draft of the screenplay ("5/22/15 Script").  Submitted herewith as **Exhibit 5** is a true and correct copy of the 5/22/15 Script.  As embodied in the 5/22/15 Script, the story follows astronaut Roy McBride as he embarks upon a dangerous mission from Earth to the Moon, then to Mars, and then to Neptune, in search of the rogue mission commander of the Lima Project, his own father H. Clifford McBride, who was believed to have been tragically lost in space 18 years previously.  The 5/22/15 Script ends with Roy finding his father kept alive in a cryogenic state on the Lima Project – and killing him by releasing him into space.  Roy then uses explosives to destroy the Lima Project and embarks on his space voyage back to Earth.

10.      Over the course of the next two years, Gray and I continued to revise the story and on June 2, 2017, I sent Gray an email concerning proposed modifications to the script in which Clifford was fully alive when found by Roy, instead of being cryogenically preserved in a vegetative state and only otherwise appearing as a hologram and in flashbacks.  Submitted herewith as **Exhibit 10** is a true and correct copy of my June 2, 2017 email to Gray.  Our further revisions culminated in a draft

3

screenplay dated July 23, 2017 ("7/23/17 Script"), which became the basis for commencing principal photography of AD ASTRA on or about August 10, 2017. Submitted herewith as **Exhibit 11** is a true and correct copy of the 7/23/17 Script.

## PLAINTIFF'S CLAIMS OF ACCESS

11.     I have been told that Plaintiff claims that on November 10, 2015, he gave his COSMIC FORCE script to agent Cameron Mitchell ("Mitchell") of Creative Artists Agency, LLC ("CAA") and Derek Dudley ("Dudley") of Freedom Road Entertainment ("Freedom Road").  By that date, however, the key elements of AD ASTRA had already been created by Gray and me and were embodied in the 11/29/13 Script, the 8/27/14 Outline, and the 5/22/15 Script.  I have also been told that over ten months later, on September 23, 2016, Plaintiff's colleague Suzanne de Passe supposedly gave a COSMIC FORCE screenplay to CAA agent Brandon Lawrence ("Lawrence").  However, I have never been represented by CAA.  Additionally, I have neither met Mitchell and Lawrence nor have I ever communicated with them about COSMIC FORCE or anything else, and they had no involvement in AD ASTRA. Similarly, I have never communicated with Dudley or Freedom Road about COSMIC FORCE or anything else, and they likewise were not involved in AD ASTRA.

12.     I have also been told that Plaintiff claims that on February 9, 2016, he supposedly submitted a draft of COSMIC FORCE to John Davis ("Davis") and Mike Stein ("Stein") of Davis Entertainment Company ("DEC").  Of course, by that date the key elements of AD ASTRA had already been created by Gray and me and were embodied in the 11/29/13 Script, the 8/27/14 Outline, and the 5/22/15 Script.  In any event, I have never communicated with Davis, Stein, or DEC regarding COSMIC FORCE or anything else, and they were not involved in AD ASTRA.

13.     I am also advised that Plaintiff claims that on April 7, 2016, he submitted to television executive Gloria Fan ("Fan") of Fox 21 Television Studios ("Fox 21") an email attaching a version of COSMIC FORCE.  As noted previously, by that date the key elements of AD ASTRA had already been created by Gray and me and were

4

embodied in the 11/29/13 Script, the 8/27/14 Outline, and the 5/22/15 Script. Additionally, I have never communicated with Fan or Fox 21 concerning COSMIC FORCE or anything else, and they were not involved in AD ASTRA.

14.    I have also been informed that Plaintiff claims that sometime in December 2014 he supposedly submitted his COSMIC FORCE script to an unidentified person at Universal Pictures.  However, Universal Pictures is not a film studio with which I have ever had business dealings.  At no time have I communicated with Universal Pictures or any of its employees concerning COSMIC FORCE, and Universal Pictures had no involvement in AD ASTRA.

## CONCLUSION

15.    In short, the key expressive elements of AD ASTRA concerning a lone space adventurer protagonist undertaking a dangerous solitary journey to the far reaches of the solar system to confront and kill his own father, who had gone rogue while commanding a prior space mission were independently created by Gray and me – largely before Plaintiff alleges that COSMIC FORCE was even written.  I never heard of Plaintiff or his COSMIC FORCE screenplay until after the filing of this lawsuit, long after AD ASTRA was released.  No ideas or expression contained in COSMIC FORCE were copied or otherwise utilized in the creation of AD ASTRA.

I swear under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 26th day of May 2023 at Los Angeles, CA

_____
ETHAN GROSS

5

135585517.1