# EXHIBIT 1

AD ASTRA


Written by


James Gray & Ethan Gross


RT Features
November 29, 2013

CONFIDENTIAL

GRAY_014154

<u>AD ASTRA</u>

*One hundred years from now.*

BLACK.

ENTERING FRAME:

A TUMBLING ASTRONAUT, whose face we cannot SEE (his copper-colored reflective shield obscures it). He appears to spin in the VOID.

                                        CUT TO:


MEDIUM SHOT.  IN SPACE.

A man alone, in the great vast infinite.

Is he in trouble?  He SPINS SO VERY FAST...  Is he DEAD...?

SILENCE.

He is tethered to--something.  As he MOVES, we SEE, BELOW HIM:  THE EARTH.  The earth passes below his FEET, and it is just the most spectacular vista.  The CLOUD FORMATIONS are like Van Gogh's "Starry Night," magnificent swirls and vibrant blues beneath the white.  The planet seems to glow, and a GREEN HAZE is visible on the horizon.

Then we begin to HEAR some STATIC.  Out of the STATIC:

                    MISSION CONTROL (RADIO FILTER)
                Icarus, this is Capcom.

No answer.

                    MISSION CONTROL (CONT'D)
                Icarus, this is Capcom, do you
                read, over?

The astronaut ANSWERS after a BEAT:

                    ASTRONAUT
                Yes, roger, Capcom.  I read.

                    MISSION CONTROL
                Have you established visual
                contact?

                    ROY MCBRIDE
                I have not yet, over.

CONFIDENTIAL                                              GRAY_014155

2.

Cut to a CLOSE SHOT "inside" the helmet: ROY MCBRIDE.

*Roy McBride is in his late 30s, handsome, with dirty-blond
hair.  He speaks with a very slight Southern drawl.  His eyes
are light in color, seemingly friendly, but reveal little
about the man himself.  He is even-tempered, but one would
not call him kind; there is an icy quality to him.  Still, he
is not overtly cruel or petty, and to talk to him, one would
not think to question his intentions or his integrity...*

WIDEN to REVEAL:

<u>ICARUS SEVEN</u>... A SMALL SPACECRAFT...moving through space,
ORBITING THE EARTH.  Roy tethered to, and in sync with, the
Icarus.

                                        CUT TO:


INT. ICARUS SEVEN

TWO CREWMEMBERS are inside the craft.  They are unmoored by
gravity, though strapped into their seats.  Both astronauts
hand each other mealtime elements: hot dogs without buns,
boxed drinks with straws...

The astronauts are: CAPTAIN BILL TANNER, *early 30s, a brown-
haired Californian*.  Tanner is monitoring transmissions from
Earth.

His partner is the titular head of this mission, COMMANDER
LAWRENCE BLUNT, *early 40s, dark wavy hair, dark eyes,
commanding*.

                    RADIO
               (OS VOICE, RADIO FILTER)
          *...Auburn 35, Georgia Tech 16...
          Oklahoma 17, Syracuse 9...  San
          Diego State 23, Oregon 20...*

                    BILL TANNER
          Icarus Seven, standby for
          retrosequence times.  Over.


EXT. ICARUS SEVEN - IN SPACE

Just then, ROY SEES ANOTHER SPACECRAFT ("TORERO"), BENEATH
THEM.  The Icarus is approaching it:

                    ROY MCBRIDE
          Capcom--the Torero is now in sight,
          over.

Then yet another VOICE (MISSION CONTROL #3):

> MISSION CONTROL #3 (RADIO FILTER)
> Roger that, Roy--you're moving just
> a bit off-axis...  We're gonna run
> you for an additional orbit here,
> try and keep you out of danger--

> ROY MCBRIDE
> (into helmet radio; almost
> impatient, with an edge)
> Negative, Capcom--I am ready to go.
> Over.

A hesitant long beat.

> MISSION CONTROL #3 (RADIO FILTER)
> Okay Major.  Your biocheck's good,
> so...you are good to go.

Roy takes a few more quick BREATHS and slings himself from
the Icarus.

He floats away from Icarus Seven, towards another spacecraft--
the TORERO.  We may be wondering if this is a peaceful
rendezvous.  But the energy is somehow different...

Ray arrives at the Torero.


EXT. THE TORERO

Roy latches onto the other spacecraft.  He pulls himself to
its side.  Peering into the small WINDOW, he SEES THREE
ASTRONAUTS--two men and a woman.

He reaches over and affixes a small ELECTRONIC PANEL to the
craft, next to its LATCH.  He waits a while as the panel's
display shows a scrambled numerical sequence.

Roy pulls open the latch, breaking the vacuum and startling
the astronauts inside.  The astronauts begin to panic and
reach for their suits or oxygen tanks, but it's all happening
too fast...

Convulsions and unconsciousness follow.  It's gruesome.  The
astronauts are soon floating in a blue, bloated, unresponsive
stupor, their faces exhibiting superficial bruising due to
broken capillaries.

Roy watches through the window, makes sure the three
astronauts are dead.  Outwardly, he reveals no emotion
whatsoever:

CONFIDENTIAL

GRAY_014157

                    ROY MCBRIDE
              (into helmet radio)
          Capcom, I have a bullseye on the
          target.  I am now entering the
          capsule, over.


INT. CAPSULE

Roy enters the capsule, floating through it.  We HEAR only
his stertorous breaths.  He pushes the bodies out of the way
as he SEARCHES the compartments...  He FINDS METAL CANISTERS:

                    ROY MCBRIDE
          I am currently recovering what
          looks like...isotopic materials of
          some sort, over.

He PACKS them, PULLS HIMSELF OUT OF THE CAPSULE and into:


EXT. SPACE

As he moves back to the Icarus.


INT. CAPSULE

Tanner LOOKS at a SCREEN on his onboard console, then at Roy,
through the glass, coming back toward the Icarus.  A BEEP,
and we PAN OVER with Tanner.  He LOOKS AT THE SCREEN AGAIN,
and these words come up, FLASHING:

"PSYCHOLOGICAL EVALUATION COMPLETE.  MCBRIDE, ROY P.: PASS"

Right after this, A CLANG alerts Lawrence Blunt, and he moves
to open the AIRLOCK.  He HELPS ROY through the AIRLOCK:

                    LAWRENCE BLUNT
          Pull towards me, Roy--just a little
          more on the right--

Roy takes off his helmet.  Removes his cargo: THE CANISTERS.
The adrenaline rush over, he lets out a deep breath.  He
pants.  Seems spent.  He looks at Blunt for a moment, his
face pained just a bit.  Struggling.  Blunt senses this:

                    LAWRENCE BLUNT (CONT'D)
          They were sent multiple warnings,
          Roy.
               (beat)
          It's chaos out there.  Had to be
          done.

CONFIDENTIAL                                           GRAY_014158

5.

                    ROY MCBRIDE
          Yes, of course, Commander.


EXT. SPACE - EARTH ORBIT

We SEE Icarus Seven as it DOCKS with the International Space
Station 4 (ISS-4), the FOURTH GENERATION of orbiting
stations.  This station is much larger, more elaborate than
any of its predecessors.  It is in the middle of
construction.


INT. ISS-4 - DOCKING BAY

Blunt, Roy, and Tanner EMERGE from their CRAFT as TWO
TECHNICIANS in WHITE (BEARING the logo for "ROCKWELL
INTERNATIONAL" on their backs) help them out of the ship.
The three astronauts are sweaty, tired.

A RECEPTIONIST floats forward to greet the three astronauts.

                    RECEPTIONIST
          Good morning, gentlemen--welcome
          back to ISS-4.  We'll get you to
          your suites as soon as possible.

ANOTHER OFFICER (*late 20s, eager*) comes forward, approaches
Roy as Roy discards his spacesuit--

                    SPACE OFFICER
          Right this way, sir.


                                        CUT TO:


INT. ISS-4 - MAIN CORE

It's the center of the station.  Roy is being escorted by his
officer.

A restaurant, a souvenir stand.

Families are here, excited.  There is a SPACE TOURISM BOARD
desk.  Two YOUNG CHILDREN get their PHOTOS TAKEN in ill-
fitting spacesuits in front of a powder-blue backdrop,
laughing heartily at their weightlessness.  As Roy and the
Space Officer move past them, the PARENTS notice Roy.  The
FATHER races over, points to a BADGE that Roy has around his
neck:

                    FATHER
          'Scuse me--would you mind...?  For
          the kids?

                                      GRAY_014159

6.

Roy's face lights up:

                    ROY MCBRIDE
          Sure thing.

Roy comes over to the PHOTO AREA, and POSES WITH THE
DELIGHTED CHILDREN.  As the PHOTO is SNAPPED, re the kids:

                    FATHER
          My kids *love* astronauts.  I try to
          tell them how much work it takes to
          do what you do, how few of you
          there are.

                    ROY MCBRIDE
          Well, we sure appreciate all your
          support back home.
                    (to the children)
          How you doing, kids?

SNAP!  The photo is taken.  Roy, with the kids, big smiles...


INT. ISS-4 – INTERNAL MONORAIL – CUBICLE

Roy is led to the monorail by the Officer, who departs with a
nod and a courteous smile.  Roy ENTERS a SEAT with a SMALL
CUBICLE around it--one among many in the dimly-lit train.

                    MONORAIL OPERATOR
          I'm gonna have to ask you to please
          buckle your seatbelt, sir.

He buckles himself in.

Roy looks to his seatback.  A SCREEN.  He punches in a CODE
which is PRINTED on a FOLDED PAPER; and then the iPad-like
SCREEN TURNS ON in front of him.  He talks with his PARENTS
via a VIDEO CHAT.  First, it's dad JACK MCBRIDE.  Seventy-one.

Roy puts EARBUDS into both ears:

                    ROY MCBRIDE
          Hello, Pop--I'm back on ISS, safe
          and sound.  Just wanted to let you
          know.

                    JACK MCBRIDE
          Gee, that's great, Roy--thanks for
          calling.  Hold on, I'm getting your
          mother--

He gestures offscreen.  Then, sitting down with him: mom
MARILYN, sixty-four.

CONFIDENTIAL                                                    GRAY_014160

7.

The RECEPTION isn't great, with the image FREEZING upon
occasion.  But the connection is maintained:

                    MARILYN MCBRIDE
          Hi, sweetheart!  You coming down
          for Easter?

                    ROY MCBRIDE
          No, Ma--I'm afraid I can't.  Things
          are getting real busy up here
          and...and it's not gonna be
          possible at this time.

Marilyn makes an EXAGGERATED FROWN FACE.  Then shrugs,
changing her tune:

                    MARILYN MCBRIDE
          Okay, well...we understand,
          honey... We're just so proud of you-
          -serving your country, just like
          your big ol' Daddy and Granddaddy.

                    JACK MCBRIDE
          This mean you're gonna be exploring
          deep space?  'Cause we'd miss you
          plenty, but--at least you'll be
          doing what you always dreamed of--

                    ROY MCBRIDE
          No Pop, I'm still in earth orbit.
          But personal goals don't matter
          right now.  We're working hard on
          stabilizing Mercury.

                    JACK MCBRIDE
          [Are] you folks making any
          progress, at least?

                    ROY MCBRIDE
          We're certainly trying, sir.

                    JACK MCBRIDE
          Good, good...  It's not about us,
          you understand.  But your mother,
          she worries--your brother's
          children, and their kids...if the
          earth's in the trouble some say
          it'll be in a couple hundred years--

                    ROY MCBRIDE
          Well it is, Pop.  The solar
          system's gonna collapse.  And...and
          that's just a fact, sorry to say.
                    (MORE)

CONFIDENTIAL

GRAY_014161

8.

                    ROY MCBRIDE (CONT'D)
          You can't pay attention to the
          deniers.

A beat from Jack as he seems to contemplate this news.  Then:

                    JACK MCBRIDE
          Sure is a bad piece of business--

                    ROY MCBRIDE
          But we're trying to find new
          possibilities--without endangering
          everybody or doing anything
          irresponsible, of course.

                    JACK MCBRIDE
          All right...good--you keep working
          at it.  And if you're ready to meet
          someone, remember we got 'em lined
          up for ya!

                    ROY MCBRIDE
          I've gotta be going now, Pop.  Mom.
          G'bye.

                    JACK AND MARILYN
          G'bye, son!  Speak to you soon--we
          love you!

The "call" disconnects.  A MAN comes over.

                    ROY MCBRIDE
          I'll have the beef, please, with
          the sweet potato.

                    MAN
          Yes, sir.


INT. ISS-4 - DORMITORY QUARTERS

GRAVITY IN THESE QUARTERS.  The space is small but
comfortable.  Spartan.  ROY enters.

(NOTE: They are in a part of the space station that ROTATES
to provide an artificial experience of GRAVITY.)

A pair of MED TECHS begin immediately doing CHECKS on Roy.

Roy takes a seat alongside a window as the techs check his
heart, lungs, blood pressure, temperature, etc.  Roy looks
out the window.  Earth.  Beautiful.  EXTREME CLOSE SHOT on
ROY'S EYES.  He looks down at the BLUE MARBLE.  A TECH:

GRAY_014162

>                    MED TECH #1
>           Would you like the shades down,
>           Major?
>
>                    ROY MCBRIDE
>           No, it's all right.  I enjoy
>           observing the, the vortices of the
>           cloud patterns...
>                    (sotto; for himself)
>           Beautiful...
>
>                    MED TECH #1
>           Any ill effects from the EVA?
>
>                    ROY MCBRIDE
>           No, I feel real good.  I did get
>           DoD's message about returning to
>           earth.  But--I'd like to stay here.
>
>                    MED TECH #1
>           We'll make your request known.
>                    (as he packs up)
>           You might want to do your best to
>           relax a little bit.  You've been in
>           orbit for an awfully long time, so
>           DoD has sent you a companion for
>           tonight.
>
>                    ROY MCBRIDE
>           All right...

Then the Med Tech #1 packs up his machines and briefcase, and
just like that, he and the other Techs are GONE.  Roy is
SILENCED.


INT. SLEEPING AREA

Roy enters, retrieves some water.  When he turns back around,
we SEE that a NAKED WOMAN is LYING DOWN on his bed.  In black
light.

She is physically perfect.  She seems totally like a sexual
object, and yet also totally real. Roy brightens at the sight
of her:

>                    ROY MCBRIDE
>           Hello.  Do you have a name?
>
>                    WOMAN
>           Yes.  I'm Ramona.

She closes her eyes.  She turns around, to lying with her
body facing up.  Exposing her vagina and breasts.  She begins

CONFIDENTIAL

GRAY_014163

to masturbate.

Roy approaches her.  THEN a TEXT FROM MISSION CONTROL.

When he reaches over to retrieve the text, his arm goes
THROUGH her body to get to the text--and we realize she is a
magnificent hologram.

THE TEXT: "Classified MTG, 8am GMT."

Roy LIES DOWN, stares at her.  He is next to the woman...

                                        FADE OUT.

                                        CUT IN:


INT. ISS-4 – CORRIDORS – THE NEXT DAY

Roy FLOATS down a long, winding CORRIDOR until he reaches a
closed door.  He puts his palm against a screen:
"ENTERING ARTIFICIAL GRAVITY ZONE"

And a LATCH opens into:


INT. ISS-4 – STRATEGIC SPACE COMMAND – HQ

This is the SSC's covert ops headquarters.  Besides Roy is A
WOMAN, taking notes on a PDA type device.  Also present are
FOUR of Roy's SUPERIORS; Roy knows two of them:  COLONEL
DUNCAN and COLONEL EPINGER.

The two other superiors are BRIGADIER GENERAL FALLON and
LIEUTENANT GENERAL SHARPE.  Roy SALUTES ALL OF THEM, mumbles
cordial "HELLOS".  Then:

                    BRIGADIER GENERAL FALLON
               Roy, I'm Brigadier General Fallon.
               This is Lieutenant General Sharpe,
               Director of Special Ops for SSC.

                    ROY MCBRIDE
                 (nods; then)
               Sirs.  Ma'am.

Fallon motions for Roy to sit, and he does as well.  As the
others sit around him:

                    BRIGADIER GENERAL FALLON
               You come very highly recommended.
               For risk-taking, remaining calm--
               says here your pulse has never gone
               above 80 during an EVA?

                    ROY MCBRIDE
              (a smile)
         You should just thank my genes for
         that, sir--not me.

                    BRIGADIER GENERAL FALLON
         Oh, you ARE your genes, Major.  You
         know, we look for people such as
         yourself, people who won't let
         emotions or fears get in the way of
         a task.  And I must say, you've
         succeeded brilliantly at that.

                    ROY MCBRIDE
         Thank you.

The full-wall VIDEO SCREEN behind Roy plays real-time images
of the ISS.   Lieutenant General Sharpe consults a PDA of
sorts, which supplies him with info.  Fallon stares at Roy
for a moment, then:

                    YOUNG MAN
         General, we're ready.

                    LIEUTENANT GENERAL SHARPE
         All right then...
              (then back to Roy)
         Roy, we're just gonna ask you a few
         questions--if that's okay.

                    ROY MCBRIDE
         Absolutely, sir.

A smiling MAN puts a SENSOR on ROY'S ARM.

On the WALL-SCREEN, A VIDEO of a CREW plays.

We SEE a SERIES OF IMAGES first, of a MAN: DR. JOHN F. GATES.

*Gates is lanky, gaunt, serious-looking.  Sixtysomething.  He
has light blue eyes which look as though they might penetrate
steel.*

                    COLONEL EPINGER
         You know this man, Major?

                    ROY MCBRIDE
         I do.  His name is Dr. John Gates.
         He was in the class of astronauts
         ahead of mine and he was my
         instructor at Purdue University.
         But he left the program and entered
         the private sector.
              (beat)
                    (MORE)

12.

         ROY MCBRIDE (CONT'D)
And...I'm no longer in contact with
him.

       BRIGADIER GENERAL FALLON
You also knew his daughter, Claire--
's that correct?

         ROY MCBRIDE
    (just the slightest pause)
It is.  We were engaged.

        COLONEL EPINGER
Can you tell us what happened to
her, please?

A UNIFORMED WOMAN is TAKING NOTES, in the background.

         ROY MCBRIDE
    (nods; then)
She was traveling from her office
to home, on the thruway, 'bout 25
miles outside Montgomery, Alabama.
Approximately four years ago.

Then: SECURITY CAMERA VIDEO, taken from a high vantage point
on a LARGE ROAD, OF a woman--CLAIRE, thirty, more on her
later--inside a SELF-DRIVING AUTOMOBILE.

It's not CLOSE UP, but we can STILL TELL WHAT'S HAPPENING...

A beat later, Claire is PANICKING.  The vehicle has STOPPED
on the HIGHWAY.  As this plays:

         ROY MCBRIDE (CONT'D)
As you can see here, the vehicle
stopped without warning.  She
attempted to exit.  Apparently, a
wiring issue caused a malfunction,
and another automatic vehicle
collided with hers'.

<u>WE SEE FOOTAGE OF a TERRIBLE COLLISION.  Another SELF-DRIVING
VEHICLE PLOWS INTO HER STOPPED CAR at ASTONISHING SPEED.  We
SEE CLAIRE BEING turned into a PULP.  We then SEE her AS
UNRECOGNIZABLE REMAINS, and the IMAGES ARE GRUESOME...</u>

The SECURITY VIDEO KEEPS PLAYING, on a LOOP...

       LIEUTENANT GENERAL SHARPE
Do you suffer any psychological
trauma from the incident?

CONFIDENTIAL

13.

                    ROY MCBRIDE
          Sir, I, in the interest of honesty,
          I do struggle with it.  But I
          believe I've dealt with it as
          successfully as is possible, and
          that particular trauma has lessened
          with the passage of time.

                    BRIGADIER GENERAL FALLON
          You also withdrew yourself as a
          candidate for the Deep Space
          program?

                    ROY MCBRIDE
          I saw an urgent need to contain
          rogue activity within our
          scientific community.   Sir.

A moment of SILENCE from ALL the MEN.  They LOOK OVER to a
YOUNG MAN SEATED in the CORNER, who stares back at them.  The
Man REMOVES the PATCH from ROY.  Nods to the others.

ON ROY--as if he's wondering what this is all about. Colonel
Duncan steps forward:

                    COLONEL LIONEL DUNCAN
          Major, three years ago, a massive
          private expedition called the Lima
          Project, numbering approximately
          140 crew, was launched, to Saturn.

They begin to show him IMAGES on TWO SCREENS NEXT TO EACH
OTHER, on the wall.  Roy is astonished.

                    COLONEL LIONEL DUNCAN (CONT'D)
          This mission was far and away the
          most distant large-scale expedition
          ever attempted.

Roy is just plain SHOCKED:

                    ROY MCBRIDE
          I, I wasn't aware we had the
          capability of such a flight, sir--

                    COLONEL LIONEL DUNCAN
          The capability was kept classified
          due to the nature of its payload.
          They were to transport and install
          a supercollider--

A PHOTOGRAPH, TAKEN of a LARGE STRUCTURE, half-built, in
SPACE.  An IMAGE SEEN BY THE TELESCOPE.

14.

                    COLONEL LIONEL DUNCAN (CONT'D)
          Far enough away from earth in the
          event of any malfunction.  To
          harness vast quantities of
          subatomic particles--for
          antimatter, vacuum energy research,
          and so forth.  But...

Duncan STEPS CLOSE to Roy.  His expression turns grave.

                    COLONEL LIONEL DUNCAN (CONT'D)
          Its first operational test resulted
          in catastrophic failure.  One of
          Saturn's moons was destroyed, and
          the mission was ordered to abort.

                    ROY MCBRIDE
               (trying to hide awe)
          Yes, that would seem to be the only
          acceptable course of action.

Awkward silence.

                    COLONEL LIONEL DUNCAN
          Major, what I am about to reveal to
          you may be rather...*difficult* for
          you to absorb.

                    ROY MCBRIDE
          Please, continue.  Sir.

                    COLONEL LIONEL DUNCAN
               (thinks for a moment,
                then)
          The commander of the Lima Project
          was Dr. Gates.
               (beat)
          And he has <u>not</u> ceased operations.
          He has in fact ended all his
          communications with us.

Lieutenant General Sharpe also LEANS CLOSER:

                    LIEUTENANT GENERAL SHARPE
          Major, we have no idea what Dr.
          Gates is doing out there, armed
          with the awesome power of that
          collider.  But he is certainly
          planning...*something*.  And we must
          get the toothpaste back into the
          tube.

CONFIDENTIAL                                                      GRAY_014168

15.

                    ROY MCBRIDE
          I understand, sir.  Keep it away
          from radicals and anti-government
          types.  Course.

                    LIEUTENANT GENERAL SHARPE
          We are formulating a mission to
          locate and destroy Dr. Gates's
          installation. Currently, Commander
          Blunt will be leading the mission,
          seconded by Captain Tanner.

A beat, as Roy waits to hear about his own assignment.
Nothing forthcoming, so:

                    ROY MCBRIDE
          And what is, what is my role here,
          sir?

                    BRIGADIER GENERAL FALLON
          Major, we're going to be frank with
          you.  Some here feel that you would
          serve us better as an advisor,
          because of your personal ties to
          the individual involved.

Roy is roiled by the implication:

                    ROY MCBRIDE
                (re his profile:)
          Sir, as you can see, I have perfect
          scores on my psych-evals.

                    BRIGADIER GENERAL FALLON
          We know.  You have a rather unique
          ability to maintain control.  And
          paradoxically, your proximity to
          Dr. Gates could prove quite useful
          to us here.  So...given that you
          are on the spectrum for Asperger's
          syndrome, we have kept you under
          consideration.

                    ROY MCBRIDE
          Sir, I've <u>never</u> failed to separate
          my assignments from my emotions.
          I'm fully prepared to take all
          required steps.

CONFIDENTIAL                                                      GRAY_014169

                  BRIGADIER GENERAL FALLON
        That's very good, Roy.  Because we
        believe that in this current
        environment, where the life of our
        planet is measurable in the
        hundreds of years and not in the
        billions, we must be balanced.
        We're...not _deniers_ of the science,
        but we do not dare risk the
        present.  We're confident that the
        next generation will meet the
        challenges of our finite future.

On the WALL-SCREEN--PHOTOS/VIDEOS of Gates, Claire, and Roy,
TOGETHER in a variety of academic and social settings.
Roy remains UNFAZED--or UNCOMPREHENDING.

                  LIEUTENANT GENERAL SHARPE
        No simulations exist for this kind
        of mission.  The level of danger is
        unprecedented.  You will be
        traveling through an increasingly
        lawless environment.  And
        obviously, very few humans have
        ever ventured where you will be
        headed. The possibility that you
        will not be able to return is real.

Far from haunting Roy, the very prospect seems
oddly...enticing.  His face brightens just a touch.

                  ROY MCBRIDE
        Understood, sirs.  It's always been
        my dream to travel to the planets,
        and beyond.

A beat as the men PONDER.  Roy looks down, at the DOSSIER.
Sees CLAIRE'S IMAGE in a photograph.  Looks back at the men:

                  ROY MCBRIDE (CONT'D)
        Sirs, is this...something you'll
        allow me to pursue?

The others look at each other.  No response.  Then we:

                              CUT TO:


INT. CORRIDOR

Roy is floating through a corridor, accompanied by an ARMY
OFFICER.  We STILL HEAR:

GRAY_014170

17.

             BRIGADIER GENERAL FALLON (O.S.)
      As you execute this assignment,
      Roy, there is something that you
      must contemplate--not only for
      yourself, but for your crew...

INT. QUARTERS

Roy packs his things, preparing himself.  Over this, we STILL
HEAR:

             BRIGADIER GENERAL FALLON (O.S.)
      In deep space, it becomes difficult
      to maintain one's moorings.  Sanity
      can become the exception, not the
      rule.  Keeping the mind clear in
      the face of the infinite will be
      perhaps your greatest challenge...

We SEE ROY at his computer SCREEN.  GOING THROUGH PHOTOS of
himself with Dr. Gates, with Claire Gates.  DELETING THEM...

                              CUT TO:

A SHOT OF A MOVING PROBE,

Hurtling through space...  Towards Saturn...  Over this:

             LIEUTENANT GENERAL SHARPE (V.O.)
      Dr. Gates' location near Saturn is
      currently uncertain.  We have sent
      out numerous drones but have found
      nothing.

INT. ISS-4 - SPACE ELEVATOR

Roy SPEEDS toward a new destination on the ISS-4.  He is deep
into his materials.  He views visuals on a PDA--i.e. IMAGES
of the HELIOS MARS SPACE INSTALLATION and the MOONS OF SATURN-
-as he listens to info via earphone.

             BRIGADIER GENERAL FALLON (V.O.)
      We will be forwarding to you all
      relevant exchanges between Dr.
      Gates and the outside world, with
      minimum redaction.

                              CUT TO:

CONFIDENTIAL

GRAY_014171

INT. GALLEY FOR SHUTTLE

Roy ascends the narrow scaffolding.  It's oddly primitive;
the way to the shuttle entrance is a fifty-foot stepladder
which goes straight up.  Harrowing climb for most of us...

                    BRIGADIER GENERAL FALLON (V.O.;
                    CONT'D)
          You are to analyze this material
          for any clues as to his ultimate
          intentions.  Additionally, we have
          determined that something on Mars
          may be communicating with the Lima
          Project.

INT. ISS-4 - PREP ROOM

A small, bright, white fluorescent room dedicated to
preparing for space travel.  What looks like black leather
Eames chairs, cases, men in white pants and shirts helping
astronauts get ready.  Roy is being fitted with his suit.

Around him, Roy is struck by the loosey-goosey attitude of
some of the ISS ASTRONAUTS.  These astronauts are YOUNG, and
new to space.  And we have a moment, a beat of levity...as
the young astronauts revel in their weightlessness.  They
aren't yet "weathered."  They are having a party.  DANCING--
doing weird low-g movements that would be impossible on
Earth.  Roy can--almost--ignore them.  But he does crack a
SMILE at their antics.

                    LIEUTENANT GENERAL SHARPE (V.O.)
          You will need to go first to Mars
          and probe this transmission
          personally, because we have
          indications that Dr. Gates has
          hacked our communications.  The
          hope is that whatever is behind the
          transmissions will divulge Dr.
          Gates' precise location.  Capcom
          and you will then determine the
          best way to proceed.

INT. LUNAR SHUTTLE

Roy steps into the bowels of a lunar shuttle, still docked to
ISS:

                    LIEUTENANT GENERAL SHARPE (V.O.)
          The true nature of your journey is
          of course classified.
               (MORE)

CONFIDENTIAL

GRAY_014172

19.

                    LIEUTENANT GENERAL SHARPE (V.O.)
          In addition, the usual
          misinformation will be fed to you
          and to the other crewmembers to
          prevent subversion or collusion.
          As you know, this adversarial
          situation is unfortunate but
          necessary.

CLOSE SHOT on SENSORS on ROY'S ARM.

                    BRIGADIER GENERAL FALLON (V.O.)
          There will be periodic
          psychological evaluations.  Your
          stress levels will be monitored at
          all times.  If failure is
          indicated, SSC will abort.

Roy scrolls through information about Gates--WITH IMAGES OF
CLAIRE.

                    BRIGADIER GENERAL FALLON (V.O.)
          And in order to maintain absolute
          secrecy, you and the crew must
          depart from the Far Side of the
          moon.  As the moon is currently in
          a state of extreme lawlessness,
          this is not without danger.
          Maximum caution is advised...


                                        FLASH CUT TO:


CLOSE SHOT ON CLAIRE

*Looking not quite into camera, but close.*


BACK TO SCENE

Roy blinks the memory away...


INT. SHUTTLE TO THE MOON - THE "SHUGUANG LUNAR SHUTTLE"

A hi-tech space, but small.  The interior almost resembles a
submarine.  No attempt at aesthetics has governed a single
choice; everything is there for practicality, functionality.
Green leather seats line both sides of the tube.

HAND-HELD.  We go over routine preparation for the trip.
Everyone buckles in.  Roy meets up with his work partner:
Tanner.  The men shake hands as they buckle in.  They are
operating the shuttle.  Nodding hello, a straight-faced:

                    ROY MCBRIDE
          Morning, Bill.  Real nice to see
          you.

                    BILL TANNER
          Hello, Roy.  I thought you might be
          going back down.  Maybe to
          Virginia.

                    ROY MCBRIDE
               (shaking his head; then)
          Nah, staying up here's been very
          good for me...
               (beat)
          I just feel the work we're doing
          here, it's critical.

                    BILL TANNER
          Certainly is...
               (eases a bit)
          Commander Blunt's on this one too--

                    ROY MCBRIDE
          Terrific--

Tanner refers Roy's line of sight to:


INT. COCKPIT

Where Blunt nods, already strapped in.  Roy waves back, a
gentle smile in return.

                    LAWRENCE BLUNT
               (into a radio)
          Okay, ISS--I think we're about
          ready here.  Capcom, ready for
          separation...
               (to the men)
          Fellas, we're pushing off.


EXT. ISS-4 - SPACE - SHUGUANG LUNAR SHUTTLE

The shuttle disconnects from ISS-4 and begins a trip to the
moon.

SERIES OF SHOTS

As the Shuguang ventures toward its destination.

CONFIDENTIAL                                                    GRAY_014174

INT. SHUGUANG LUNAR SHUTTLE - MOMENTS LATER

Bill brings a bottled drink to Roy:

> BILL TANNER
> New kind of fruit drink they sent
> up.  There's more magnesium in this
> one.

> ROY MCBRIDE
> Thanks.

Roy is staring at the moon when: THE LIGHTS FLICKER and the
SHUTTLE takes a BIG DIP.

> BILL TANNER
> That was a bad one.
> (beat; softer)
> Gamma ray bursts're getting big
> lately...

Roy turns back to the window.  Bill then looks over Roy's
shoulder; Roy is staring out at the approaching moon:

> BILL TANNER (CONT'D)
> (pointing to his dossier)
> SSC says it's slid back a bit,
> gotten worse...

> ROY MCBRIDE
> (nods)
> The radicals're in a panic,
> according to the briefs.

> BILL TANNER
> (almost as a test)
> Your girlfriend used to go a lot?
> That right?

Gives Roy pause, but this is information Bill should know,
and Roy quickly calms himself:

> ROY MCBRIDE
> Through her genetics work at
> M.I.T., yes.

ANGLE ON THE MOON as it APPROACHES.  Over this, we HEAR:

> BILL TANNER (O.C.)
> She predicted all hell'll break
> loose after the Mercury
> announcement, I read.
> (interior)
> (MORE)

22.

                    BILL TANNER (O.C.) (CONT'D)
            Those squatters and anarchists down
            there, doing experiments on who-
            knows-what.  She talk to you about
            that?

                    ROY MCBRIDE
                (nods)
            She felt it would be virtually
            impossible for human beings once
            they were informed of the limits of
            the future.

                    BILL TANNER
                (beat; forced smile)
            Least there's some new restaurants
            on the Near Side, though.  And some
            recreational things, too.

Roy nods in acknowledgement.  Then, after Tanner mutes the
radio and looks to see Commander Blunt out of earshot, he
WHISPERS:

                    BILL TANNER (CONT'D)
            What d'you think about this one?
            Off the record, now.

                    ROY MCBRIDE
            I think it's a challenge.

                    BILL TANNER
            This's about Gates, isn't it.  They
            wouldn't give me his name, but I
            pieced it together.

A beat. Then:

                    ROY MCBRIDE
            Certified astronauts're not a big
            group, Captain.  It's always
            possible we'd know the individual
            under scrutiny.

                    BILL TANNER
                (sotto)
            SSC must be pretty desperate, then.
            We must be their last chance.

Roy doesn't respond.  He becomes interior.  Bill is right, no
doubt.  Tanner goes on, more for himself:

                    BILL TANNER (CONT'D)
            He was the brightest goddamn NASA
            man I ever knew.  I guess he
            just...lost it out there...
                    (MORE)

CONFIDENTIAL                                           GRAY_014176

                 BILL TANNER (CONT'D)
          (beat)
       They're hoping he still trusts us,
       aren't they.  Christ, they think
       we're back at Purdue.

                 ROY MCBRIDE
         (an uneasy smile)
       I'm sorry, Bill--as you know, we
       can't discuss this further.  I wish
       we could.

Tanner nods.  Silence between the two.  They're looking out
the WINDOW--the MOON appears a little bigger, as we
approach...

                 BILL TANNER
       Well, enjoy your drink.

Tanner gets up, walks away.

<u>TIME CUT</u>

Roy is alone.  He sifts through DIGITAL FILES of photos and
videos--

OF ROY AND CLAIRE.

And Gates.  Roy LISTENS to a DIGITAL FILE with EAR BUDS: it
is the VIDEO of the LAST WILL AND TESTAMENT OF DR. JOHN
GATES:

                 DR. JOHN GATES
       *It feels as though my brain is*
       *broken...  Nothing can equal the*
       *hell...<u>Nothing.</u>  My future is, is*
       *gone...the loss of my child--*

After watching and listening for a moment:

A problem--the shuttle LOSES POWER, there's a COMPUTER
BLACKOUT...  The INSTRUMENT PANEL goes off.  Roy LEANS OVER,
LOOKS TOWARD the PILOTS.  They are checking their controls.

Roy is completely calm.  He gets up, steps into:


INT. COCKPIT

Where he crouches in the doorframe:

                 ROY MCBRIDE
     GRB?

CONFIDENTIAL

           LAWRENCE BLUNT
I don't think so--too big.  Feels
like some kind of rocket fire.
We're over hostile territory right
now.

The panel goes back on.  But an ALARM sounds.  Everyone grows
more CONCERNED.

Tanner' eyes go to a SCREEN on the panel.  WARNING LIGHTS are
BLINKING everywhere.  Blunt speaks into the RADIO:

           LAWRENCE BLUNT (CONT'D)
Capcom, we are on course for the
moon on a supply mission.  Have
hydraulic failure, with right
aileron.  Switching to manual,
please advise.  Over.

           CAPCOM
Reroute.  Orbital maneuvering--
power OMS, over.

Blunt looks FEARFUL.  Roy eyes Blunt, sees his concern.
Blunt turns back to Roy, as if realizing his concern:

           LAWRENCE BLUNT
Roy, you might need to buckle up,
maybe even prepare for an EVA.
    (beat)
Could get hairy.

           ROY MCBRIDE
    (nods; then)
Copy that.

Roy steps back, into:


INT. THE SEATING AREA

Roy buckles himself in, but is still able to see into the
cockpit.  OVERHEARS:

           LAWRENCE BLUNT
Give me roll and yaw--ten
millimeter bursts...

Bill looks tense.

Roy seems focused; he looks for THE EMERGENCY FLIGHT RECORDER
MICROPHONE.  It is located right next to his seat, on a cord.

25.

He SNAPS OPEN the cover of the MICROPHONE, SPEAKS as he SCANS
CHARTS of the LUNAR SURFACE on what looks like an iPad built
into the side of the shuttle:

>                    ROY MCBRIDE
>           Capcom, updating flight recorder.
>           It appears that we've been hit by
>           rocket fire.  Sat guidance is
>           likely out.  Commander Blunt is
>           going to have to land the bird
>           without computer assistance, and we
>           are considerable distance from our
>           planned landing site...
>                (looking out the window)
>           Currently approaching the eastern
>           edge of Mare Crisium, at roughly
>           17,000 miles per hour.
>                (beat)
>           Significant possibility of
>           mortality for crew.

Roy PEERS out the window.  He SEES: the shuttle...it begins
SPINNING as it plummets towards the moon.  The right wing
SHUDDERS and rips away--the shuttle is INVERTING.  TILES are
flying off.

ABOVE him, the MOON is fast approaching.  He has a moment; he
INHALES and EXHALES DEEPLY.  But just as quickly as this
moment of terror appears, it disappears.  He resolves it and
enters a state of true professional calm.  Looks to the
cockpit, HEARS:

>                    LAWRENCE BLUNT
>           Capcom, we're looking to find the
>           correct glide slope and put her
>           down--probably Mare Crisium--over--

Roy speaks into his radio:

>                    ROY MCBRIDE
>                (to Blunt)
>           Commander, I do believe Mare
>           Tranquillitatis is superior--

>                    LAWRENCE BLUNT
>           Crisium's much closer, Major.

>                    ROY MCBRIDE
>           Crisium is rocky terrain.  It's my
>           opinion that if try that, we won't
>           survive.

Blunt SEEMS TO THINK ABOUT THIS FOR A MOMENT.

GRAY_014179

Then eases the stick over and around.  The shuttle is not
responsive.  Gives it a pull, and the shuttle snap-rolls,
SHAKING violently.

>                    LAWRENCE BLUNT
>          Capcom, we are proceeding to
>          Tranquillitatis.  Over.

Tanner pulls hard on the stick until the HORIZON changes.

The MOON is BELOW them now, instead of over their heads.


INT. CABIN

Roy comes back inside.  The ride becomes BUMPIER.  Roy speaks
again into the microphone:

>                    ROY MCBRIDE
>          Approaching Mare Tranquillitatis in
>          an attempt to put down.  Entering a
>          steep dive...

OUT THE WINDOW--THE TSIOLKOVSKY CRATER is clearly visible.
Everything seems to slow down for Roy now, and he is
breathing deeply:

>                    ROY MCBRIDE (CONT'D)
>               (softly, almost to self)
>          ...the ejecta blanket is extremely
>          bright...resembling snow...

He PEERS OUT AGAIN.  More TILES flake away as we approach the
NEAR SIDE of the moon.  The left wing SHAKES its rivets.
It's about to go.

A STRANGE PEACE OVERTAKES ROY.  Is he accepting death...?
Everything goes quiet for him...

SHAKING and RATTLING.  Roy turns back toward the cockpit.
Sees the struggle: Blunt tries to level off, but can't.  He
throws the stick over--a major, unnatural bank.  Then banks
it right back across, ZIG-ZAGGING to slow it down.

Tanner pulls one last time, and they bank into their turn.

>                    BILL TANNER
>          Mach 2--

The STALL ALARM is WAILING.

>                    BILL TANNER (CONT'D)
>          Approaching the eastern edge of
>          Mare Tranquillitatis--
>                    (MORE)

                         BILL TANNER (CONT'D)
                    (excited)
               Landing site. Velocity 7,062 feet
               per second.  Distance 56 nautical
               miles.

                         LAWRENCE BLUNT
               I'm sorry, fellas--looks like we're
               going down.
                    (looks to Roy)
               I believe you were right about
               Crisium.  Hopefully we survive
               this.
                    (beat)
               Godspeed, gentlemen.

OUT THE WINDOW--MARE TRANQUILLITATIS looms large ahead.  We
move towards the MOON, the shadowed contours of the CRATERS
get sharper.  Bill joins Roy in the REAR, bends into crash
position.

                         LAWRENCE BLUNT (CONT'D)
               Impact in approximately ten
               seconds...

Roy reaches over, PULLS OUT a LARGE METAL LOOP from the
console.  The camera TILTS UP to see a small piece of text
above the metal loop:

DISTRESS BEACON ACTIVATED.


INT. SHUGUANG LUNAR SHUTTLE - COMPARTMENT

Roy buckles up and assumes CRASH POSITION; he grabs for
oxygen and lowers his helmet upon his head...  Bill is right
next to him...

                         LAWRENCE BLUNT
               Rapidly approaching lunar
               surface...impact is imminent...

A beat.  No impact.  Another beat.  Nothing.  EERIE CALM
AGAIN.  And then--as ROY LOOKS THROUGH THE WINDSHIELD--

He SEES the MOON'S TERRAIN APPROACHING.  RIGHT UP IN FRONT OF
US.

                         LAWRENCE BLUNT (CONT'D)
               Two hundred feet...

CLOSER--

                         LAWRENCE BLUNT (CONT'D)
               Fifty feet...

AND CLOSER--

                    LAWRENCE BLUNT (CONT'D)
          Twenty feet--

A beat--then:

BANNNNNNNG!  BOOOOOOOOOOOOOOM...

A horrible JOLT rips through the shuttle.  In SILENCE, with
only the harried breathing cutting through:

AIRBAGS inflate, RETRO ROCKETS fire.  The crash landing
creates a DUST STORM.

We SEE that the impact loosens Blunt's G-seat.  He's battered
and rolled as the shuttle continues to tumble.

And then the shuttle slowly grinds to a halt.  UTTER SILENCE.

The hatch blows.

(The EARTH appears large--it's 60 times brighter than the
moon appears from Earth.)

ON ROY'S FACEPLATE--the Earth is reflected.  We can't see his
face.

A DISPLAY inside of his helmet.  Information projected on the
display guides Roy to the rendezvous point.  And alerts him:
oxygen leak. TWO minutes and 54 seconds left...

                    ROY MCBRIDE
          Capcom, we are down, near Mare
          Tranquillitatis.  In need of
          immediate assistance, over.
          Capcom, do you read?  Capcom?

ROY LOOKS to the COCKPIT.  Then to his RIGHT.  SEES TANNER
moving, but trapped.  Cannot SEE BLUNT, except for a small
sliver of UNMOVING HELMET.

Roy himself is TRAPPED as well, sandwiched between two heavy
pieces of the spacecraft which have broken loose.

He TRIES to PULL HIMSELF LOOSE.  He is immobilized.

AND THEN, OUT OF NOTHING:

A LASER STARTS TO SLICE THE SPACECRAFT IN TWO.  Someone or
thing has come to help!

His oxygen: ONE MINUTE REMAINING.

CONFIDENTIAL

29.

A HUGE CHUNK of the CRAFT is now GONE, having been PULLED
AWAY by what looks like some enormous MOON BULLDOZER.

THIRTY SECONDS REMAINING.  A WARNING TONE inside the HELMET.

The bulldozer approaches.

TEN SECONDS REMAINING.

MECHANICAL CLAWS REACH OUT to HIM.

A message flashes: OXYGEN DEPLETED.

                                        CUT TO:


BLACKNESS.

                                        FADE IN:


INT. MOON BUNKER

Roy EMERGES from a quasi-coma.  Drenched in sweat.  He SITS
UP, surveying the space.

All white.  LED lights.  Beds.  Medical DEVICES.

COMMANDER JOÃO PEDROSA is here.

*Fiftyish, charismatic.  He's wide and tall and tough.  His
nose looks like it's been broken at least once.*

Pedrosa presents his enormous hand to Roy.  Speaks with an
accent:

                    COMMANDER JOÃO PEDROSA
               Major, I'm João Pedrosa.  Lunar
               operations Commander for the UN and
               the G-24.  We responded to your
               distress call.

They shake as TWO MEDICS check ROY.  He seems to be fine.
Roy seems to recognize Pedrosa.  Then:

                    COMMANDER JOÃO PEDROSA (CONT'D)
               You were hit by rocket fire.

Roy sits up.

CONFIDENTIAL

          COMMANDER JOÃO PEDROSA (CONT'D)
    You are really very fortunate--you
    might have come down in Chinese or
    Russian territory, which would have
    made locating you more difficult.
        (re: the others)
    You can speak freely.  We all have
    A-line security clearance.

          ROY MCBRIDE
        (discombobulated)
    Where's, where's the rest of the
    crew...?

          COMMANDER JOÃO PEDROSA
    Up in our quarters--they're doing
    well.  Your section of the craft
    was hit harder.
        (beat)
    But don't worry, we'll get all
    those sonsofbitches...We'll get in
    there, we'll sweep the radicals
    out.

A SIRI-like voice then SOUNDS: "EXAMINATION COMPLETE".  Roy
STANDS.

                          CUT TO:


INT. HALLWAY

The wood-panelled hallway which leads from the bunker to the
QUARTERS.  As Pedrosa, surrounded by assistants, leads Roy.

          COMMANDER JOÃO PEDROSA
    We've been tasked to get you on
    your way--soon as your team's fit
    to leave and we get ourselves a
    little payback...
        (beat; another test!)
    I saw from the background check,
    you were the companion of Claire
    Gates?

          ROY MCBRIDE
    Yes, that's right, sir.

          COMMANDER JOÃO PEDROSA
    You know, we knew her well here.

Roy seems to brighten a bit as Pedrosa continues:

CONFIDENTIAL

                    COMMANDER JOÃO PEDROSA (CONT'D)
                She was our lead geneticist--made
                it possible for us to stay.  I'm
                very sorry about her.

                    ROY MCBRIDE
                Thank you...

Roy spots an Assistant behind Pedrosa taking electronic
"notes".  He changes his mood:

                    ROY MCBRIDE (CONT'D)
                    (changing the subject)
                We should be on our way soon--

They stop walking, having approached what looks like a LUNAR
ROVER with a GLASS TOP.  Pedrosa won't leave it alone:

                    COMMANDER JOÃO PEDROSA
                    (with a smile)
                You know, Claire left behind some
                of her pigeons.

                    ROY MCBRIDE
                Pigeons?  Sorry, I don't follow,
                sir.

                    COMMANDER JOÃO PEDROSA
                Pigeons, she was using for
                research.  One still lives--right,
                Jesse?

An AIDE, JESSE, is walking with them:

                    JESSE
                You bet, sir.  I should know, I
                clean up after that thing every
                day.

The men laugh as Roy does not; he stays focused.  Then
Pedrosa, staring at Roy, says something slightly incongruous:

                    COMMANDER JOÃO PEDROSA
                Very good, Major.

Roy has passed some evaluation.  The LUNAR ROVER opens, and
the men enter.  It travels OUT OF THE BUNKER, onto:


EXT. THE MOON - SERIES OF SHOTS

We approach a densely-populated above-ground part of the
moon.

MINING SITES, GREENHOUSES, SPACE JUNK, DEPOTS, and LIVING
QUARTERS that look like they could be housing complexes in
Boulder, Colorado.  Other parts are like shopping malls.
There are also HOUSES OF WORSHIP: a large CHURCH with an open
roof (centered by a giant CROSS) is attended by ASTRONAUTS,
as a PRIEST in a spacesuit dots the moon's horizon.


INT. LUNAR ROVER

Roy EYES it all inside an enclosed Lunar Rover.

In the background, MAG-LEV TRAINS shoot to and fro, criss-
crossing the lunar surface, linking together various bases
and neighborhoods, at velocities comparable to aircraft on
Earth.

                    COMMANDER JOÃO PEDROSA
               I have been on the moon for six
               years now, and for me--the earth is
               just a distant memory.  I tell you,
               I like it here, even with all the
               craziness.  The UN sends us
               everything we want--here we live
               for today, forget the future.

They race along a LUNAR HABITAT that serves as an underground
international commercial center.  Recognizable chains have
outlets here: McDonald's, Dunkin' Donuts, etc.  The
UNDERGROUND looks almost like New York's Penn Station,
combined with an enormous parking garage.


EXT. LUNAR BASE

The Rover DOCKS with the base.


INT. PEDROSA'S QUARTERS

Pedrosa and Roy enter the space.  A series of large, wood-
panelled rooms.  The place is a lot like a man-cave, with
sports memorabilia and a pet PIGEON, nostalgic pictures of
rockets, and a portrait of JFK.  We HEAR a NASCAR RACE on the
radio:

                    RADIO (V.O.)
               *At Daytona International Speedway,*
               *Clu Ambrose won the pole, his third*
               *Coca Cola Pole Award of the season.*

And Tanner and Blunt are here already, sitting at a table...

33.

           LAWRENCE BLUNT
Roy...

           ROY MCBRIDE
Commander--I'm real glad we all
made it.

Blunt nods.  Pedrosa has a wonderful meal for them from his
greenhouse garden.  Pedrosa sits down, starts to help
himself.

As Roy looks around, he SEES the pigeon in a cage, the
PORTRAIT of John F. Kennedy, the model rockets.  The PIGEON
is CLOSE TO THE DINING TABLE.

Blunt LEANS OVER to Pedrosa; SAYS SOMETHING into his ear that
we CANNOT HEAR.

Pedrosa nods, then turns to Roy.  Loudly:

           COMMANDER JOÃO PEDROSA
That's the last of Claire's famous
research pigeons, there.
        (beat)
Come sit down.  From the greenhouse-
-it's fresh.  Are you a NASCAR man?

           ROY MCBRIDE
Not particularly, sir.  I mean,
I'd, I could learn.
        (something else on his
         mind; to Blunt)
But sir, we really should be on our
way, soon as possible.  To the Sea
of Moscoviensis.  Our mission is
urgent.

Blunt listens intently.  Doesn't seem to react.

           COMMANDER JOÃO PEDROSA
        (to himself)
I *like* the races so very much...

Pedrosa sees that Tanner is not eating.  Re the food:

           COMMANDER JOÃO PEDROSA (CONT'D)
It's fresh, I told you.  We grow it
here.

The PIGEON flaps his wings; a FEATHER or two winds up on
Tanner's plate.

CONFIDENTIAL
GRAY_014187

34.

                    BILL TANNER
                (slightly sheepish)
            No sir, it's not that.  It's--it's
            the bird, the bird's feathers--

Roy ignores this exchange; he approaches Pedrosa:

                    ROY MCBRIDE
            Sir--we're to launch from the Sea
            of Moscoviensis.  From a self-
            sustaining SSC underground silo.  I
            know from here it's through
            squatters territory--

                    LAWRENCE BLUNT
            He's aware, Major.

                    COMMANDER JOÃO PEDROSA
            We'll get you to your craft.  But
            we're gonna have some payback
            before we do.
                (turns to others)
            Right?

                    OTHER OFFICERS
            Fuckin' A!  You bet your ass, sir!

                    COMMANDER JOÃO PEDROSA
            They'll learn, they don't fire on
            US.
                (beat)
            We have a sweep-and-clean through
            there as soon as we get to lunar
            night.  You come along for the ride
            and we get you to your craft.

BLUNT STANDS:

                    LAWRENCE BLUNT
            Thanks for the meal, Joao.  I've
            got some follow-up data about the
            crash to send to Capcom. Bill, you
            might wanna reach out to them too,
            finalize the flight recorder.

Tanner NODS.  BLUNT LEAVES THE ROOM, followed by Tanner.  Roy
approaches Pedrosa:

                    ROY MCBRIDE
            Lunar night is not for another
            three days.  We're gonna need to go
            in the next 24 hours.

Pedrosa looks at him for a beat.

              COMMANDER JOÃO PEDROSA
       Your commander has some trauma from
       the crash--

              ROY MCBRIDE
       Waiting's not an option for us, sir-
       -wish we could.  We need to get
       going, those're our orders.

Pedrosa SMILES, almost thrilling at Roy's drive.

              COMMANDER JOÃO PEDROSA
       Well good, then--we'll go tear up
       some radicals 'n get you on your
       way.

Out comes the liquor.  A bottle of BOURBON, several glasses.
Pedrosa holds up the bottle with a grin. Skeptical look from
Roy.

              ROY MCBRIDE
       I'm not permitted, sir.

Pedrosa takes Roy aside, SWIGS his own drink.  Sotto:

              COMMANDER JOÃO PEDROSA
       You're worried about your psych-
       evals?
           (whispers)
       You did real good.  But here--

THEN he HANDS Roy what looks like square Band-Aids.

              COMMANDER JOÃO PEDROSA (CONT'D)
       You take these, tack them to your
       arm.  Respirocyte, meant for down
       there--

He points to his PENIS, STARTS LAUGHING.

              COMMANDER JOÃO PEDROSA (CONT'D)
       They will jam the system for
       milliseconds--which is just enough
       time for the computer to
       "normalize" all your numbers.

Hesitance from Roy, who nonetheless takes the PATCHES.
Pedrosa GETS IN ROY'S FACE:

              COMMANDER JOÃO PEDROSA (CONT'D)
       Tomorrow, we step on the bugs.
       Okay?

GRAY_014189

Pedrosa backs up, turns on a series of SCREENS--surveillance
of various parts of the moon.  We get a sense of what's going
on around the moon.  And what we see is CHAOS.  A large part
of the moon is in a state of LAWLESSNESS.  On one screen, we
see footage of a post-battle cleanup effort.

Pedrosa turns his back to McBride.

> COMMANDER JOÃO PEDROSA (CONT'D)
> Arright, go get outta here.  And I
> see you in the morning...

Roy looks back at the PIGEON as Pedrosa takes a swig of his
drink.  Over a CLOSE SHOT on the PIGEON, we PRE-LAP A TONE.

> CUT TO:

INT. TEMPORARY QUARTERS

A small room with a computer console, bed, sink.  Window.
Roy is reclined, alerted to a message from SSC, a crackly
voice connected to a crummy image which stutters:

> OFFICIAL'S VOICE
> Major, this is Capcom.
> (beat)
> You are to continue with the
> mission as advised.

Roy SITS UP.

> OFFICIAL'S VOICE (CONT'D)
> SSC has arranged for two additional
> crew.  They will rendezvous with
> you at the Far Side.  Names are
> Donald Schmidt and Hideki Onizuka,
> both flight engineers with
> extensive chem-bio training.

Their images appear on the screen, almost appearing like
MUGSHOTS.  They are FACELESS.  Like Apollo 11 astronauts.
(They will show themselves to be non-verbal.  Totally into
their own mission commands.)  DONALD SCHMIDT and HIDEKI
ONIZUKA.

DONALD SCHMIDT *is late thirties.  Brown hair.  A comb-over.
Piercing eyes, in excellent physical condition.  Looks like
old Nixon aide John Dean.*

HIDEKI ONIZUKA.  *Mid-forties.  Warm and calm, he is extremely
friendly.  Until Command tells him not to be.*

A KNOCK on the DOOR.  Roy shuts down the screen.  Then:

                        ROY MCBRIDE
              Come in...?

Bill Tanner enters as the Official WRAPS UP:

                        OFFICIAL'S VOICE
              They have resided at the site for
              one year and will be debriefed.
              Over and out.

The TRANSMISSION ENDS.

                        BILL TANNER
              We leave in 09-hundred hours.
              Pedrosa's formally agreed to take
              us to the site tomorrow.

                        ROY MCBRIDE
              Yes.  He informed me of that.

Beat.

                        ROY MCBRIDE (CONT'D)
              Is there anything else?

                        BILL TANNER
              Commander Blunt suffered some head
              trauma.  I think it's more serious
              than we've been informed.

                        ROY MCBRIDE
              I see...  Was he scanned?  I
              haven't gotten any psych-eval
              alerts.

                        BILL TANNER
              Yeah.  They said he'd be all right.
              And it's true, the psych-evals were
              normal, more or less...

                        ROY MCBRIDE
              What is it then?

                        BILL TANNER
              He doubts himself now.  You made
              the better landing decision and he
              doubts himself.

                        ROY MCBRIDE
                   (unhappy by this news)
              So you're wondering if we cut him
              loose?

A beat.  Bill leans toward "yes".

                    ROY MCBRIDE (CONT'D)
          He knows the launchpad codes...
          And maybe other things we don't.  I
          think it's best if we keep him as
          long as we can.  He's very capable.

Bill nods, leaves.  Roy looks out the window.  At the EARTH.
Then cranes his head.  PAST EARTH to...the DEEP UNKNOWN...

                                        CUT TO:


INT. LARGE HANGAR

Where there are several LUNAR ROVERS lined up, in the
distance.  They aren't SLOW, LUMBERING THINGS, however; they
are durable and tough and fast and filled with artillery.

They WHIR and WHINE with ferocity, their engines warming up
and getting ready for the fight ahead.

Roy and Tanner and Blunt are here with Pedrosa and his
minions.

Commander Pedrosa pulls up a huge, electronic, interactive 3D
MAP.  It shows the LUNAR TERRITORIES in incredible detail.  A
high-tech, graphic rendering.  Roy listens intently:

                    COMMANDER JOÃO PEDROSA
          Your craft is here, on the Sea of
          Moscoviensis.  To get there, we
          have to pass through this hostile
          territory, as you know.  It is the
          wild west out there.  We have no
          jurisdiction.  An outpost of
          radicals is here--
               (points to map)
          It is especially well-protected.
          Financed by Russian capital.  And
          here are helium-3 miners, also
          heavily armed.  They might be the
          ones who shot at your craft.  This
          is our chance to get even.

Looks at the men:

                    COMMANDER JOÃO PEDROSA (CONT'D)
          You follow my lead and you will be
          okay.

Pedrosa notices Tanner is fiddling with the CRUCIFIX around
his neck.

                    COMMANDER JOÃO PEDROSA (CONT'D)
          Son, you want to kneel with me, and
          we'll offer up a little prayer?

Tanner nods, KNEELS with him.  As do the other astronauts--
except for Roy.

                    COMMANDER JOÃO PEDROSA (CONT'D)
          You're not a believer, McBride?

                    ROY MCBRIDE
          I've got no real opinion on the
          matter, sir.  But I'm always
          willing to learn.

Pedrosa shakes his head in disbelief--and perhaps a little
disgust, too--and starts to pray, as Roy watches.

                    COMMANDER JOÃO PEDROSA
          Oh almighty and merciful God, who
          hast commissioned Thy angels to
          guide and protect us, command them
          to be our assiduous companions from
          our setting out until our return...

                                        CUT TO:


MOMENTS LATER

Roy, Tanner, Blunt, and the others--in full SPACESUITS--board
souped-up and unenclosed LUNAR ROVING VEHICLES (LRVs).  The
soldiers are loading a small arsenal of WEAPONS for their
trip--cases of FLAK SHELLS, PULSE WEAPONS.

There are FOUR OTHER MILITARY LRVS, all of which are equipped
with great FIREPOWER.


INT. LRV

This rover is CRAMPED.  Pedrosa has a smaller version of his
mapping COMPUTER and he makes a final consultation of the
route.  He's sitting shotgun, next to the DRIVER.  Roy and
Tanner are in the back seats; Blunt is in the middle of the
rover.


EXT. LUNAR BASE

The LRVs depart from the base, bursting forward with
ferocity.

CONFIDENTIAL                                          GRAY_014193

40.

INT./EXT. LRV - MOVING

Pedrosa is looking around with hi-tech BINOCULARS.  Roy is
hunched back, right behind him, watching and listening:

                    COMMANDER JOÃO PEDROSA (RADIO FILTER)
               Alpha, we are approaching suspected
               outpost.

Enter:  A CARAVAN OF ABOUT TEN BLACK, ARMOR-PLATED rovers
that we'll refer to via the Russian name of LUNOKHODS to
distinguish them from our LRVs.  The Lunokhods pull out,
driven by mysterious ASTRONAUTS in DARK BLUE SPACESUITS and
HELMETS with mirrored visors.  They're equipped with RPG
space equivalents as well as LASERS and PULSE WEAPONS.

Roy braces himself behind Pedrosa.


EXT. THE MOON

The Lunokhods go after the LRVs through the bright, high
TERRAE--packed full of craters and basins--then onto the
calmer, darker, lower MARIA.

The BLUE ASTRONAUTS in the Lunokhods brandish a weapon called
a STILETTO--an electromagnet-propelled jet of liquid metal
resembling a solid bar of light.

The Lunokhods are closing in on our LRVs.


INT./EXT. LRV - MOVING

Roy SEES the Lunokhods behind them as Pedrosa speaks into the
radio:

                    COMMANDER JOÃO PEDROSA
               They have stilettos now--Alpha,
               they have stilettos, over--

                    OFFICER JESSE
               They're real bold now, sir!

                    COMMANDER JOÃO PEDROSA
               They all want to make a killing--


INT./EXT. CHASE MONTAGE: A SERIES OF CUTS AS--

CUT BETWEEN the rovers and the terrain they navigate.  The
LRVs fly down a SMALL ROAD, followed closely by the
Lunokhods.  In the Lunokhods, the blue astronauts steady
their guns to get a clear shot.

CONFIDENTIAL                                                    GRAY_014194

41.

EXT. THE MOON - THE PROMENADE DE LUNA

The LRVs turn onto a route that runs the length of a MARE
adjacent to a POWER PLANT.

The Lunokhods open fire on our armada.


INT./EXT. LRV - MOVING

Pedrosa returns fire, his TROOPS using a large, handheld
PULSE WEAPON.

Roy CHECKS his OWN WEAPONRY BOX, which is at his feet.  He
opens it.  GRENADES and GUNS.


EXT. THE MOON - ROAD

The LRV turns into the mouth of--


INT. LAVA TUBES

These tubes form a series of cavernous TUNNELS.  The LRVs zip
down the tubes.  LIGHT TUBES form a STREAKING PATTERN ACROSS
ROY'S FACE...

The LRVs nearly run into a remote-controlled EXCAVATING
MACHINE.  It's a "melt-as-you-go" boring machine that leaves
glassy internal surfaces as it digs more and deeper
underground COLONIES.

And they zoom out through one of the many residential
underground WARRENS linked by THE TUBE--a system of
underground trains.

They're back on the surface of the moon...


EXT. THE MOON

The LRVs head for a RAMP, which is about 100 yards away.

The LRVs make a flying left turn.  The Lunokhods follow.  The
LRVs careen down a steep hill, hit a BUMP, and FLY THROUGH
THE AIR a dozen or so yards, SPINNING, in this low gravity.
The Lunokhods following the LRVs hit the same bump, make the
same flight through the air.

(VISUAL NOTE: LUNAR DUST PERIODICALLY OBSCURES the VISION.)


CONFIDENTIAL                                                    GRAY_014195

INT./EXT. LRV - MOVING

Everyone bounces forward in their seats, restrained by their
seatbelts.  Roy looks over to Tanner, who seems about to
hurl.  Blunt seems all right, almost emboldened...

Ahead of them Roy SEES three possible RAMPS: one to the
right, one to the center, and one to the left.

EXT. THE MOON

A FORK IN THE ROAD--the left side of the fork is closed off,
blocked by A BARRICADE.  The LRV is headed right for it.

At the last second, the LRV's driver jerks the rover to the
right.  The Lunokhod's driver can't react in time.  SLAMS
INTO THE BARRICADE.  The blue astronaut is hurled from his
Lunokhod, CRASHES through the windshield, flies through the
air.  The Lunokhod flips over and over.

The LRV's driver struggles to control the rover, which is in
a major SPIN.

The next Lunokhod hits the edge of a SAND DUNE.  It bounces,
spins, topples over and lands gently back on the moon.

INT./EXT. LRV - MOVING

They take the left.  THE CARAVAN of LRVs fly by--

MOONBASE VEDA is just ahead--it's built over a massive crater
and is underneath a DOME.

A BULLET hits the back windshield, which CRACKS slightly.

The Lunokhods are catching up.  Blunt is leaning out of the
window, firing away.  Roy leans out the other side's window.

The blue astronauts in the Lunokhods return fire.

The LRV's driver turns the wheel sharply, and the LRV takes a
wild turn, followed by the Lunokhod.  Both vehicles speed
towards a JUNCTION.

The driver swerves RIGHT--they're now on an ACCESSWAY that
goes--

ON TOP OF THE DOME (!): A GLASS DOME COVERS an enormous
CRATER.  The chase progresses atop the clear dome.

EXT. DOME

Far underneath, Roy SEES ASTRONAUTS and lunar ROVERS.

> COMMANDER JOÃO PEDROSA
> Employ EAF.

The soldiers in the LRVs use an ENERGY-ABSORPTION FIELD to make the beam weapons INOPERABLE... so the blue astronauts must use OLD-FASHIONED GUNS.


EXT. THE MOON - FAR SIDE

We now reach the Far Side (i.e. the side always facing away from Earth) and are weaving amongst Chinese thermonuclear REACTORS...

It is DARK.  ENORMOUS LIGHTS SWITCH ON in front of the ROVER.


INT./EXT. LRV 2 - MOVING

Pedrosa and Roy and the others.

> COMMANDER JOÃO PEDROSA
> The Far Side roads aren't
> maintained--incoming--get down!

EVERYONE gets DOWN.  EXCEPT for ONE.  Roy PEERS UP, sees BLUNT.  ALMOST in a trance.  REFUSING to DUCK.

Then, a massive BOMB BLAST!  An IED has detonated.  Sudden chaos.  More EXPLOSIONS, gunfire.  Lots of YELLING.  And all sound soon FADES as THE ATMOSPHERE IS GONE.

> COMMANDER JOÃO PEDROSA (CONT'D)
> It's all right--we still have
> enough pressure!

Still NO SOUND--until the AUTOMATIC MENDING PROCESS recreates the hull.

> COMMANDER JOÃO PEDROSA (CONT'D)
> (into radio)
> Capcom, we need a push in 2500
> clicks!  240 degrees, 58 seconds!

ANGLE ON BLUNT.  HE LOOKS DOWN: something has PENETRATED HIS SUIT, his ABDOMEN.  Shrapnel, perhaps?

44.

EXT. THE MOON – FAR SIDE – ROAD

A Lunokhod SMASHES into the crippled LRV.  The two rovers
GRIND together.  Retrieving his weapons, Roy spins to see:

Two blue ASTRONAUTS hop out of the Lunokhod, brandishing huge
GUNS.  They open fire, huge gauge shells smashing against the
bullet-proof WINDSHIELD of the LRV.  The windshield doesn't
break--but it buckles.

TWO OF PEDROSA'S SOLDIERS jump out of the LRV, guns drawn,
firing away at their attackers.  BLUE ASTRONAUTS pour out of
the other Lunokhods, returning fire.

Pedrosa's men get out of the LRV.  They've got a ROCKET
LAUNCHER.  They aim, fire--the missile travels silently
towards the Lunokhod.

IMPACT.  The Lunokhod is blown sideways, pin-wheels through
the air.

Roy and Tanner and Blunt have their weapons of their own.
Roy fires repeatedly, taking out the other Lunokhod.

Another Lunokhod arrives.  Blue astronauts have their weapons
drawn.  Roy takes a GRENADE, pulls the pin, and rolls it
across the ground, beneath the Lunokhod.  Moments later, the
Lunokhod EXPLODES.  The LRVs' drivers accelerate.  Roy looks
to Blunt, who is ODDLY SILENT.

So Roy PIPES UP:

                    ROY MCBRIDE
               (to Pedrosa)
          Commander, we should split up now
          or else you won't make it back.

                    COMMANDER JOÃO PEDROSA
               (agreeing)
          Arright, we cut you loose--we have
          cover coming--


INT./EXT. LRV – MOVING

Pedrosa looks out the window.  Is pleased by what he sees.

                    COMMANDER JOÃO PEDROSA
          Speak of the devil.

CONFIDENTIAL                                                      GRAY_014198

EXT. THE MOON

Multiple SPACESHIPS--LFVs (Lunar Flying Vehicles) and MFSs
(Manned Flying Systems)--DESCEND and DROP ORDINANCE.  "Daisy
cutter"-esque MOABs do their thing.  It's gruesome,
spectacular.

Pedrosa and his men shepherd our group through the terrain,
as everything in their path is destroyed.  It's a ferocious
scene, vicious and unforgiving, made all the more bizarre by
the utter LACK OF SOUND.  The silence and carnage is
astonishing.  The EXPLOSIONS are beautiful and ferocious.

                    ROY MCBRIDE
              (to Tanner)
          They'll never get us down that
          crater.  We're on our own now.
              (beat; to Pedrosa)
          Grateful, sir.

Pedrosa nods.  Then, unsentimentally:

                    COMMANDER JOÃO PEDROSA
          I got great faith in you.


EXT. THE FLATTENED LUNAR LANDSCAPE

Roy and Tanner and Blunt are now on their own, and they
disembark from the LRVs.

They move toward:


EXT. ENORMOUS CRATER

And they SLIDE DOWN THE SIDE of the CRATER.

The men reach the bottom, a LAUNCH PAD for their craft, THE
ARIES.


EXT. VEHICLE ASSEMBLY STRUCTURE

A mammoth hangar in a covert underground silo.  Greenhouses,
other life-sustaining structures inside, too.  The SILO is
IMPREGNABLE, surrounded by a kind of HEAT MOAT which forms a
giant RED CIRCLE around the PAD...

BLUNT PUNCHES A CODE into the PORTAL to the PAD.

It OPENS FOR THE MEN.

                                            GRAY_014199

EXT. LAUNCH PAD L7

The spacecraft--the "Aries"--is poised on the pad, glowing in the beacon lights.

We PULL BACK to reveal the massive nature of the spacecraft/rocket.

At the top of the tower, the men board the craft.


INT. THE ARIES

The men make their way into the ship.  TECHS and FLIGHT ENGINEERS strap them in, seal their helmets, get their oxygen and communicators up and going.

Here with them:

DONALD SCHMIDT and HIDEKI ONIZUKA.  They shake hands with Blunt, speak to him, then turn to Roy:

                    DONALD SCHMIDT
          Major, Donald Schmidt.  And this is
          Major Hideki Onizuka.  Capcom
          briefed you about us, I know.

Roy nods, shakes hands:

                    ROY MCBRIDE
          Real good to be working with you.

A Tech slams the hatch shut.  BOLTS SLAM into place, the airlock seals up.


EXT. LAUNCH PAD L7

The Liftoff Team scrambles to get away.  The Aries, barely held to the gantry, is ready to go.  Capcom/Capcom commences COUNTDOWN.  All CREW speak into their radios.  We HEAR:

                    LAWRENCE BLUNT
               (weakly)
          Capcom, we have made it and we are
          in place.  Ready when you are,
          over.

ANGLE ON ROY as he watches Blunt...

                    CAPCOM (V.O.)
          This is Capcom, we will have you
          off in T-Minus 15 seconds.

INT. THE ARIES

The cockpit is aglow with instruments and screens.  Blunt and
Roy and Tanner and the others are ensconced.  The men perform
final preparations and checks.

                    BILL TANNER
          9, 8, 7... ignition sequence begin.
          We have main engine start.


EXT. THE MOON

ENGINES ROAR to life.  The sky is lit up for miles.  The
ROCKET SHUDDERS from the force.

Remaining Lunokhods linger JUST IN RANGE, near the crater.
One Lunokhod gets a shot in, at the spacecraft, as it slowly
rises, and shakes off its tethers.

                    BILL TANNER
          3, 2, 1... and lift off.  Lift off
          of The Aries.


INT. THE ARIES

Roy fights the G's to turn to look at Blunt.  He and Tanner
exchange glances.

                    CAPCOM (RADIO FILTER)
          Aries, you are a go at throttle up.
          Stand by for SRB separation.

Blunt throws the THROTTLE up.

A THUNDEROUS EXPLOSION...  The crew is shoved into their
seats as they go from 0 to Mach 1.


EXT. THE MOON - THE ARIES

The Aries fires its BOOSTERS and explodes forward, hurtling
around the Far Side with increasing velocity.


INT. THE ARIES

EVERYONE'S HIT WITH MORE G-FORCES.  They're pressed back
against their seats.

GRAY_014201

48.

EXT. THE MOON – THE ARIES

The BOOSTERS IGNITE, FIRING THE ARIES out of the
stratosphere...

Darkness returns to the launch pad.


INT. THE ARIES

The group settles in just a bit.  Still seated upright in
their suits:

      CAPCOM (V.O.)
   Aries--you are go for orbit OPS.
   Good work under very trying
   circumstances, gentlemen--over.

Roy looks over at Blunt, who looks terrible.

      ROY MCBRIDE
    (to Blunt)
   Sir, you all right?

Blunt looks to Roy.  His EYES are wide.  He does not respond.
Roy looks down.

HIS SUIT IS COVERED WITH BLOOD.

Roy throws open Blunt's SUIT to SEE that his ABDOMEN is
THRASHED.  Cut to RIBBONS.  Whispered:

      LAWRENCE BLUNT
   Dump me.  You're up to the task--
   I've seen it.  I'll leave you the
   codes.
    (softly)
   And the password to my intel is
   DAISYWHEEL--

      ROY MCBRIDE
   Commander, your presence is
   invaluable--

      LAWRENCE BLUNT
    (cutting him off)
   There's nothing you can do for me.
   I'm toast.

Reluctantly, Roy nods; he turns to Schmidt.  Louder:

      ROY MCBRIDE
   Major, we have a significant
   problem here--

GRAY_014202

49.

Roy steps back.  Schmidt sees the disaster.

                    DONALD SCHMIDT
          We're out of orbit now.  Returning
          to the moon isn't an option--

                    LAWRENCE BLUNT
          No.  Don't slow down the mission.
          <u>You're not turning back.</u>

Roy reaches up, flicks a communication switch.  SPEAKS INTO
the RADIO RECEIVER:

                    ROY MCBRIDE
          Capcom, this is Major McBride
          speaking.  Commander Blunt appears
          to have suffered a major abdominal
          injury--please update on mission
          status, over.

                    MISSION CONTROL (RADIO FILTER)
          Major, this is Capcom.  We're
          confident in your ability to handle
          this thing.  Aborting the mission
          is not an option...you are the
          mission commander now--over.

                    ROY MCBRIDE
          Roger that, over.

Roy is given pause just for a moment.  The others look at
him.  Respect?  A little jealousy?


INT. CONTROL ROOM

Roy and the others are huddled over a SCREEN which SHOWS
DAMAGE INSIDE BLUNT.  Blunt is floating several feet away.
Hushed tones.

                    ROY MCBRIDE
          How long can he last under current
          circumstances, would you say?

                    DONALD SCHMIDT
                (shrugs; then)
          Two days at most.  He's under
          hyperbaric therapy, and that draws
          on our oxygen, so even if he
          rallied, we couldn't support him
          for long.  We're thirty-four days
          or so away from Mars.

CONFIDENTIAL

50.

                    HIDEKI ONIZUKA
          We could try to piggyback on
          someone else.  They could take him
          home--

                    ROY MCBRIDE
          No, I'm afraid we have to keep
          going.  We can't stop.

                    DONALD SCHMIDT
          We'd have to find another craft in
          the vicinity anyway.  And Capcom
          would have to run odds for us.

ANGLE ON ROY as we HEAR a PRE-LAP:

                    COMPUTER VOICE (O.C.)
          Task Load Index completed.  Please
          take your capsule for current
          mission assessment.

                                             CUT TO:


INT. ISOLATED PART OF THE SHIP - PSYCH-EVAL BOOTH - MOMENTS
LATER

The distant sounds of the ENGINE are soothing, a lulling
rhythm.

ROY IS IN THE MIDST OF A PSYCH-EVAL.  SENSORS are attached to
his temples and other pressure-spots on his body.  LASERS and
OPTICS read his expressions and every fluctuation of his
irises.  SCREENS on a panel display his various biorhythms.

DING!  A PILL slides out of a chute from an opening in the
panel.

                    ROY MCBRIDE
          I--I would rather not.  If I'm to
          command here, I need to be clear-
          eyed--

                    COMPUTER VOICE
          Pill consumption required.

Roy SEES the COMPUTER'S CAMERA.  Reluctantly, Roy swallows
the pill.  Then: CHIMES.

                    ROY MCBRIDE
          Current mission assessment: I have
          no doubts about the goal.  I am
          committed to success despite our
          serious difficulties so far.
                    (MORE)

51.

                    ROY MCBRIDE (CONT'D)
            My knowledge of the rest of the
            crew is of course limited, but
            their capabilities seem adequate.
            My only hesitation is that I do
            sense a slight reluctance to commit
            entirely to the task.

A CHIME, then:

                    COMPUTER VOICE
            Thank you.  Mission assessment
            filed.

                    ROY MCBRIDE
            Access to dossier J-40. Password,
            DAISYWHEEL.

An ELECTRONIC DOSSIER: the dossier meant for Captain Blunt.

ON THE DOSSIER--we see SNAPSHOTS of every single member of
the Lima Project.  Roy's hand sweeps through the files.  But
he keeps returning to images of Gates.

                    COMPUTER VOICE
            Last download: 17.2 hours ago.

The COMPUTER then PLAYS a recording of BLUNT'S VOICE:

                    LAWRENCE BLUNT'S VOICE
                (to the computer)
            Search correspondences, Dr. John
            Gates and family.

Up they come.  There are 566.  And Roy begins to go through a
series of emails:

CLOSE ON EMAILS:

*I will - we got delayed bc J was really unhappy. We never got
food so we are in line at market right now*

(Obviously not of importance.  Next.  SCANNING:)

*I'm just feeling lower than low. I don't know what to say at
all. I almost want you to go have an affair to satisfy your
needs as I make heads or tails of my past. I feel totally
helpless*

CLOSE ON ROY--he looks over to CAMERAS on the REST of the
SPACECRAFT:

Some HUBBUB is brewing between the rest of the crew.

Roy goes back to the computer.

CONFIDENTIAL                                                          GRAY_014205

"FINAL CORRESPONDENCE FROM LIMA PROJECT/GATES"

It is addressed to Gates' wife.  Roy clicks open the email.

CLOSE ON EMAIL:  *I don't think I'm ever coming back.*

ATTACHED:

Marked as a "FAVORITE" of GATES, a video file.  We are at
some kind of SCIENTIFIC CONFERENCE, and the quality is not
great.  WE SEE: CLAIRE GATES.

<u>Footage of Claire speaking at the SCIENTIFIC CONFERENCE.
It's technical, but there she is in her glory.</u>

           CLAIRE GATES
       Emily Dickinson once wrote "The
       Brain is wider than the Sky."  How
       right she was.  Seven words from a
       poet can surely speak louder than
       volumes of scientific study.  As we
       know, the brain functions as a
       unified system...

<u>Strangely, Roy is getting LIGHT-HEADED...FATIGUED.</u>

           CLAIRE GATES (CONT'D)
       ...Consciousness is realized by
       energy quanta in electromagnetic
       fields of water and protein--we can
       capture all of this...

<u>Roy feels a tremendous HEADACHE coming on.  BUT WE MOVE CLOSE
ON CLAIRE'S IMAGE AS HER TECHNOSPEAK COMES TO AN END:</u>

           CLAIRE GATES (CONT'D)
       ...yet we will fail if we cannot
       capture the individual's
       <u>unconscious</u>--the hidden desires,
       repressed feelings, the stuff of
       dreams and nightmares, that make
       the brain truly wider than the sky.

But he can't stop studying the dossier.  He's obsessed.  Roy
is feeling SHORTNESS OF BREATH.  And NAUSEA...

Roy listens to a RECORDING--a woman's voice--of a
communication that was picked up by Earth.

           WOMAN'S VOICE
       ...the final stage...has nearly
       begun...

CONFIDENTIAL

53.

According to text on the screen, the recording is believed to
be from Mars to the Lima Project.

Roy's skin looks a little BLUE--it now seems like he's about
to PASS OUT...


INT. CORRIDOR

Roy is attempting to float his way back into the command
module's center.

He is in trouble, unable to move.  Onizuka appears, with an
OXYGEN TANK.  He puts the mask on Roy.  And now Schmidt is
behind Onizuka.

Roy finishes taking in oxygen, and he follows Onizuka and
Schmidt to the OTHER PART OF THE SHIP AS WE HEAR A SIGNAL:


INT. COMMAND CENTER

Roy arrives next to Tanner at the CONSOLES.  All are wearing
oxygen masks.

There's an ELECTRONIC BEEPING, an alert.  DATA flashes across
the main MONITORS on the bridge.

                    BILL TANNER
          Major, we have a spacecraft,
          approximately 8000 miles away.  We
          found it on the proximity alert.

Roy steps to the console.  Stares at the DATA.

                    BILL TANNER (CONT'D)
          They're broadcasting an automated
          navigation beacon.  It's a
          Brazilian craft.  Palis XII.

                    HIDEKI ONIZUKA
               (sotto, to Roy)
          We're losing pressure at 200 liters
          a second at present in order to
          maintain Dr. Blunt's therapy.

                    ROY MCBRIDE
               (turns to Tanner)
          Did you confirm ID?

                    BILL TANNER
          Palis XII, this is United States
          Armed Forces Space Division, the
          Aries.  Do you read, over?
               (MORE)

CONFIDENTIAL                                          GRAY_014207

54.

                    BILL TANNER (CONT'D)
              (beat)
         Palis XII, do you read?

                    ROY MCBRIDE
         Palis XII, we are in distress.
         Repeat, in distress.
              (beat)
         You are obliged to take us on.  If
         you do not respond, you are in
         violation of international treaties
         and we are entitled to enter you by
         force.

    Still nothing.  Roy looks around, at the others:

                    ROY MCBRIDE (CONT'D)
         We were on track for Mars.  I felt
         our only decision was to let things
         play out with Commander Blunt and
         not interrupt the mission.  It's
         unfortunate but it was the best
         option.
              (beat)
         But--as we're already on course for
         the Palis...
              (slightly miffed, but
               determined)
         We take it.

                                            CUT TO:


    INT. EQUIPMENT SECTION

    Of the Aries.  Roy and Bill are getting suited up.  Roy looks
    through GLASS to SEE:

    The WOUNDED BLUNT, as he floats UNCONSCIOUSLY with MEDICAL
    EQUIPMENT SURROUNDING HIM...

    ON A VIEW SCREEN --

    The vessel, Palis XII, about the size of the Aries, slowly
    rolling in place.  Donald Schmidt is visible on another
    screen, in the cockpit.  We HEAR him over the RADIO:

                    DONALD SCHMIDT (RADIO FILTER)
         Optimum approach angle, thirteen
         degrees.  Coming around to three-
         three-four.
              (beat)
         Heading three-three-four.

55.

                    BILL TANNER
          Some kind of transport ship?

                    ROY MCBRIDE
               (shakes his head; then)
          A science rig of some kind.  Which
          would be helpful--for Blunt.  If
          they're alive they can take him on.

                    BILL TANNER
          Can't confirm live contact.  But
          they're not beaming a distress
          call, either.

                    DONALD SCHMIDT (RADIO FILTER)
          Range 3000 meters and closing.

A scan of the Palis XII appears across a panel screen.

                    BILL TANNER
          The reactor is still hot.

Up on another SCREEN, ship schematics.  Schmidt scrolls
through.

                    ROY MCBRIDE
          Okay, we're close enough now.
          Let's go.


INT. THE ARIES - AIRLOCK

Roy and Tanner don their spacesuits with Onizuka's help.  And
their MMUs (Manned Maneuvering Units, i.e. jetpacks).  They
arm themselves with PULSE WEAPONS and carry some other
equipment.

The airlock doors open into space.

Out they go on their EVA.


EXT. THE ARIES

A few glittering LIGHTS distinguish the Aries from absolute
darkness.

Roy and Tanner jet to the Palis XII.


EXT. SPACE

Roy ventures away from the Aries and frighteningly into deep
space.  The Palis is still distressingly far...

CONFIDENTIAL                                                    GRAY_014209

56.

And yet, the Palis gets closer...

And closer...

And then they are upon it!


EXT. PALIS XII

Roy uses a GATLING GUN to blow open the airlock.  In SILENCE.


INT. PALIS XII - AIRLOCK

Roy and Tanner enter the craft, pulse weapons at the ready.
No one's in sight.


INT. PALIS XII - DECK

Roy and Tanner float through the spacecraft--it's vacant,
jammed with idle instruments, empty console chairs.

The spacecraft is quiet except for an electrical HUM.

The ZERO GRAVITY environment renders a lot of things floating
that would otherwise be stationary: PENCILS, NOTEBOOKS,
EQUIPMENT, LIT FLASHLIGHTS.  These objects spin in the craft.

All we hear is Roy's tense BREATHING as he floats toward the
center of the craft.  It's dark.  The SPINNING FLASHLIGHTS
illuminate spots for brief moments.  Roy grabs one as it
moves.

By the looks of the LAB EQUIPMENT, it appears the craft is
dedicated to space research for viruses and diseases.


INT. PALIS XII - PASSAGEWAY

Tanner floats directly ahead of Roy, scanning his TRACKING
DEVICE from side to side.

                    BILL TANNER (RADIO FILTER)
          We have uh, no movement here...
          currently, no life signs.

Roy stops by an opening that leads to a DECK--some LIGHTS
seem to be coming from that area.  Roy POINTS to the area
when Bill turns to him.

INT. PALIS XII - ANOTHER DECK

Roy and Tanner move along silently.  Tanner holds the
tracker.

Then--

Tanner STOPS.  Something is FLOATING TOWARDS US...  A MASS...
Tanner backs up--

AND bumps into a BODY.

A dead body.  Tanner is startled.  Roy pushes past them.

MORE DEAD bodies ahead.

One body leaks BLOOD, which bubbles out of the man's torn
suit, up, down and around, in every direction.

And still MORE BODIES floating, tumbling, slowly.  Anonymous.
Dead.

                    ROY MCBRIDE
               Looks like no one's still alive.
               We should secure their oxygen if we
               can.

                                             CUT TO:


INT. PALIS XII - B-DECK

Roy and Tanner are in the aft of the ship and go about
retrieving OXYGEN GENERATING EQUIPMENT.  They unbolt the
equipment from its mooring.

The equipment is large and looks heavy, but since there's no
gravity, it's easy to move through the air.

A small LIGHT on the tracker FLASHES.

Tanner FREEZES again:

                    BILL TANNER
               Major--I, I have something else
               here.
                    (beat)
               Something living.

Tanner tenses, looks around.  Roy looks at Tanner's screen,
points.

Roy and Tanner float between rows of SHADOWED EQUIPMENT.

CONFIDENTIAL                                          GRAY_014211

<u>There's MOVEMENT in front of them.  They hesitate.  Then,
another shadowy movement...</u>

Roy moves ahead of Tanner, RAISES HIS WEAPON.

And then someone--or SOMETHING--leaps at them...

It's a RHESUS MONKEY.

Tanner and Roy jump back, beyond startled.

The monkey knocks over some equipment then swims away in the
gravity-free space, floating.

Roy sees a SCREEN frozen on an image of a BRAZILIAN
SCIENTIST.

Presses it, to play.

The Brazilian Scientist begins to speak, in Portuguese.  It's
a video diary.

Roy touches the screen, and an AUTO-TRANSLATION program dubs
over the man's words over in correct, but slightly out-of-
sync, English.

The men watch what appears to be a kind of suicide mission
video.

                    BRAZILIAN ASTRONAUT
                    (AUTO-TRANSLATED)
               This is a eulogy for 12 good men.
               Men who came to space to advance
               scientific understanding of the
               universe.  But we were met with
               obstacles at every turn.  We
               believe there have been attacks, in
               violation of the International
               Space Treaty.  These assaults have
               devastated our supply crews, and we
               have evidence that astronauts from
               the United States have carried out
               acts of killing.  We protest these
               actions.  When our supply crafts
               were eliminated, we were unable to
               return home.  With no hope in
               sight, we have decided to do the
               only logical thing.

ON TANNER AND ROY--are the dead on this craft partly their
doing?  Collateral damage from another mission?

CONFIDENTIAL                                                      GRAY_014212

59.

And Roy and Tanner watch the FOOTAGE of the Brazilian crewmen taking their own lives.  The suicides are methodical, precise...

Roy and Tanner are transfixed and horrified.  But: it is just like the FOOTAGE OF CLAIRE'S DEATH in its rawness, its brutality...

                                        CUT TO:


INT. THE ARIES - AIRLOCK

The airlock doors whoosh open, and Roy and Tanner jet in with the equipment.  The doors close behind them.  They doff (take off) their spacesuits.  Onizuka, wearing oxygen, helps them through the airlock.

Roy LOOKS at Onizuka.  Upset, shaking his head:

                    ROY MCBRIDE
              We can't help Blunt.


INT. HYPERBARIC CHAMBER

The ASTRONAUTS disconnect BLUNT.

Unceremoniously, his numbers FLATLINE.

They clothe Blunt, put him in his spacesuit.


EXT. SPACE

They RELEASE BLUNT into the VOID...

His body tumbles away, into the darkness...

                                        DISSOLVE TO:


INT. THE ARIES

CLOSE ON THE OXYGEN GENERATOR.  Roy floats some feet away as he looks at the machine, as does Bill.  Onizuka and Schmidt are huddled over the unit.  Bill seems elsewhere, then, whispering to Roy:

                    BILL TANNER
              You think we...we destroyed their
              supply lines?


CONFIDENTIAL                                                    GRAY_014213

                    ROY MCBRIDE
               (hesitates, then)
          I don't know.  But it's like SSC
          always says--collateral damage
          can't be our concern.

                    BILL TANNER
          But--you don't have any remorse
          about it?

A long beat as Roy seems to struggle for the answer.

                    ROY MCBRIDE
          I, I have many feelings about it,
          Captain.  I have...feelings of
          guilt, and of fear--

He looks at Tanner.  Corrects himself--who knows if Tanner's
been sincere in expressing his own fears?  He resorts to the
company line:

                    ROY MCBRIDE (CONT'D)
          But in the final analysis, we have
          to execute our orders.
               (to Schmidt; louder)
          Can we make it to Mars?

                    DONALD SCHMIDT
          Yes...  Should take us
          approximately 29 more days.

                    ROY MCBRIDE
          Then that's where we have to go.
          Without another stop.

Roy floats away...

                                        DISSOLVE TO:


EXT. THE ARIES

The spacecraft is moving at an extreme velocity.  Over this
we HEAR:

                    ROY MCBRIDE (PRE-LAP)
          Password DAISYWHEEL.


INT. THE ARIES - ROY'S QUARTERS

Roy is again in an isolated part of the craft.  He listens to
a recorded phone conversation between CLAIRE AND GATES:

                    CLAIRE GATES (PHONE FILTER)
          No, no, Dad--your work is
          absolutely paramount in this field--

                    DR. JOHN GATES (PHONE FILTER)
          Uh-huh--

                    CLAIRE GATES (PHONE FILTER)
          --And it's always been known as the
          Hard Problem.  We know all thoughts
          are like electrical pulses.  So we
          can't lose confidence.  Not at this
          critical point.

                    DR. JOHN GATES (PHONE FILTER)
          I'm not losing confidence.  I just
          worry about you, and about, you
          know, reaction.

                    CLAIRE GATES (PHONE FILTER)
          We can't worry about that.

                    DR. JOHN GATES (PHONE FILTER)
          What does Roy think?

THEN: "REDACTED" STARTS FLASHING ON THE COMPUTER SCREEN.  AND
A GENTLE "BEEP".

TEXT ON THE SCREEN:

"ALERT: PSYCHOLOGICAL EVALUATION - WILLIAM TANNER - INCREASE
IN STRESS/ANXIETY.  MONITOR BEHAVIOR."

Roy looks over to one of the MONITORS.  SEES that TANNER is
watching his own set of screens, elsewhere on the craft.


INT. COMPUTER AND RESEARCH ROOM

Roy enters.  Tanner is studying footage of the lunar attack.
Isolating specific images.  Roy talks to Bill, but WATCHES
Bill's responses more than listens to him:

                    ROY MCBRIDE
          Hello, Bill.

                    BILL TANNER
          Roy.

                    ROY MCBRIDE
          Sorry to interrupt.

                    BILL TANNER
          No, 's okay.

62.

                    ROY MCBRIDE
          What're you looking at, if you
          don't mind my asking?

                    BILL TANNER
          Just some updated intel about the
          lunar radicals we encountered.
          Their LRVs came from a consortium
          of companies that are owned in part
          by Dr. Gates.

Roy approaches the SCREENS playing SECURITY CAMERA FOOTAGE of
the LUNAR CHASE.  Tanner leans back.  Stares at Roy for a
beat.  Then:

                    ROY MCBRIDE
          You have concerns, Captain?  Please
          feel free to tell me what they are.

Tanner speaks after a beat of indecision:

                    BILL TANNER
          I believe Dr. Gates knows we're
          coming, Major.  I believe our death
          is imminent.

                    ROY MCBRIDE
          Have you expressed this feeling to
          Capcom?

                    BILL TANNER
          I did.  They told me they had
          confidence in the mission.

                    ROY MCBRIDE
          Then it's our duty to continue.

                    BILL TANNER
          Yeah.  Course.

                    ROY MCBRIDE
          Captain, as I told you, I--every
          now and then I have similar
          thoughts.  But I push them down in
          order to be as effective as I can
          be.  So I understand.
               (beat)
          I think it might be best for you to
          relieve yourself from the intel
          right now, perhaps take some
          medication.  Your anxiety levels're
          elevated, and we should be reaching
          Mars in short order.  You've got to
          maintain clarity.

CONFIDENTIAL

                        BILL TANNER
                Yes sir.

                        ROY MCBRIDE
                We have several more weeks of
                travel, you might want to go into
                extended sleep.

        Tanner nods.  Roy exits.

                                        DISSOLVE TO:


        EXT. MARS

        The RED PLANET, floating in space.

        Orbiting high above it is:

        THE HELIOS.

        It's a mammoth, orbiting SPACE STATION, built long ago, and
        haphazardly modified throughout the years.  Parts of it
        appear to be decrepit.

        SHUTTLES go from the Helios to Mars, and vice versa.

        The Aries ARRIVES.

        It DOCKS with the space station.


        INT. THE ARIES

        Roy and his crew make their way out of the ship, through the
        airlock.


        INT. HELIOS

        In the DOCKING BAY.  Roy and his crew enter the space
        station.  The Helios is spinning--so there is gravity.

        The Helios is a science outpost, a much less commercialized
        environment than the moon.  The INHABITANTS are mainly
        scientists of all stripes.  There's a lot of drinking and
        drug use going on.

        There's a weird SCREECHING sound that pervades the atmosphere-
        -as if something large deep inside the space station needs
        repair...or, at the very least, WD40.

        As if to epitomize the lack of rule, Siberian Huskies can be
        seen WALKING UP AND DOWN the hallways of this installation.

CONFIDENTIAL                                          GRAY_014217

A trio of scientists is walking (a little staggeringly) down
the hallway, too--SINGING some unknown song badly, somewhat
drunkenly.

An unctuous MARS OFFICER greets them. ON ROLLER SKATES!

                    MARS OFFICER
          Hey!  [I'm] Sergeant Wick.  Capcom
          radio'ed us, said you'd be
          coming...  It's our afternoon here,
          by the way.
               (with a slightly mad grin)
          We decided to put our best foot
          forward here--

                    ROY MCBRIDE
          Sergeant, good afternoon.  When's
          the next shuttle down to Mars?

                    MARS OFFICER
          Oh, soon, soon.  Probably, like,
          two hours?  I dunno, we kinda take
          things a little loose around here.

Roy looks past him.  It's madness behind the Officer's head.

                    MARS OFFICER (CONT'D)
          Did you bring us seeds?  Seeds, or
          canned produce?  We really could
          use 'em, Major!  'Cause our cooks,
          they're like, *dying*--

Roy turns back to the Officer.  The man is a bit off-kilter,
and Roy's got a job to do:

                    ROY MCBRIDE
          We'll try and get you all that.
               (beat)
          Where's your CO, Sergeant?

                    MARS OFFICER
          Oh, of course, yes.  I'll take you
          to him.  But--wait--you need to be
          checked by medical first, sorry.


INT./EXT. HELIOS - OBSERVATION DECK

A magnificent space, filled with machinery and many types of
telescopes.

There are dogs in here, too.  The men ENTER.

GRAY_014218

And then a PHYSICIAN comes to greet the men.  Roy notices the medical logo on the physician's uniform.

>                    PHYSICIAN
>               (opens up a bottle of
>                pills)
>          Gentlemen--

Roy looks on as Tanner seems flummoxed:

>                    BILL TANNER
>          What is this?

>                    PHYSICIAN
>               (shrugs)
>          Capcom's orders.
>               (hands them each a pill)
>          Just a simple narcotic.
>          You can no longer see the earth
>          with the naked eye, gentlemen.
>          It gets difficult, trust me.
>               (with a laugh)
>          You should see what some of the
>          folks up here are on.

Tanner, Schmidt, Onizuka takes their pills with a small cup of water.

ANGLE ON ROY.

He thinks for a moment, is about to take his pill but only pretends to do so; <u>when no one is looking, instead drops it into a bowl of mushy dog food.</u>

>                    MARS OFFICER
>          Gentlemen, I thought I might lead
>          you into our men's pleasure area
>          for a bit.  Must have been a long
>          trip, I'm sure you wanna relax.

The Mars Officer WINKS at Roy.  The other ASTRONAUTS DUTIFULLY FOLLOW.


INT. HELIOS - DARK ROOM

An enormous space, almost like the WHALE ROOM in New York's American Museum of Natural History.  It is dark, lit only by black light...

PROJECTED ALL OVER, we SEE...WOMEN.

It's kind of an elaborate peep show with several physically perfect STRIPPERS (holographic--but also totally lifelike).

Assembled here are OUR ASTRONAUTS and MANY SCIENTISTS.  The
Scientists sit and stare at the ceiling...  With DARK GOGGLES
ON...

                        BILL TANNER
                Jesus Christ...

The Mars Officer HANDS THE ASTRONAUTS GOGGLES.

Roy looks around him at the gorgeous (fake) women...  He SEES
a LARGE BUFFET TABLE with FOOD.

Everyone (except for Roy) ACCEPTS the GOGGLES and puts them
on.

A SHOW is going on: WOMEN GYRATE to James Brown's "TALKIN'
LOUD AND SAYIN' NOTHING".

The Astronauts are BUZZED because of the drugs they've taken.
Everyone here has lost it.  They look like ZOMBIES, totally
gone.  Roy approaches a RANDOM Astronaut:

                        ROY MCBRIDE
                How long have you been here?

                        RANDOM ASTRONAUT
                    (trancelike)
                Oh, it's been... Forever...  I'm
                never gonna leave...

Roy's jaw tightens as he hears this; he appears determined
not to become one of them.  In the background, some screens
play various television programming from around the world.

Tanner watches a stripper and he tucks his crucifix into his
shirt.

The Helios scientists consume alcohol and look spaced...

Roy seeks out the Mars Official.  Heated:

                        ROY MCBRIDE
                I asked to see your CO.

                        MARS OFFICER
                Our medical division advises you
                watch the show first, sir--

                        ROY MCBRIDE
                We don't have the time for this.
                Just get me to your CO.  Okay?  You
                understand?

The Mars Official can SEE that Roy means business.

                    MARS OFFICER
        Yessir.


INT. HELIOS - CORRIDOR

The Mars Official LEADS Roy down toward a LAB AREA.  They
ENTER:


INT. HELIOS - SCIENCE LABORATORIES AREA

Roy enters and sees a group of youngish middle-aged men.

First among them is JERRY COLLINS--*Bearded, thirtysomething,
bespectacled, hippyish*.  An astrophysicist, he came to Mars
three years ago.  A shit-eating grin:

                    JERRY COLLINS
        Can we help you, brother?

                    ROY MCBRIDE
        I'm Major Roy McBride.  Capcom
        should have alerted you to my
        arrival--

                    JERRY COLLINS
        Oh--hey!  So <u>you're</u> McBride!

Roy is surprised about how young and disheveled he seems.  He
looks around at the place, which seems to be some weird
version of a 1960's hippy ashram.  Blankets, lamps.  Anything
to distract from the idea of space.

Jerry Collins stands.  He holds out a hand to shake Roy's.
His hand is robotic, a metallic gold--for no explained
reason.

                    JERRY COLLINS (CONT'D)
        Jerry Collins--I'm the
        superintendant here.  Pleasure to
        meet you.  I mean--
            (with a snort)
        It's a hell of a pleasure to meet
        <u>anybody</u> when you're this far out.

                    ROY MCBRIDE
        I'm glad we meet the criteria,
        then.  You military or civilian?

                    JERRY COLLINS
            (lets out a laugh)
        Civilian!  With National Institute
        of Sciences.
            (MORE)

                                                GRAY_014221

                    JERRY COLLINS (CONT'D)
          I've been here three years, which
          sort of gives me seniority.
                (re: another scientist)
          This is Stu, he's also with my
          group.  The Cal-Tech Mafia, they
          call us.

STUART LICHTMAN--*another fiercely intelligent, cut from the
same cloth as Jerry.  But more rambunctious.  He wears
SUNGLASSES.*  He came to Mars two years ago as part of a
scientific conference on space travel's future.  He and Roy
shake hands.

                    STUART LICHTMAN
          You've never been here, have you.

                    ROY MCBRIDE
          No.  Looking forward to seeing some
          of your planet, though.

                    STUART LICHTMAN
          You've never really been far out,
          man... FAR OUT...

                    JERRY COLLINS
                (turning to another)
          And Ed Reyes here's the man you'll
          be wanting to talk to.  He's what
          we call a real Martian.  Born here,
          never left.  He knows more than we
          do, at least.

Roy shakes the large hand of EDGAR REYES--*A functioning
alcoholic, a bearish man.*  DoD's liaison.

                    EDGAR REYES
          I got your brief.

                    ROY MCBRIDE
          I thought you might take me down to
          core operations, we could go over
          some things.

                    EDGAR REYES
          Sure thing, buddy.


INT. CORRIDOR - TO THE CORE OF THE STATION

Roy notes the decrepit nature of some of the station.  Some
lights are out, some paint is peeling, wiring is exposed...
Someone is cleaning up dog shit.  Stu and Jerry can guess
what Roy's thinking.

              STUART LICHTMAN
This place ain't what it once was,
that's for sure.  Not since Earth
cut off a lot of our funding.  I
mean, pure science's worth nothing
now...

              JERRY COLLINS
      (about Roy)
He doesn't care, Stu.

              ROY MCBRIDE
You were working on something?

              STUART LICHTMAN
      (continuing, ignoring
       Jerry)
We were right Von the verge of a
breakthrough with exotic hadrons--

              JERRY COLLINS
      (snappy)
Hey!  Stu!  Come on!

              STUART LICHTMAN
      (finishing)
But I guess that makes a lotta
sense--if the world's coming to an
end like it is.

Roy is agog at the rudderless, messy Mars station
atmosphere...  Stuart finally shuts up, and looks down at the
floor, musing.


INT. CORE OPERATIONS ROOM

The men enter the room.  A dog comes up to them, tail
wagging.  Real friendly.  Tanner bends down and scruffs the
fur on the dog's neck.

              STUART LICHTMAN
Hey!  Fourteen.  FOURTEEN!
      (beat)
C'mere, Fourteen.  That's a good
fella!

Edgar Reyes steps to the fore, stands face to face with Roy,
looks into his eyes.

              EDGAR REYES
From our end.

He hands another DOSSIER to Roy.

GRAY_014223

70.

Roy walks over to a bench, sits down, opens the dossier.  Or, rather, he "activates" it by unrolling it--it's some TBA electronic gizmo.  The dossier must be activated via retinal scan.

CLOSE ON THE DOSSIER--as it comes to life, and WE SEE a PHOTOGRAPH taken by a spy drone inside a Mars greenhouse.

Edgar Reyes watches Roy.  Roy notices Reyes scrutinizing him. Reyes looks away.

Roy studies the image.

It is of an "UNIDENTIFIED PERSON," whose face we can't quite make out.  It's blurry, in the background, silhouetted man.  Or is it a woman?  This seems to give Roy pause.

Reyes moves closer to him.

                    EDGAR REYES (CONT'D)
               Taken inside the reactor core,
               through the greenhouse glass.  From
               where the signal's coming.

Another file of the dossier displays a series of COORDINATES.

                    ROY MCBRIDE
               These numbers, here--what is this?

                    EDGAR REYES
               Map coordinates, probably.

A beautiful, 3D, photorealistic MAP of the surface of Mars. The map scrolls up to the northern hemisphere.  Then stops. Roy takes note of the location.

                    EDGAR REYES (CONT'D)
               Near Valles Marineris--there was a
               small nuclear accident there,
               coupla years back--
                    (points to the map/chart)
               --and this section has been walled
               off with concrete, to prevent
               contamination.

Roy doesn't look at Reyes, and instead is studying images of the telescope, and other images around Valles Marineris.

                    EDGAR REYES (CONT'D)
               Our radio telescope's above it,
               which is why they're continuing to
               pump electricity, water, and oxygen
               through it.
                    (MORE)

CONFIDENTIAL                                            GRAY_014224

71.

           EDGAR REYES (CONT'D)
They can't afford to build a new
telescope away from the
contaminated area, and it needs
those things to operate.  Pain in
the ass.

           ROY MCBRIDE
So this whole zone is deserted.

           EDGAR REYES
Well, maybe--few months ago, there
were rumors of possible animal
activity on the wiring in the
telescope.  So it's conceivable
that something is still alive in
there, unbelievable as it may seem.
It was used for animal testing,
so...maybe.
    (beat; points to chart)
But here's what's important.  Right
here, is the data recorder for all
the information that's been sent to
and from this thing.  You download
that data and it'll tell you a lot
about the Lima Project, I bet.

Looking around the room:

           ROY MCBRIDE
And what about Gates, you all knew
him here?

           JERRY COLLINS
We loved him, man. All of us.  We
thought his residence here was
permanent.
    (beat)
And when he was here, he was like
the father, no doubt about it.

           ROY MCBRIDE
Did he say <u>anything</u> to you about
his plans?

           JERRY COLLINS
    (shakes head)
He complained a lot about earth's
science restrictions.  Used to say
it was his job to try the
impossible.

           STUART LICHTMAN
Man, he had that right.

CONFIDENTIAL

72.

                    JERRY COLLINS
        And then he just split, that was it-
        -without even a goodbye.  To run
        the Lima Project.  We didn't even
        know what that was.  And when that
        moon off Saturn disappeared...  we
        knew, it was a vacuum reaction from
        them.  What else could it be?

                    STUART LICHTMAN
        If he's experimenting with vacuum
        energy, he's gotta be around one of
        the gas giants.  I mean, he's gonna
        need a strong magnetic field.  So
        we're talking Saturn, somewhere
        here--

Lichtman points to an area on the map.  Roy looks down at the
map.  Points to it.

                    ROY MCBRIDE
        The core, under the antenna--I'm
        gonna need to get in there, get
        that data recorder.

                    JERRY COLLINS
              (he's crazy!)
        It's completely radioactive.  And
        who knows WHAT'S there--

                    ROY MCBRIDE
        You're not gonna have to go in with
        me.

                    JERRY COLLINS
        That's, that's not what I meant.

                    ROY MCBRIDE
              (to Edgar)
        Just get me inside.  Okay?  Can you
        do that?

Reyes looks at Roy with a combination of awe, fear, and
incomprehension.


INT. ARIES - DOCKED TO HELIOS

Darkness, in a private chamber.  As the door opens, lights
fade on, and Roy enters.  The room is spotless and simply
appointed.  There's a small bed and a private bathroom, and a
downy, white robe hangs on the door, adding a touch of luxury
class.

CONFIDENTIAL

73.

Roy sits down on the bed, then vocalizes an order.

              ROY MCBRIDE
     Transmission.

The WALL flickers to life--becoming a SCREEN.

A piercing LASER targets and scans Roy's retina.  Roy blinks.

            COMPUTER VOICE
     Accepted.  What c--

              ROY MCBRIDE
      (interrupting)
     Earth.  Capcom.

            COMPUTER VOICE
     You have one recorded message.

ON THE WALL SCREEN--a shot of HQ interior.  A COMMAND
EMPLOYEE whom we've not yet met looks into CAMERA.  The
conversation is awkward--there's a delay of several minutes
between each statement.

              COMMAND
     Major.  Good to see you've made it
     there safe and sound. We're real
     thrilled about your progress.
     Hopefully your narcotic is taking
     effect...  We do have some recent
     information regarding your mission.
     It appears that your lunar shuttle
     was damaged not by enemy fire, but
     rather by gamma radiation bursts of
     an unusual size.  We have
     determined that these bursts are
     likely from the Lima Project's
     particle accelerator.  This
     confirms the significant threat
     that the Project presents to us.
     Over.

              ROY MCBRIDE
     Send response.

            COMPUTER VOICE
     Record.

              ROY MCBRIDE
     Roger that, Capcom.  I'm going to
     Mars' surface tomorrow in an effort
     to locate a data recorder which
     might prove useful in this regard.
        (MORE)

GRAY_014227

74.

                    ROY MCBRIDE (CONT'D)
                (to computer)
        Send.

                    COMPUTER VOICE
        Sent.  Seventeen minutes until
        earth reception.

                    ROY MCBRIDE
                (to the computer)
        I have some questions.

                    COMPUTER VOICE
        Continue Major.

                    ROY MCBRIDE
        What is Dr. Gerald Collins's
        security clearance?

                    COMPUTER
        Mr. Collins has no security
        clearance.

                    ROY MCBRIDE
        And Edgar Reyes?

                    COMPUTER
        Mr. Reyes is classified as C-line.

Roy LOOKS down at the photo image of the "Unidentified
PERSON."

                    ROY MCBRIDE
        I need a list of all the females
        employed at that base.

Beat.  A few seconds go by.

                    COMPUTER
        Major, we have no record of any
        female employed by North Mars
        Sector 8.  Is there anything else
        we can help you with, over?

                    ROY MCBRIDE
        The footage that I was shown during
        my psych eval--of the Claire Gates
        accident--I'd like you to send it
        to me.  Over.

                    COMPUTER
        Major, as a reminder, your stress
        levels and your behavior are being
        monitored.

CONFIDENTIAL                                    GRAY_014228

                    ROY MCBRIDE
          I'm aware.  Thank you.

Beat.  The CAMERA BOOMS DOWN to REVEAL: THE RESPIROCYTE PATCH
that Pedrosa gave to him...  It will keep his psych-evals
clear...

And then the footage plays again on the screen, and Roy
watches it.  It's horrifying--like a snuff film...

Roy scrutinizes it...slows it down...

The FOOTAGE STOPS.

A "pop up" appears: it's a HOLOGRAPHIC PERSONA that is very
similar to the HOLOGRAPHIC WOMAN that Roy spent time with
before.  However, now, she somewhat physically resembles
Claire (albeit the voice is different).  She is dressed in
lingerie and is sitting on a bed.  The voice is EVER-SO-
SLIGHTLY CLIPPED and ARTIFICIAL, and she is being projected
from a beam from the bottom of the computer console.

                    HOLO WOMAN
          You've had a long day.  You need to
          unwind.  Do you mind if I make
          myself a little more comfortable?

Roy is conflicted, at first a slight smile leading to a
feeling of being tested--again.  She continues to strip.

                    ROY MCBRIDE
          That's not her voice...

                    HOLO WOMAN
          I can say anything you would like.
          Or I can say nothing at all.

She continues to expose her privates...

                    ROY MCBRIDE
          I'd like you to stop.

The Holo Woman looks at him for a moment.  She is "offended".
SHE TRIES AGAIN:

                    HOLO WOMAN
          You should try to relax.

                    ROY MCBRIDE
          Put your clothes back on, please.

But she doesn't listen.

                                          GRAY_014229

                          HOLO WOMAN
                    I'm sorry, I can't do that.
                    Command wants me to keep you
                    company...

So Roy stands up and walks "through" her--to get to a SWITCH--

                          ROY MCBRIDE
                    It's not necessary for Capcom to
                    test me right now--

                          HOLO WOMAN
                    --Could you tell me about the
                    mission?

And then Roy manually shuts off the image.  She disappears.

Roy is left standing there alone.  Breathing hard.

Roy opens the door and walks out.


INT. ARIES - CORRIDOR OUTSIDE ROY'S QUARTERS - CONTINUOUS

Roy exits his private room and goes up to a PANEL in a wall.
The corridor is empty.  Roy opens up the panel, exposing a
small SCREEN and a KEYBOARD.

Roy whispers two commands:

                          ROY MCBRIDE
                    Disable all outgoing transmissions,
                    and all social simulacrum services.

Roy closes the panel.

He looks down at his arm.  AT THE RESPIROCYTE PATCH...

And then the HOLO-WOMAN REAPPEARS!  STARING AT HIM!


INT. ARIES - LAUNCH ROOM

Roy SUITS UP for outer space.


EXT. THE ARIES - SPACE

Roy is doing an EVA.  He maneuvers his MMU/jetpack to get to
where he needs to be--at the side of the Aries spaceship.
Through Roy's helmet, we HEAR data being transported through
the tower.

Roy CUTS the TRANSMITTER that sends communications to Earth.
He REPLACES THE PANEL...


INT. SHUTTLE

ON THE WAY TO MARS.  Roy travels with Tanner and the Mars
scientists.  Everyone is strapped in.  It's nice and quiet in
here.

On Tanner--

                    ROY MCBRIDE
          You get any sleep?

                    BILL TANNER
          A bit.  Hard to get a good night's
          rest up here, though...  You?

                    ROY MCBRIDE
          I'm all right.

The RADIO COMES IN:

                    DONALD SCHMIDT (RADIO FILTER)
          KDK-12, we seem to have lost
          communication with Capcom.
          Hopefully this is temporary.  We're
          working on solving the problem, we
          do apologize.

                                        CUT TO:


EXT. MARS - DAY

The shuttle lands on a mostly barren runway--the ground opens
up and the shuttle enters an UNDERGROUND STATION.


INT. SHUTTLE PORT - UPPER DECK

A sort of airlock area.  The shuttle waits as the hatch above
it through which it entered closes, and then it descends via
a lift to a lower level.


INT. SHUTTLE PORT

The shuttle has come to a stop here in the enclosed port
station, which contains artificial atmosphere.  The shuttle's
doors open.  Roy and Tanner step out, with the Mars
scientists in tow.

CONFIDENTIAL

GRAY_014231

78.

They walk towards a row of parked ROVERS.  The rovers are
large, closed-off (to provide atmosphere).

Here, too, more dogs are roaming.  Siberian huskies.  One
male dog lifts a hind leg and urinates against a wall.  Along
the wall is a row of spacesuits, and a shelf of helmets.

> STUART LICHTMAN
> They say the dogs beat loneliness.
> But they go crazy, just like we do.
> Don't think it helps a damn thing.

Roy, Tanner, and the scientists go to the suits and they
begin to suit up.


INT. UNDERGROUND STATION

A maze-like installation.  Two rovers drive through.

In the FRONT ROVER are Roy, Tanner, and Lichtman.

In the REAR ROVER are the other Helios scientists.


INT. FRONT ROVER

Roy and Tanner are preparing their equipment--pulse weapons,
etc.


EXT. MARS - SHUTTLE PORT - DAY

The ground opens up and the two rovers emerge onto the
strikingly bright Martian terrain.


EXT. MARS - VALLES MARINERIS - LATER

The two rovers drive alongside one of Mars's monumental
canyons, VALLES MARINERIS.  It's amazing.  A wonder to
behold.

> EDGAR REYES
> Valles Marineris.  A thousand times
> bigger than the Grand Canyon.
> (beat)
> Seems like every other month some
> earthsick person flings himself off
> 'a here.

79.

INT./EXT. FRONT ROVER - CONTINUOUS

Roy replies.

>                    ROY MCBRIDE
>          Doesn't sound like that peep show
>          on Helios is doing its job.
>               (to Tanner)
>          The signal tracker ready?

Tanner nods.

>                    EDGAR REYES
>          We're coming up to the area which
>          was used for organism revival
>          experimentation--that's been off-
>          limits since the accident, two
>          years ago.

Roy gestures to a large structure that they're about to pass.

>                    EDGAR REYES (CONT'D)
>          The zone was self-sufficient, with
>          an extended greenhouse.

Lichtman pulls the rover over to the side of the road.

>                    STUART LICHTMAN
>          Well, we're here, these are the
>          coordinates of that signal.

>                    ROY MCBRIDE
>          We'll activate the GPS to get the
>          rover back to base.

>                    STUART LICHTMAN
>               (salutes)
>          Or call me and I'll be more than
>          happy to come pick you up!  Mars
>          Taxi service, man!
>               (no answer from Roy, so)
>          Good luck!

EXT. MARS - VALLES MARINERIS - CONTINUOUS

The front rover's doors open.  Roy and Tanner step out.

The rear rover drives off.

Roy and Tanner are left all alone, next to the front rover,
as the rear rover vanishes, leaving behind a trail of dust.

80.

It's silent.  The landscape mostly barren--the greenhouse,
the radio telescope, and a few other structures are in the
distance.

Tanner activates the signal tracer, and they follow where its
small screen directs them to go...

Roy and Tanner, small on the Martian surface, when, suddenly,
a purple DUST STORM materializes, gathers, grows, approaches.

They try to continue over the terrain, through the obscured
atmosphere.  They can no longer see each other--can only HEAR
each other and they're able to see their positions via a
readout on the display inside their helmets.

                    BILL TANNER
          Roy?  I've lost you.

                    ROY MCBRIDE
          Track my voice, Captain.  Your
          helmet display'll tell you where I
          am.  Just follow me.

The men can see each other and other forms very dimly,
through NIGHTVISION as a gigantic DUST DEVIL engulfs them.

Luckily, the atmosphere is so thin that these twisters are
harmless--they just leave a RED/VIOLET HUE over their
spacesuits and helmets.

Roy and Tanner wipe their faceplates so they can see.  They
continue looking around near the approximate source of the
signal.

                    BILL TANNER
          The signal's from somewhere in
          THERE--

They find a HATCH, covered in dust and dirt.  They shove the
dirt away and find a metal protuberance.  They move away more
dirt and are FINALLY ABLE TO LIFT UP THE HATCH.  DOWN THEY
GO, INTO AN UNDERGROUND CHAMBER.


INT. UNDERGROUND CHAMBER

It is ACTIVE, emitting a signal.

Tanner points to an area behind the concrete sarcophagus.

It leads to a TUNNEL, part of an underground network of
tunnels throughout Mars.

Roy and Tanner use EXPLOSIVES to blast open the sarcophagus.

                                          GRAY_014234

INT. TUNNELS

Roy pursues the signal through the subway tunnel-like
atmosphere of Mars' irrigation tunnels.  Edgar Reyes comes
down the tunnel with them.

It is the area that has been walled off.  Radioactive, from
the accident.

                    EDGAR REYES
          I'm getting extremely high
          radioactivity readings, Major.
          Perhaps we call for robots--

                    ROY MCBRIDE
          You can leave if you want--but we
          don't have a choice.  We have our
          orders--we're going on.
               (beat)
          But--radio the Helios and tell them
          we're going back with you.  Would
          you do that?  I don't want anyone
          or anything to know we're going
          down there.

                    EDGAR REYES
          Yessir.

Reyes turns back.

There are VENTILATION SHAFTS built in order to allow
convection.  It is into one of these that Roy enters.
Followed by Tanner.


INT. DEEPER INTO THE TUNNELS

They are dark.  Terrifying.

Only a few feet in front of Roy is illuminated.  Right NEAR
him is Tanner.

The men move SLOWLY and CAREFULLY INTO THE DARKNESS.

But then we see the movement of particulate in the air.
Something is causing dust to disperse...

Roy holds up his hand: STOP.

Something is moving in that DARK TUNNEL...

And Roy SEES that the something is a creature...

CONFIDENTIAL                                              GRAY_014235

A GIANT SNARLING DOG--not a Siberian Husky, but a
Czeckoslovakian Wolfdog.  One scary motherfucker--scarier
still because it's been specially bred to be big and strong.

It GROWLS, neck muscles flexing.  And then--here comes
ANOTHER WOLFDOG.  And ANOTHER one, still--this one with A
SINGLE EYE in the center of its head.  Roy avoids it by
making a sharp left into ANOTHER TUNNEL.  But then it finds
him.  Roy makes several attempts to avoid it as it charges at
him in silence.

He FENDS it OFF, BUT it ATTACKS TANNER.

Roy is forced to use his PULSE WEAPON to destroy the
unnaturally large canine.  But Tanner' spacesuit's protection
has been compromised, is torn near the area of his ribs--and
some blood is coming out of the tear.

                    ROY MCBRIDE
              Your suit's compromised.  Go back
              to the rover, treat yourself with
              the kit.

So Tanner separates from Roy and goes back through the tunnel
from whence he came.  Roy proceeds to a section of the Mars
station long abandoned.  Or thought to be abandoned.


INT. UNDERGROUND CHAMBER

A massive chamber.

Roy comes ACROSS THE ENORMOUS BASE of the TELESCOPE.

Roy marvels at the technology involved.

                    BILL TANNER (RADIO FILTER)
              Major, Reyes is DEAD!  Our shuttle
              seems to have run out of oxygen!

                    ROY MCBRIDE
              Do you have oxygen left?

                    BILL TANNER
              Yes I do, sir!  About 50 minutes'
              worth.

                    ROY MCBRIDE
              Okay, I'll return before you run
              out.  I seem to have located the
              data recorder and transponder.

CONFIDENTIAL                                        GRAY_014236

Roy goes over to an enormous CONSOLE.  He BEGINS to UNSCREW a
UNIT FROM THE WALL.  IT IS A METAL CUBE, filled with DATA
CARDS.

                    ROY MCBRIDE (CONT'D)
        I have located the data recorder
        for the signals sent to Saturn--
        over.

                    BILL TANNER (RADIO FILTER)
        Roger that--but Roy?  I'm reading
        your thermals.  Seems
        there's...someone there!  Behind
        one of the walled-off corridors!

And, indeed, Roy SEES a THERMAL IMAGE of a PERSON behind one
of the WALLED-OFF CORRIDORS.

                    BILL TANNER (RADIO FILTER) (CONT'D)
        Should I radio this information
        back to Command, Major?

                    ROY MCBRIDE
        No.  I'm going to determine the
        source here myself.  It might well
        be in error, over.

                    BILL TANNER (RADIO FILTER)
        Major, mission protocol is to
        destroy it!

                    ROY MCBRIDE
        Understood, that is protocol, but
        as the commander, I'm choosing to
        interrogate and then terminate.
        Over.

Beat.

                    BILL TANNER (RADIO FILTER)
        Roger that.

Roy shuts off his helmet cam.

                    BILL TANNER (RADIO FILTER) (CONT'D)
        Uh, Major--why are you shutting off
        your helmet feed now, over--?

                    ROY MCBRIDE
        Because I have concerns about
        security here, Captain.  I believe
        we're compromised and our limited
        oxygen is not an accident.  Over.

GRAY_014237

84.

Beat.

                    ROY MCBRIDE (CONT'D)
        And for that same reason, I'm gonna
        shut off my comms now.  So I'll be
        invisible.  I'll keep my receiver
        on, so I can hear YOU.  Over.

                    BILL TANNER (RADIO FILTER)
        Copy that.

Roy shuts off his comm link, and then CUTS his WAY THROUGH
to:

INT. MARS STATION - UNDERGROUND

A partly dark part of the station.  Half-lit, with signs of
desertion and detritus all over.

Roy enters and walks into the inner sanctum.

And after a while, he sees a SHADOWY FIGURE.  In the dark
behind some columns.

Roy has his weapon at the ready.  Does not know what to
expect.  He calls out to the figure:

                    ROY MCBRIDE
        Hello?
           (beat)
        Show yourself with your hands in
        the air, please!

The figure does not respond.  Does not move.

                    ROY MCBRIDE (CONT'D)
        Are you communicating with the Lima
        Project?

Silence.

Roy tries to adjust various settings on his helmet viewscreen-
-nightvision, thermal readings, image enhancements, etc.--
trying to get a better look at the figure.  But the figure
remains obscure, shadowy.

The shadowy figure emerges.  It is a woman.  Not wearing a
helmet--which means the ATMOSPHERE down here is breathable.

And Roy...

Takes off his helmet...

CONFIDENTIAL

And comes face to face with...

Claire.

Alive, the same age she was when she died in that horrifying
video.

The sight of her stuns him--*How can this be???*

She is white, whiter than white--as if her skin has never
seen sunlight.  Veins are visible beneath her temples.  But
we see her only in PROFILE.

Roy is thunderstruck.  Is he hallucinating?

No, he's not.  He steps closer to her.  She's still in
profile.  Still in the shadows.  Her movements are subtle.

Roy looks like he's been hit by a thunderbolt.

                    ROY MCBRIDE (CONT'D)
          C--Claire..?
              (beat)
          Are you a psych-eval test, from
          Capcom...?
              (beat)
          Is this is a psych-eval...?

He is at once attracted and repelled; he wants to run, he
wants to hold her...

Roy is beginning to crumble...

She doesn't respond.  Roy doesn't understand.

                    ROY MCBRIDE (CONT'D)
          Claire--?

Roy's resolve is weakening, his emotional toughness
dissolving.  He can barely speak, and he seems close to
tears.

                    ROY MCBRIDE (CONT'D)
          Did your father save you, somehow?
          Have they kept you from me...?

No answer.  Silence from Claire.  A sudden radio SHRIEK:

                    BILL TANNER (VO, RADIO FILTER)
          Major, do you read me, over?

Roy ignores Tanner.  Then he keeps trying:

CONFIDENTIAL

                    ROY MCBRIDE
          Claire--please--answer me?

                         BILL TANNER (VO, RADIO FILTER)
          Roy!  ROY, ARE YOU THERE?  DO YOU
          READ ME? ARE--

Roy SILENCES his radio--

And then--

                    ROY MCBRIDE
          *You are all I think about, day and
          night--*

He touches her, grabs her arm.  He starts breathing HEAVILY,
almost in a PANIC.

She TURNS.  ENTERS THE LIGHT.

AND IT IS A VERSION OF CLAIRE, an INCOMPLETE VERSION OF
CLAIRE.  HER FACE IS DIVIDED, UNEVEN, HORRIFIC, DEFORMED.
MONSTROUS.

She isn't...human!

SHE LOOKS AT HIM; her MOUTH OPENS WIDE.  A TERRIFYING WAIL
COMES OUT.  NO WORDS, JUST A HORRIFIC, GUTTERAL SCREAM WHICH
IS DEAFENING!

Roy's EYES BULGE in horror.  His mouth drops open, stunned by
the moment.  HE HURRIEDLY BACKS out of the area, stumbling in
terror.  Away from "Claire"...

Back into the DARK...


EXT. MARS SURFACE - MOMENTS LATER

Roy, helmet on, walks to the awaiting rover and rejoins
Tanner.


INT. ROVER - CONTINUOUS

Tanner is in the passenger seat.  He has patched himself up.

                    BILL TANNER
               (heated)
          What was down there?
               (beat)
          What was it?

Roy sits in the driver's seat.

87.

                        BILL TANNER (CONT'D)
            What did you see?  Did you destroy
            the target?

Beat.  Roy is silent.  He drives the rover.

                        BILL TANNER (CONT'D)
            Roy?

Beat.  Roy follows the GPS coordinates as the rover heads
back towards the shuttle launch pad.

                        ROY MCBRIDE
                 (sotto)
            It's destroyed.

Tanner is not convinced.  He looks at Roy askance.

                        BILL TANNER
            What was it?

                        ROY MCBRIDE
            It was an animal...

                        BILL TANNER
            Based on the heat signature, it
            looked like a human being--

                        ROY MCBRIDE
            It was an <u>animal</u>.  We need to
            return to the Aries, proceed on to
            Saturn.  Radio Schmidt and Onizuka.

                        BILL TANNER
                 (into radio)
            KDK-1, this is KDK-12, over.  On
            our way back to Helios.  Please
            contact Majors Schmidt and Onizuka,
            ready Aries for continued space
            travel...

                                               CUT TO:


INT. ARIES CAPSULE

Schmidt and Onizuka are doing repairs.  Floating in ZERO
GRAVITY.  The RADIO is sounding:

                        RADIO
            Aries, this is KDK-1.  Aries, do
            you read?

CONFIDENTIAL                                          GRAY_014241

                    MAJOR ONIZUKA
        Roger KDK-1, we read you.

                    RADIO
        Aries--KDK-12 has contacted us.
        They wish you to proceed when
        ready.

                    MAJOR ONIZUKA
        Copy that, KDK-1.

Onizuka releases the talk button.

Suddenly, the CLAIRE HOLO-WOMAN who was with Roy in his
private room appears with the help of a mobile projector.
She walks toward them (as a hologram, she has no gravity
issues).

WEIRD, we're probably thinking... *why's she popping up here*?

                    HOLO WOMAN
        As communication with Capcom is
        still disabled, I must inform you
        directly.  Major McBride has
        performed unsatisfactorily on his
        most recent psychological
        evaluation.
           (beat)
        He can no longer be trusted to
        complete the mission.

ANGLE ON SCHMIDT and ONIZUKA as we


EXT. MARS - DAY

The mostly barren runway.  The ground opens up.  The Helios-
Mars shuttle emerges from the underground station.  It blasts
off into the sky.

Around the runway are rock formations.  The rocks cast
shadows under the harsh noon light.  The way the rocks and
shadows are arranged seems to resemble the features of a
woman's face...


INT. SHUTTLE

CLOSE ON ROY--gutted, obsessed...in the silent shuttle as it
coasts away from Mars and up towards the Helios.

                                GRAY_014242

89.

EXT. HELIOS - LATER

The Helios-Mars shuttle docks with the orbiting space
station.

We TILT DOWN to SEE: THE ARIES, DOCKED to the HELIOS.

                                        CUT TO:


INT./EXT. HELIOS - OBSERVATION DECK

Roy ENTERS the DECK, just coming back from the shuttle.  The
others are here.

                    DONALD SCHMIDT
               We're close to restoring radio
               contact with Capcom, should be up
               any minute...
                    (beat)
               Bill, we'd like to have a word with
               you, if we could.

                    BILL TANNER
               Sure.

Tanner PEELS OFF to the others.  They are in an adjoining
room, VISIBLE THROUGH GLASS.

Roy is by himself, with a PHYSICIAN.  Awkward beat, then:

                    PHYSICIAN
               The computer is recommending a
               sedative for you, Major McBride.

                    ROY MCBRIDE
               Why's that?

                    PHYSICIAN
               I'm sorry, I'm not privy to that
               information.

The physician hands Roy a pill and a cup of water.

                    PHYSICIAN (CONT'D)
               Your heart rate is a little
               elevated.

THROUGH A GLASS WINDOW, Roy SEES SCHMIDT, TANNER, ONIZUKA in
conference.  He gets up, LEAVES THE ROOM.

CONFIDENTIAL                                    GRAY_014243

INT. HELIOS - CORRIDOR

Roy MAKES HIS WAY to:


INT. SCIENCE LABORATORIES

Roy BARRELS THROUGH.  Sees, SEATED near a desk: JERRY
COLLINS.

                    JERRY COLLINS
          Oh, man, Ed Reyes--I can't believe
          it--what happened--

Roy TAKES OUT HIS GUN and puts it directly at Collins's
throat:

                    ROY MCBRIDE
          You had no security clearance, and
          you knew all about the Project.
          You tried to deplete our oxygen but
          only Reyes was killed.
              (beat)
          What do you know about the Lima
          Project?!?

                    JERRY COLLINS
             (a long beat)
          I won't tell you a thing.
             (beat)
          It's worth dying for.

Collins grabs the gun, ALL BUT FORCING it to FIRE.  COLLINS'
HEAD IS BLOWN OFF...

ANGLE ON ROY as he BOLTS, to:


INT. HELIOS - DOCKING BAY

Roy's all alone here, save two swacked-out Helios employees.
He puts on his spacesuit/helmet and then straps on an
MMU/jetpack contraption.

He enters the Aries.


INT. ARIES

Roy floats through the base of the craft on his way to the
cockpit.

CONFIDENTIAL

91.

INT. COCKPIT

Roy arrives in the cockpit.  He TRIGGERS the BURNERS.  A
VOICE.  Roy's head spins.  HE IS STARTLED:

                    COMMAND
          Aries, connection has been
          restored...  Command requests an
          immediate mission update...  Aries,
          this is Capcom, update status on
          the mission.  Repeat, update status
          on the mission.

                    ROY MCBRIDE
          Capcom... the mission is a go.  I
          am sending the data recorder
          retrieved from Valles Marineris for
          your analysis.  Awaiting your
          report.  Over.

                    COMPUTER VOICE
          Trasmission will be received
          in...sixteen minutes, 19 seconds.

Roy ATTACHES the DATA BOX to the Aries.  DATA BEGINS TO FLOW
from it into the craft's computer.

                    ROY MCBRIDE
          I will confirm the termination of
          Dr. Gates as soon as possible.
          Over.


INT. HELIOS - MOMENTS LATER

The others enter:


INT. ARIES

As the Aries DECOUPLES FROM the HELIOS...


INT. COCKPIT

The others join Roy, who is watching the Mars DATA RECORDER
download to the craft's onboard computer:

                    ROY MCBRIDE
          We're heading for Saturn.  Dr.
          Collins is dead; he attempted to
          subvert our EVA inside the reactor.

CONFIDENTIAL                                          GRAY_014245

                    DONALD SCHMIDT
          Did you destroy the radio, Major?

                    ROY MCBRIDE
          No.  I've been occupied with making
          sure we execute the mission.

                    DONALD SCHMIDT
          I don't think that's going to
          happen now.

                    ROY MCBRIDE
          What are you talking about?

                    BILL TANNER
          You failed your psych-eval, Roy.

                    ROY MCBRIDE
          That's not possible.

No answer.  So Roy continues:

                    ROY MCBRIDE (CONT'D)
          Now as I say, what's important here
          is the mission.  It's more
          important than it's ever been.
          I've recovered the data recorder,
          which can tell us--

Roy stops himself.  He sees them surrounding him.  Schmidt
stands in front of a control panel.

                    ICHIRO ONIZUKA
          The odds of all of us returning to
          Earth have fallen below acceptable
          percentages now, Major.
               (beat)
          We're aborting.

Roy looks to Tanner.

                    ROY MCBRIDE
          Do you have any idea just how
          important this mission is...?

                    BILL TANNER
          We know more than you think we do,
          Major.

                    ROY MCBRIDE
          You don't know a goddamned thing.
               (to all)
          We follow the mission!

CONFIDENTIAL                                                      GRAY_014246

Bill steps forward:

>                    BILL TANNER
>          Roy--you've got great loyalty to
>          the SSC.  You think they do for
>          you?

Roy girds for battle.

>                    BILL TANNER (CONT'D)
>          You've spent a lot of time
>          evaluating Claire Gates' accident.
>          You still think it was an accident?

>                    ROY MCBRIDE
>          Get out of my way.

>                    BILL TANNER
>          She was terminated by SSC order.
>          For her work in genetics.  And the
>          mechanical failure was caused by
>          our disabling of satellite Aurora
>          9.

Roy's FACE GOES WHITE.

>                    BILL TANNER (CONT'D)
>          That satellite's failure was
>          enabled by you, during a classified
>          operation of ours one week before
>          the event.

Roy is rattled; his eyes well with tears and he appears ready
to break down.  He somehow maintains his composure--barely.

>                    BILL TANNER (CONT'D)
>          So please, Roy.  We're aborting.
>          We don't want to have to kill you.

Roy's eyes burn with intensity.

He is poised for battle.

It's clear they want him DEAD.  And he them.

Onizuka steps forward.  TAKES A SWING AT ROY!  Roy dodges it,
instead, lashing Onizuka with a RIGHT HOOK.

And so, a FIST FIGHT begins... long and hard and brutal.  And
very SURREAL, because of the absence of gravity.

Onizuka returns a punch, and then another, landing a SERIES
OF BLOWS to Roy's face.  The other two men, Schmidt and
Tanner, join Onizuka.

CONFIDENTIAL                                                    GRAY_014247

94.

Schmidt wraps his hands around Roy's neck, SMASHES Roy's head into the hull.  Bangs it against the hull again and again and again.  Tanner grabs too, now--

So Roy IGNITES his MMU's BOOT JETS, which blow Schmidt back against the opposite wall with such force that Schmidt's body CRACKS the wall of the hull.  And Schmidt is instantly DEAD.

Tanner is shaken loose and hit hard, but he's only stunned.

By this point, Onizuka has recovered and he's back at Roy, attacking with vicious BLOWS.

Roy grabs a piece of METAL that is next to him.  Looks up at Onizuka.

He sees red.  He swings the piece of metal at Onizuka and connects.  Onizuka falls flat to the floor.  Lights out.

Now, it's just Roy and Tanner.  Roy is heaving and bleeding. Tanner, recovering, is scared and conflicted.  But he's holding a PULSE WEAPON.

                    ROY MCBRIDE
            Put it down.  NOW.

Tanner pulls the trigger--the weapon BLASTS--and a deep WOUND opens up on Roy's stomach as Roy FLIES BACK against the wall of the hull.

Tanner comes after him.  Pulls the trigger again, and Roy manages to twist out of the way, just in time.  The BLAST barely misses him.

ANOTHER BLAST, another evasive movement--but the blast HITS HIS SHOULDER and spins him around.

Roy is BADLY WOUNDED--BLEEDING from many areas of his body. He scrambles away from Tanner, around a CORNER, into a DARKER area of the station...

INT. ARIES - ANOTHER AREA - CONTINUOUS

Tanner pursues Roy--he's following a TRAIL OF FLOATING BLOOD DROPLETS.

ONE after the OTHER, hovering in the zero gravity...

Makes Roy easy to track...

It appears as if Roy's hiding place is inside the ship's ESCAPE POD.

95.

The floating blood droplets stop right at the pod's AIRLOCK
DOOR.

Tanner opens the door, and leans into the airlock's space.

Suddenly, ROY'S ARM grabs Tanner by the front of the neck
area of his spacesuit and pulls him into the pod.

Roy then immediately gets out of the pod and CLOSES the
airlock door.

He has trapped Tanner in this part of the ship.

He presses a button next to the airlock door, which ejects
the pod into space.

He fires that section into the void, jettisoning Tanner into
oblivion.

The mutiny is over.  Roy's crew is dead.  AND HE IS SPENT.


INT. COCKPIT

Roy grabs a fresh helmet and moves into the cockpit.  A man
ALONE.

Roy examines the view outside his window.  Then, on the
computer screen, he "flips" through a "Rolodex" of contacts,
and stops on an image of his MOTHER and FATHER.  He presses
an ICON that denotes: "RECORD VOICE MESSAGE."

After a BEEP--Roy begins to record his message.  As we know,
he's not much one for communicating--especially when emotions
are concerned--so this is a very hard task.

                    ROY MCBRIDE
              Mother...Father...I am on a
              classified mission.  I--I am alone.
                   (equivocating; then he
                    steels himself)
              I have killed my crew.
                   (beat)
              But I have done so out of necessity
              and dedication to duty.

Roy is falling apart, seems like.  THE CAMERA SLOWLY--almost
imperceptively so--PUSHES INTO HIM:

                    ROY MCBRIDE (CONT'D)
              Both of you have been extremely
              supportive of me over the years.
              But I believe it is now unlikely
              that I'll be able to see you again.
                        (MORE)

                    ROY MCBRIDE (CONT'D)
          I don't want you to wonder about
          me, or to doubt me.  I've always
          tried to do what's right, without
          regard to my own personal feelings.
          You taught me that. Some things
          have happened out here--they've,
          ah, they've been unexpected and now
          I'm lost...  I'm uncertain about
          where I'm headed, or what the
          future may hold for me...  But I
          must press on, to Saturn.  Now I, I
          must know the answers...  To
          complete my mission, I may be
          exposed to radiation levels far
          higher than deemed safe for several
          weeks, and my spacecraft will
          likely sustain such damage that I
          will not be able to return home.
          This is why I am recording this
          message for you now.  I am now and
          forever your loving son.

He SHUTS OFF the RECORDER.


EXT. THE ARIES - SPACE

The spaceship is moving at such a terrific velocity that
there's PERCEPTIBLE MOVEMENT in the surrounding field of
stars: APPROACHING STARS appear blue, RECEDING STARS become
amber.  (This is the "red shift" effect.)

                                        DISSOLVE TO:


INT. COCKPIT

Roy is seated at the fore of the ship.  He's still BLEEDING
PROFUSELY.  He goes through a MEDICAL KIT, applies GELS to
his wound.  He's trying to stem the seeping tide of blood.

Roy slouches deep down into his chair.  He is ghostly and
alone in the ship's DARKNESS.  And outside of the ship's
darkness: INFINITE PITCH BLACK.

But... finally... a slight GLOW appears from the COCKPIT
MONITOR... a MESSAGE FROM THE EARTH!

                    CAPCOM
          Aries, this is a message from
          Capcom.
               (beat)
                    (MORE)

97.

     CAPCOM (CONT'D)
   Critical information has been
   gathered from the retrieved Mars
   data transponder.
    (beat)
   Preliminary analysis of the data
   has indicated the location of the
   Lima Project.  The transmissions
   appear to have been emanating from
   a source inside Saturn Ring E, near
   moonlet Aegeon.

Roy sits up.  More alert.  Thinking the report is finished,
Roy begins to look at an illuminated map of Saturn and its
RINGS.  But after a PAUSE, another scientist begins to speak
through the MONITOR.  Roy turns, and listens to the bigger
revelation:

     CAPCOM (CONT'D)
   Further analysis has revealed the
   possible <u>nature</u> of the Lima
   Project's experimentation.  The
   intercepts indicate the pursuit of
   human genetic duplication and whole
   brain emulation.  If true, these
   experiments would constitute the
   most serious violation of the
   International Outer Space Treaty in
   the history of the organization...

Roy SHUTS off the MONITOR.  It still GLOWS a bit in the
darkness.  He watches the monitor as the face of Capcom
slowly DISAPPEARS.

And Roy sits, alone again, enveloped in darkness.

           DISSOLVE TO:


EXT. DEEP SPACE

The craft PASSES an UNMANNED SPACE PROBE...

A distant ASTEROID FIELD...

           DISSOLVE TO:


EXT. SPACE - SATURN - LATER

The giant gas planet SATURN looms magnificently against the
black backdrop.  Its RINGS look like thin ribbons encircling
the planet.  So perfect is this gas giant, so symmetrical and
flawless in its geometry... it almost looks UNREAL.

CONFIDENTIAL                  GRAY_014251

HOLD on this image for a while.

Now: Roy's spaceship, the Aries, comes into view, its RETRO-THRUSTERS firing on full blast (in utter silence) to slow its velocity.

NEW ANGLE

Saturn is still visible.  And, more prominently now, THE RINGS.

The Aries propels itself towards the rings.

CLOSER ANGLE

On one of the OUTER RINGS.

The Aries slows down as it nears the EDGE of the rings, and keeps pace with the speed of the rings' orbit.

INT. THE ARIES - CONTINUOUS

Roy is momentarily energized by Saturn's GLOW.  He looks out of the cockpit window.  The rings are more visible now.  They are magnificent, comprised of various-sized ROCKS of dirt and ice that circle around us, almost like cars on a racetrack. We've never seen anything like it.

Roy looks at the control panels, the monitors.  He alters the firing of the ship's THRUSTERS, continuing his efforts to slow down his ship.

EXT. THE ARIES - CONTINUOUS

The ship comes to a relative halt at the edge of the rings, joining them in orbit.

INT. THE ARIES - CONTINUOUS

Roy looks out of the cockpit WINDOW.  He activates:

EXT. THE ARIES - CONTINUOUS

Small, powerful CAMERAS attached to the ship pan and zoom... in search of Gates.

GRAY_014252

99.

INT. THE ARIES – CONTINUOUS

Roy studies the monitors.  He manipulates the camera, zooming
into an image, converting a heat signature and other
invisible data into images the his eyes can perceive.

IT IS SOMETHING.

Ever so slightly, Roy seems to be getting pale, sickly.
Dizziness, skin reddening/desquamation (peeling)...

He DIRECTS the CRAFT...

THE SCREENS TO HIS SIDE BRIGHTEN AGAIN.  UP COMES a VIDEO
FILE:

"DOWNLOAD FROM MARS DATA TRANSPONDER" FLASHES... Then:

"SENT TO GERALD COLLINS, SATURN TO MARS, 1987.76 HOURS AGO"

We are at some kind of SCIENTIFIC LINK, and the quality is
not great, but WE CAN SEE GATES.  He speaks in measured,
slightly condescending tones, like he's teaching a class.
Pedantic tone:

                    DR. JOHN GATES
              The deniers on earth will continue
              to see only our past mistakes.
              They will continue to live only in
              the present, refusing to admit that
              unless bold steps are taken, our
              existence as a species will draw to
              a close.

EMERGING through the SMALL WINDOW:

What is known as THE CALYPSO.

The STATION ("Calypso") seems to have almost a kind of A-
FRAME SHAPE between its SOLAR PANELS.  It is THROUGH the
RINGS OF SATURN, in SATURN'S ORBIT.

It is TETHERED to the slowly ROTATING MOONLET CALLED:
AEGAEON.

                                        CUT TO:


SERIES OF SHOTS

In which Roy ASSEMBLES HIS SPACESUIT, HIS ARMAMENTS (which
include CANISTERS of EXPLOSIVES), AND HIS MANNED MANEUVERING
UNIT.

CONFIDENTIAL                                    GRAY_014253

ROY PUNCHES IN COORDINATES into the COCKPIT BOARD.  The
cockpit board flashes: "AUTOPILOT ENGAGED".

Over this, we HEAR:

>                    DR. JOHN GATES (V.O.)
>          My daughter made considerable
>          progress in mapping the connections-
>          -it is now up to us to make it
>          happen.  If we follow her lead, her
>          work will enable us to upload our
>          entire <u>selves</u>.  Our memories,
>          thoughts, feelings, all stored in
>          quantum particles, by this
>          accelerator, by this Project.  It
>          is true that the amount of energy
>          required is indeed massive.  But it
>          is worth the risk...

>                                        CUT TO:

EXT. ARIES

Roy EMERGES from the craft, in his suit.  He REMAINS TETHERED
TO THE CRAFT.  The CRAFT, moving along with the orbiting
rings detritus, begins to move closer to the rings...

CLOSER TO THE RINGS

He maneuvers his way BEHIND THE COCKPIT SECTION of the craft,
so he is protected FROM the DETRITUS of SATURN'S RINGS by the
CRAFT'S BODY ITSELF.

The Aries BEGINS its DESCENT toward the GAP between the G and
F rings.

EXT. THROUGH THE RINGS

By descending in such a fashion, miniscule particles begin to
hit the craft.

Some come insanely close to ROY, to his HEAD, to puncturing
his SUIT.  He is riding toward the CALYPSO, toward AEGAEON,
and he is risking his life to get there...

The Aries is GETTING NICKED and SLIGHTLY DAMAGED by the
PARTICULATE, but the craft hums reliably, its ROCKETS FIRING
with dependable power.

The CRAFT begins to NEAR the CALYPSO.  Roy REENTERS the
cockpit.

CONFIDENTIAL

GRAY_014254

INT. COCKPIT

Roy withdraws his helmet.

He PAUSES FOR A MOMENT; his HANDS are BLOTCHY, and his
fingernails are BLEEDING...

                    ROCKET COMPUTER
          Significant damage to rocket
          staging capability... Reentry
          shields in section THREE
          DESTROYED...

Roy stares at the lifeless STATION.  He presses forward:


EXT./INT. CALYPSO

The Station has a kind of LARGE A-FRAME.

Through this A-Frame, Roy's craft slips in.

Roy's CRAFT VENTURES through the CENTER of the STATION.

HUGE SPACES filled with ROBOTS that do not resemble anything
anthropormorphic, but rather look like the kind of machines
which make AUTOMOBILES.  WE HEAR Roy's labored BREATHING.

ROY'S P.O.V. - The robots are in repose, ready to be
awakened.  WE CONTINUE TO HEAR Roy's BREATHING...

He passes the anthropoid robots, and enters another, even
larger, area.

ROY'S P.O.V. - A flurry of automated activity, as we pass
EVERY SPECIES OF ROBOT, from giant vehicles to small, squat
machines, gliding to and fro.  Some are fitted with cranes
and forklifts, others with grabs and manipulators and
cutting/welding equipment.

Again, no sign of humans.  The robots move slowly, with
secret purpose, WARNING LIGHTS whirling for the benefit of
the unseen humans.

Roy grows WEARY.  He appears to be getting SICKER...

And yet he presses on.


INT. INNER SANCTUM

The craft now ventures to SEE, on both sides:

WINDOWS, through which we can spot the POPULATION of the LIMA PROJECT.

We pass by PEOPLE who look like they're made of stone.  They have the death stare about them...

If they move, it's almost imperceptibly slow.  They might as well be floating statues, as they look at him--and he at them--through glass.

He looks for clues as to where Gates has holed himself up. Finds nothing.

As Roy makes some final adjustments to his equipment, we notice one of the very small robots on the side of the A-Frame.  A CAMERA mounted on it silently ROTATES towards Roy, and a RED LIGHT blinks on next to the camera.  It knows Roy is here.

                    ROY MCBRIDE
          This is the Aries, of the United
          States Armed Forces Space Division.
          I am attempting to contact the Lima
          Project.  Over.

Static.

CLOSER to the CALYPSO.  Again, Roy tries:

                    ROY MCBRIDE (CONT'D)
          Lima Project, I repeat: this is the
          Aries, of the United States Armed
          Forces Space Division.  I am
          attempting to reach Dr. John Gates.
          Do you read.

Then, STATIC NOISE.  A VOICE COMES ON HIS RADIO.  It says, through crackling frequency noise:

                    DISEMBODIED VOICE (RADIO FILTER)
          Dr. Gates wishes to make contact,
          Aries...

The STATIC NOISE ENDS.  Roy stops the craft.  Looks out the window.  NOTHING.  And then he looks to the window, to his RIGHT.

An area just outside the A-Frame...

Floating therein: a smaller, Skylab-type LABORATORY attached to the Calypso (albeit much bigger than Skylab).

And, hovering over the laboratory, still far away from Roy, is:

DR. JOHN GATES, in full spacesuit.  He appears as a godlike figure on the dark horizon, levitating over Saturn.   Though we cannot see his face (it's behind that copper shield), we know it is he.

A LINE OF ASTRONAUTS FLOATS, DEATHLY STILL, IN FRONT OF GATES.

They are his protectors.

He LOOKS LIKE A GOD, HOVERING THERE IN THE BLACKNESS...

Roy: amazed to have finally found his mentor, and the nemesis of his planet, speaks through a haze of some kind of sickness.  JUST THEN:

A TEXT APPEARS on ROY'S COMPUTER SCREEN:

"HELLO ROY"

ANGLE ON ROY as he receives this.

                    ROY MCBRIDE
          Dr. Gates?  Are you able to
          establish audio contact--

Text: "NO"

Then another:

"U.S. MONITORING ALL AUDIO"

                    ROY MCBRIDE (CONT'D)
          It's not true.  My earth
          transponder is off--I don't trust
          them, either.  They're not
          currently aware of my location.

No response.  Roy continues:

                    ROY MCBRIDE (CONT'D)
          John?  Capcom is...concerned.
          They're convinced you're building
          some kind of catastrophic weapon.

Text: "IT IS NO WEAPON AT ALL"

A beat, then:

Text: "WHAT YOU HAVE SEEN IS ONLY THE BEGINNING"

Roy is FADING FAST.

CONFIDENTIAL                                                          GRAY_014257

                         ROY MCBRIDE (CONT'D)
                    Well, then--I'm...I'm hoping you
                    can...
                         (beat)
                    ...that you'll show me.  And that I
                    can, can help you.
                         (beat)
                    Can you...show me...?

Roy starts to BLEED OUT OF HIS EYES!  Is he dying--?


EXT. SPACE - NEAR THE CALYPSO

ROY SPOTS a MACHINE, A ROBOT OF SOME KIND, HEADING TOWARD HIS
CRAFT.

It LATCHES ONTO HIS CRAFT and BEGINS TO PULL APART THE SIDES.

Roy SUTURES HIS SPACESUIT, ENABLES HIS OWN OXYGEN SUPPLY.


EXT. SPACE - IN THE CENTER OF THE CALYPSO

Roy now outside his spacecraft, which is being devoured by
the machines.

NEW ANGLE OF ROY - seeing Gates in only his spacesuit.  And
behind Roy, in the deep distance, is Earth, a tiny pinprick
of light 900 million miles away.  (Vis. note: see recent
Cassini photograph.)

GATES'S MEN APPEAR TO COME RIGHT AT HIM.

Just then, an APERTURE on the Calypso opens up, and a TETHER
comes out.  It wraps around Roy's waist like an anaconda,
starts to pull him inside...

He SPINS HELPLESSLY in the TETHER...

Roy struggles, as the tether pulls him in.

His EYES BEGIN TO CLOSE.  LIKE HE IS ENTERING A DREAM.

His POINT-OF-VIEW through his helmet goes out of focus.

A DREAM, PERHAPS, is coming...

                                        CUT TO BLACK.

We HEAR ONLY WIND.

FADE IN:

CONFIDENTIAL                                                    GRAY_014258

INT. GATES' LABORATORY – MEDICAL UNIT – CONTINUOUS

ON ROY – unconscious... but, now...

He awakens... Looks around.  His expression says, *"Where am I?"*

We HEAR ONLY HIS BREATHING.  LOUD, PRESENT.  We ARE INSIDE HIS HEAD.

Roy finds himself inside a HOSPITAL-type area, which is housed somewhere within the laboratory.  There are machines and equipment, but no people besides Roy.

There's ZERO GRAVITY here.

Roy is suspended on a THIN CABLE.

Roy sees a bunch of peculiar EXPERIMENTS in various stages of completion.  Strange robotic GIZMOS monitoring multicolored biochemical SOLUTIONS.

It's a haunting place.  Half-completed BODY PARTS hover in the zero-g chambers.

The DOOR to the laboratory IS OPEN, revealing a dark PASSAGEWAY.


A CLOSE SHOT ON THE BACK OF DR. JOHN GATES

Very old, yet still regal.  Lanky, gaunt, sinewy.  BUT WE CAN'T TELL WHAT HE LOOKS LIKE; HIS BACK IS TO US.  And his VOICE is WAY TOO PRESENT to be "REAL".

The only LIT thing is Dr. Gates.  We are in a VOID.

                    DR. JOHN GATES
          You've been asleep for several
          weeks now.  We stabilized you, but
          you've had too much radiation.
               (beat)
          You'll die.

Roy is shocked.  Speechless.

                    DR. JOHN GATES (CONT'D)
          You traveled through the rings to
          get here, totally unprotected--I
          would have thought you would know
          the risks.

                    ROY MCBRIDE
          It was my duty...

CONFIDENTIAL

GRAY_014259

                    DR. JOHN GATES
          I knew they would send you.  I knew
          they would try to use you.  Again.
          First Claire, now me.

                    ROY MCBRIDE
               (pained)
          I didn't...hurt Claire.  I would
          never hurt her--

                    DR. JOHN GATES
          Yes, we're aware you had no ill
          intentions.  If we weren't, you
          would have been dead a long time
          ago.

                                        FLASH CUT TO:

ROY'S POV

Of a ceiling.  PASSING us BY RAPIDLY.  Like he's on an
operating room GURNEY.

                    ROY MCBRIDE (O.S.)
          They said you were experimenting
          with genetic duplication.  With
          whole brain emulation--

                                        CUT TO:

A CLOSE SHOT OF GATES.

As he speaks to Roy:

                    DR. JOHN GATES
          The earth's life is finite, Roy.
          Some deny it.  Others know it but
          wish to live only in the present.
          So we must act.

OVER THE FOLLOWING DIALOG:

AN OPERATING ROOM TABLE.

Men and women are PREPPING an operation.  LOOKING INTO THE
CAMERA.  As though they are about to operate on US.

                    DR. JOHN GATES (V.O.)
          We have developed here the only
          path to our sustained survival.
          There are earthlike planets, far
          away.
                         (MORE)

                                    GRAY_014260

107.

                    DR. JOHN GATES (V.O.) (CONT'D)
          But our only chance to reach them
          is to send...the *essence* of us.
          Duplicates of us can now travel
          across the stars--their ages, life
          expectancies, and knowledge totally
          conditioned by men from the earth.

                    ROY MCBRIDE (V.O.)
          Are you...<u>operating</u> on me...?

                    DR. JOHN GATES (V.O.)
          We're looking at you, Roy.  Inside
          you.
               (beat)
          Our accelerator will store both the
          conscious and the vast
          unconscious...


INT. OPERATING SPACE

An OPERATION now seems to be taking place.  On US.  We are in
ROY'S POINT OF VIEW.  (It should feel like the stories of
operations done with the anesthesia not working entirely,
with the patient awake on the table.)

                    ROY MCBRIDE
          I saw the results of your work.  On
          Mars.  A genetic duplicate in
          error.  And a moon here, destroyed.

                    DR. JOHN GATES (V.O.)
          You can't judge me, Roy...  Have
          <u>you</u> lost a child?  Do you know what
          that means?  The anguish?  All the
          love you put into that being, for
          naught?

BACK TO GATES in CLOSE UP:

Gates turns inward.  Looking devastated, TEARS BEGIN to
stream down his cheeks.

ANGLE ON ROY, his body spinning in a VOID.  Over this:

                    DR. JOHN GATES (V.O.)
          I had the chance to bring my
          daughter back--whole.
               (beat)
          So I did.  And her own work helped
          me do it.  Now she is complete.
          You loved her, too--I know you did;
          wouldn't you like to see her...?

CONFIDENTIAL                                                    GRAY_014261

108.

ANGLE ON ROY as we

                                        CUT TO:


INT. GATES' LABORATORY – MEDICAL UNIT

CLOSE SHOT ON ROY.  He is looking...

At this moment, the laboratory door SLIDES OPEN.

ROY'S P.O.V. – In the shadows of the dark, empty passageway,
there is some MOVEMENT...

Roy watches, tensely, as:

Someone comes into view, floating towards us.

It is Claire.

Roy can't take his eyes off her.

Claire moves nearer, looking at him.

Roy watches silently, his eyes tracking her.

She's still looking at him, and her eyes WIDEN... And she
smiles with a WARMTH that we haven't seen before.  She truly
recognizes Roy.  Still several yards away from him, she holds
out her hand to him.

Roy looks at her with wonder, his eyes shining.  He can now
tell that HIS Claire is back!  He draws a deep breath.

Claire, urged on by Roy's expression, moves even closer to
Roy.

                    CLAIRE GATES
          Hello, Roy.

She takes Roy's hand.  THEY ARE REUNITED.

He grabs it tightly.

                    CLAIRE GATES (CONT'D)
          You are dying...  And like me, you
          will be reborn.

                                        CUT TO:


INT. BLACK LIGHT SPACE – INSIDE GATES' LABORATORY

The BACK of a YOUNG AND HEALTHY ROY MCBRIDE'S HEAD.

CONFIDENTIAL                                        GRAY_014262

We CANNOT SEE his FACE.  He is SEATED far from us.

ROY, our ROY, is LOOKING AT THIS.

                    CLAIRE GATES
          He is not yet complete.  But he
          will be.

Looks past her shoulder again as his GENETIC DUPLICATE.  His
CLONE. Claire gets up and walks away.  She joins the Roy
Duplicate.  WE NEVER SEE his DUPLICATE'S FACE.  Roy closes
his eyes.  We HEAR:

                    DR. JOHN GATES (V.O.)
          The earth must know, Roy--we must
          give them this knowledge.  And your
          craft is the only one which can
          return home.

Then Roy opens his EYES.  Sees:

Gates.  Gates hasn't the time to enjoy the pride of this
accomplishment--he now must address the gravity of the
situation.

                    DR. JOHN GATES
          I know they will send the codes for
          your re-entry, but only after my
          death is confirmed.

Gates TAKES Roy's HAND.  PLACES a GUN in it, AIMS IT AT
HIMSELF.

                    DR. JOHN GATES (CONT'D)
          I am at the end of my life now,
          having done what is necessary and
          right.  So I ask you to send Claire
          back the earth.

                    ROY MCBRIDE
          My ship is damaged.  It risks
          catastrophe at takeoff.

                    DR. JOHN GATES
          We must take these chances...we
          must...

Gates again PULLS the GUN TOWARD HIMSELF.  Roy is overwhelmed
by all of this...

                                      CUT TO:

GRAY_014263

110.

EXT. SPACE - OUTSIDE THE ARIES

The craft is hidden within the rings of Saturn.

                        DR. JOHN GATES (V.O.)
                Will you do these things, Roy?  For
                us?  For ALL of us...?

                                              CUT BACK TO:

CLOSE ANGLE ON ROY.

                                              DISSOLVE TO:


INT. ARIES SPACESHIP - LATER

Claire makes her way into the craft.

ROY'S DUPLICATE can be SEEN ALREADY IN THE CRAFT, again only
from BEHIND...


EXT. ARIES - MOMENTS LATER

Roy, floating in SPACE, in full spacesuit now, and holding a
weapon.  Gates EMERGES, also in full spacesuit.  A LINE of
GATES'S MEN BELOW GATES, almost like a FENCE...

Roy lifts his gun.  He FIRES into the MIRROR of Gates'
faceplate, SHATTERING his own REFLECTION.

Gates somersaults backward.  Pinwheels over and over, away
from the ship, into the distance.  He DISAPPEARS.


INT. ARIES - CONTINUOUS

Claire looks through the cockpit window at the sight of her
dead father receding into the distance.

                                              CUT TO:


INT. ARIES SPACESHIP - LABORATORY - CONTINUOUS

Roy FILES some of Gates's DNA into a computer system; he then
communicates via radio to relay the information back to
Earth.

                        ROY MCBRIDE
                Edwards, Earth... I have...
                completed the mission.  Dr. Gates
                is dead.  Please confirm, over.

CONFIDENTIAL

GRAY_014264

COMPUTER VOICE
Transmission sent.  Earth receipt
is 1 hour 21 minutes 09 seconds
away.

ROY MCBRIDE
Capcom, Stage Three of the Aries
has been badly damaged by the E-
ring.  Will release the rocket
stage manually.  Commencing manual
staging through handprint
identification.  Over.

COMPUTER VOICE
Capcom will require a mission
assessment.

In the meantime, before the earth receives his transmissions,
Roy will have time to do what he's got to do to.  So he
launches into a confession of sorts:

ROY MCBRIDE
Current assessment, to be held
until after return codes are sent:
I have always been a loyal soldier.
But do I stay loyal when I
encounter a breathtaking
technological advance?  When the
earth tells me I should destroy
this sort of development?  I've
always done what I've been told,
without doubt or question--until
this moment.  I will not be
returning to the earth.  I am
sending others in my place.

CUT TO:


EXT. SATURN - RINGS - MOMENTS LATER

Roy embarks on a FINAL SPACEWALK.  He floats through one of
Saturn's rings.  Music suggestion: Giacinto Scelsi's "Quattro
pezzi per orchestra."

TOWARD THE ARIES.

Roy is holding on outside, after getting the craft into
proper orbit.  He looks inside to SEE CLAIRE and his
DUPLICATE, in the murky distance, for one last time.  Then:

ROY MCBRIDE (V.O.; CONT'D)
I ask you to accept those who <u>do</u>
return, and to see what they bring.
(MORE)

112.

                    ROY MCBRIDE (V.O.; CONT'D) (CONT'D)
          They will lead the way to a future
          much brighter than the one before
          us at this moment.  So I give my
          life for them. I recognize that the
          earth regards genetic duplication
          and whole brain emulation as evil.
          Yes, it is against the law.  But
          the laws of man shift over time.
          And at this moment, I am at peace.
          At peace over my own death, but
          even more knowing the human race
          will soon be able to call another
          planet home before it finds itself
          extinct.


INSIDE THE ARIES'S CORE

Roy PLACES his HAND on a TABLET.  An ALARM CLANGS.  "STAGING
ACTIVATED" flashes.

                    ROY MCBRIDE (V.O.)
          I am at peace.  End of
          transmission.

Roy HOLDS ON as a COUNTDOWN BEEPS: *ten...nine...eight...*

He looks up, through THINK PANES OF GLASS.  At Claire, and
the duplicate of ROY.  Preparing to take off.

*Seven...six...five...*

Right beneath his feet, the craft BEGINS to STAGE.

*Four...three...two...one...*

At ZERO, the ROCKET STAGES WITH FORCE, YANKING ROY LOOSE FROM
the CAPSULE section of the Aries.  Beneath Roy's feet, as the
STAGE FALLS toward SATURN...

He is FINALLY FORCED TO LET GO.  He begins to SPIN toward the
rings of Saturn.

Roy floats amidst the trillion, tumbling SHARDS OF ICE AND
ROCK that swirl in endless rings around Saturn.  He has
electrostatically attracted RING DUST.  He's covered in it.

Roy moves through the rings with incredible speed.

<u>And then his body FREEZES.  And explodes.</u>
A message from Earth command... an hour and twenty minutes
have passed since Roy transmitted his information.  And now,
finally, is the confirmation...

CONFIDENTIAL

113.

                        COMMAND (V.O.)
                Roger that, death of Gates,
                confirmed.  Return confirmed.

Earth sends back the codes.


INT. ARIES SPACESHIP - CONTINUOUS

A silent BOOM as the spaceship departs.


EXT. SATURN - CONTINUOUS

The ship takes off, away from the ringed planet.


INT. SPACESHIP - CONTINUOUS

Claire is on her way back to Earth.  With her is the
salvation of the human race.  And, by her side...

The possibility of a new Roy.


the end

CONFIDENTIAL                                              GRAY_014267