# EXHIBIT 2

Message

| | |
|---|---|
| **From:** | James Gray [▓▓▓@me.com] |
| on behalf of | James Gray <▓▓▓@me.com> [▓▓▓@me.com] |
| **Sent:** | 8/27/2014 9:31:01 PM |
| **To:** | Ethan Gross [▓▓▓@sbcglobal.net] |
| **CC:** | Christopher Spelman [▓▓▓@gmail.com] |
| **Subject:** | enjoy. |
| **Attachments:** | ADASTRAfairytale.docx |

CONFIDENTIAL

GRAY_014027

A major blackout occurs on earth.

Roy McBride is in low orbit. In a state of solitude, having been relegated to that by the acts of his father. A figurative castration.

His sister and brother-in-law come to visit him. They say to him that the blackout may be due to their father and his deep-space experimentation.

This comes as a shock to Roy; he had presumed that the father was dead. The father, after all, went to Saturn years ago on a one-way trip, in the name of extraterrestrial and other scientific research. This "one-way" thing helped further the estrangement. The new emails the earth has received are cryptic and sound similar to old personal emails from the father.

Roy goes to the army. Confesses that this is possibly his father who is responsible for the blackout. The army comes back to him, confirming this analysis. Proposes that he go on a mission with others to stop the father's experimentation. A signal emanating from Mars appears to be aiding the power source/communications of this Saturn project. Someone is helping the father. Roy must track the signal to find both the guilty party and the father, whose exact location is unknown. He is almost unable to lie due to his Asperger's. But he is told that sometimes "prevarication is preferable in pursuit of the greater good".

He sets forth. Space itself, is in a state of some flux. Neither dystopian nor a paradise. Some patches are at war, some in an uneasy détente of sorts, others totally capitalized, like a mall.

The moon is dangerous, but Roy makes it out of there. (Question: how does this change Roy/propel the story?)

Other episodes, emphasizing that the deeper we go in space, the harder it is on the psyche.

Finally arriving on Mars, he encounters the Sorceress by entering her lair. She's born and bred on Mars; she's photosensitive, having been raised on Mars and breathed Mars's filtered air exclusively.   He tells her honestly his mission:
"I am to disable the Lima Project. I was to follow your signal , which would lead me to the location. I have been sent to destroy it, and the man we believe has controlled this is my father."
She is stunned. Realizes who he is. Tells him that she has watched many hours of him as a youngster, and she reveals her dreams of one day going to earth and having a normal family.
"You have been so honest. But I beg you not to. The scope of what is to be discovered is far greater than you thought. Your father is a great man."

CONFIDENTIAL
GRAY_014028

But meanwhile, Roy has failed his psych-eval test. So his tether is cut. They come to get him with massive firepower, and he departs forcibly. She believes he has deceived her.

Back on the ship, Roy is told he has failed his test, and the mission must be aborted. But Roy gets into a death match with the others after tensions heighten and accusations are made. The rest of the crew is resentful for his truthtelling. Somehow, perhaps owing to his clinical nature, he is able to vanquish them. However, his spacecraft is only a smaller part of the larger one he must jettison.

After moments in the escape pod, he learns of the emergence of another spacecraft. It is the sorceress on her way to warn Roy's father of the coming onslaught.

He follows her into the lair. When he does, he makes contact with her, and she says, "I cannot attend your conference with your father. Only you can hear his words of wisdom, because you and he will be able to speak freely."

He confronts his father, who is dying of radiation poisoning. His father tells him that probes have returned evidence only of the most basic elements of life. That the evidence is we are alone in the reachable universe, and yet the existence of life hints at the great filter to come. The Great Filter is the indifferent universe's GRBs, which invariably will randomly destroy all life on any given planet. The earth disputes his conclusions, because there are competing theories on the data he has collected. "I realize how important the earth is—and I never realized it while I was there. It took my never returning to understand..." Now that he has made this reconnection with his son, he is more willing to die in peace.

"Every so often, the Etch-A-Sketch is wiped clean. Everything else alive in the universe has already been wiped out. The math says some society out there should exist, but it does not. Why not?"

Roy will send the Sorceress to the earth. The father will arm her with the unique microorganism proof, physical proof, that the earth will not be able to deny.

Roy kills the father.

The pod has been damaged by the GRBs. Roy must hook it up from outside and give it the push. But he dies in the process.

The Sorceress goes to the earth.