# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | James Gray [████@me.com] |
| on behalf of | James Gray <████@me.com> [████@me.com] |
| **Sent:** | 11/3/2014 1:34:16 PM |
| **To:** | Ethan Gross [████@sbcglobal.net] |
| **Subject:** | most up-to-date |
| **Attachments:** | AA_10.29.2014.docx |

CONFIDENTIAL

AD ASTRA – 11.2.2014

OUTER SPACE OPENING

Space. Neptune. Blue, magical, mysterious. Then, one of Neptune's moons. Oblong. 60-mile in diameter. Orbiting Neptune. It EXPLODES. (How? Why? The explosion must be connected to the Father's attempts to return to the earth. Experimenting with a new propulsion method—which leads to catastrophic failure.)

Then: Earth. One hundred years from now. Perhaps a "News On the March" opening, a la CITIZEN KANE. This would be the PBS thing below.

But Earth is BELOW us. We're near the satellites. A project involving something like HiVOLT ( the High Voltage Orbiting Long Tether). In charge of this project (meant to neutralize the Van Allen Belt) is Roy McBride, with the Army Corps of Engineers. We are still within earth atmosphere.

(Set up the GRBs? [Or whatever it is we'll call them.])

It's all visually exciting, but for Roy, it's business as usual. Dangerous but quotidian.

Possibility - Movie opens at a party. A scene brimming with life. Roy is there, but *not* there – he's not involved. Maybe the party is to celebrate success of HiVOLT. A news story on television; all the scientists are congregated around the monitor to watch their newfound fame. A PBS broadcast is on the television in a rec room (which contains a pool table, video games, books, etc.) It contains a debate about the probe programs, and the idea that we should hope we do NOT find life on other nearby planets; such a discovery might make us wonder if a great cataclysm is ahead of us, something that prohibits every species from progressing. Opportunity for exposition here in the broadcast talk about HiVolt.

Roy labors in relative obscurity. Which is how he likes it. Roy's a savant of a kind. He has Asperger's Syndrome. (I don't think we should name it. Or if we do, we should call it something made-up.) Father, however, should be mentioned. This needs to be set-up. (An astronaut is here, giving a tour to children. He says something like, "What we do would not be possible were it not for the work of this man, Roy McBride, and the people like him. The people in the shadows, out of the limelight.")

Then: Felix Baumgartner imagery. Roy is loaded into position by TECHNICIANS with jumpsuits which say "Boeing" on the back. Roy exits platform, ventures into the big blue sky. Something happens which forces Roy into freefall; it's something that is caused by the Neptune moon's explosion, and a piece of debris knocks Roy into a terrifying spin. He does right himself, and floats safely to the earth.

(A scene in a private room. A hotel room, tiny, with a relatively big window.)
(Roy gets a call. Videophone – but we can't see the CALLER.)

CALLER (OS): Roy McBride?
ROY: Who is this? (darkness on the videophone screen; Roy adjusts it, to no avail...) Who is this?
CALLER (OS): I'm calling about your father...
ROY: My father is dead...
(The CALLER comes into view a bit into the light; it almost looks like a woman, even though the voice is male. But maybe the voice is being altered. Who is this?)
CALLER: I'm calling about his work.
ROY: His work-- his theories have been discredited. Why are you bothering me?
*Possibly this previous exchange is not necessary. Perhaps just an alert, saying he is going to be contacted tomorrow.*

Roy sleeps. His sleep is unsound. He is subject to strange dreams. Someone is communicating with him via his subconscious. He and we don't know this yet. (Possible image: A long, shadowy tunnel. Movement towards us. A large, black dog is walking towards us, its strides are panther-like. Coming from out of the darkness, slo-mo... The sound of PANTING, as well.)

A woman named LEVANT comes to see Roy. Levant interviews Roy, a la Janet Leigh with Anthony Perkins in PSYCHO. Roy reveals his family shame to her. His career has been limited. He is in this state of solitude, having been relegated to that by the scientific failures of his father. And the father's perceived moral failures – which presumably led to some kind of mysterious mass space death, an EPIC failure of a space program. It is a figurative castration. (Think Bernie Madoff's sons.) And, Roy's solitude further augmented by his personality – his sort of Asperger's Syndrome. Which itself had been caused – or heightened – by some long pent-up (not in a RAINMAN way), buried trauma. *Is this necessary now?*

This turns out to be a psychological evaluation for the United States Army—something he's not been aware of. Roy is studied with the help of advanced sensors and drugs. (Roy asks, "Why?" "I can't answer that." On Roy – as he asks, "Who?")

Levant takes Roy to see army top brass. (One or two of them - an Admiral and/or General – should be female.) ("You're a spitting image of your father." Roy says, "You knew him?" "We've seen pictures.") They explain to him that they believe his father has been planning extremely dangerous experiments—one of which might be responsible for the detonation of Larissa, the small moon on Neptune. This comes as a total shock to Roy; he had presumed that the father was dead. The father, after all, went to Neptune years ago on a one-way trip, in the name of extraterrestrial and other scientific research. This mission, the Lima Project, was a joint mining-scientific mission. This "one-way" thing helped further the estrangement from his son, and the father famously went mad. (Famously? Or it's a secret, except for within certain sectors?) Moreover, the army has received intercepts of strange communications, visions, with strange sounds, and other written messages that have lead them to suspect the father. The new emails the earth has received are cryptic and sound similar to old emails from the father. These communications are likely from Neptune. Roy listens, outwardly nonplussed. However:

2

the army has investigated Roy thoroughly. And they know that there is one image Roy has looked at hundreds of times, much like a song played repeatedly in iTunes. An image almost from his birth, perhaps like a GIF. Roy doesn't know what the image means, but it holds a curious fascination for him. It represents something that triggered in him an emotional shutdown in him.

Roy is told that the deeper we go in space, the harder it is on the psyche: The U.S.A. has the strictest rules about psychological makeup of any nation. It's dangerous to have people who are too "normal."

They tell him in no uncertain terms: if your father does not comply, he will be eliminated. (Roy doesn't seem to care. Thought he was dead anyway.) The plan: the Army wants him to go into space, to help disable the father's operation near Neptune. Other, more experienced crew will come with him; they include two true assassins. Roy does not yet know they are killers. The rest of his crew are to be met on the moon. Outwardly, the plan is to disable the system, with the father remaining in exile. But where is the father now? There is one major clue, one lead: a signal emanating from Mars appears to be aiding the power source/communications/intel of this Neptune project. Someone is helping the father. Roy must track the signal to find both the guilty party and the father's exact location.

We find out that Roy is almost unable to lie due to his syndrome. But he is told that sometimes "prevarication is preferable in pursuit of the greater good".

Roy sets forth via shuttle to the moon. Space itself, is in a state of flux, war. Neither dystopian nor a paradise. Some patches are at war, some in an uneasy détente of sorts, others totally developed, like a mall. A form of chaos. But there is an optimism because of the potential discovery of alien life.

The moon landing. It's a shuttle—think Southwest Airlines. The Flight Attendant is a warm, slightly plump woman, giving Roy pretzels and a drink. Totally quotidian, "normal". Man on plane with Army says the Army deliberated Roy's involvement. They worried about the personal connection. They worried that Roy might have residual rage toward his father, especially given the news that his father is still alive—and destructive. Roy insists that any anger will not cloud his judgment.

ARRIVAL ON THE MOON

Set up the machine – or its prototype or its sister machine – on the moon. It involves the same technology as the one on the Lima Project. Maybe we also set up the machine's achilles heel. The machine is a self-replicator which enables the sustained life on the moon.

The moon is strange. Some spots are like the Beverly Center, but others are like Sarajevo, c. 1992, with different groups battling over territory rich in helium-3, a valuable element. We meet the rest of Roy's team, which includes two silent assassins.

3

CONFIDENTIAL
GRAY_014000

We also meet Colonel Pedrosa. Colonel Pedrosa leads the group on a trip to the spacecraft across the dangerous parts of the moon and then toward its far side. Roy makes it out of there. We get a glimpse of Roy's true rage and potential, released by the action. We get a taste of what has been buried beneath his surface. He and his crew make it off the moon, partly due to Roy's cold-bloodedness. Turns out Colonel Pedrosa was a leading candidate for the Lima Project. He is meant to go with Roy and the others, but he is killed when a tear in his spacesuit becomes lethal during the lunar chase.

QUESTION: HOW DOES THIS SEQUENCE AFFECT/CHANGE ROY???? We must ask ourselves this question constantly through the piece.

ON THE WAY TO MARS/MARS ARRIVAL

On the way to Mars: they stop to answer the mayday calls from a craft, a NATO craft.

*Let's focus on cause/effect element here. A heightening of tensions. Can't just be prompted by a mayday; will lead to "episodic" feel.*

There is a debate about what to do; Roy is not in favor of stopping, but the others—citing loyalty to their fellow Marines—decide to do so. They enter the craft. A rhesus monkey is going nuts inside, eating the face of an unknown woman. Closing an Airlock, Roy contacts the moon. What is the proper protocol here? "Are we expected to return the corpse? Do we euthanize?" Roy is frustrated—even slightly angry—that the Army seems to have no control over what is going on here. It takes the signal 3 minutes to reach the moon, and for an answer to be returned. Science, turns out, is not always that "scientific". Science has a repressed unconscious, a real capable of breaking into the symbolic. Roy begins to doubt his stabilizing buffers, what gives him equilibrium. They may no longer work, or be valid. His emotional shield only hides the supreme chaos—both of the cosmos and of his soul—from his view.

Arriving on Mars, we find freak shows and peep shows and lots of alcohol. Men alone in space: "Shunga parlors." I like that term - shunga is Japanese for erotic depictions. Shunga woodblock prints were enjoyed by men and women of all classes. It was considered a lucky charm against death for a samurai to carry shunga. Shunga was considered a protection against fire in merchant warehouses and the home.)

More attempts to make Mars seem "normal": A chapel. (See: Antarctica base.) Roy receives information about a radioactive part of the Mars base. He decides he needs to enter that core. He encounters Claire by entering her lair. She's Mars-born and bred – a literal Martian. She's photosensitive, having been raised on Mars and breathed exclusively its filtered air. She works by day for Cornell University's Annex program. Something about her connects with Roy. Connects to the messages that were sent to him. (The "dog in the tunnel…")

The cloud storage for NATO is on Mars. It's an off-world back-up system in the event of some catastrophic, Earth-wide failure. It's connected with Cornell's Annex program. She

4

steals data from it, sends it to the father from inside the old nuclear plant. She is unprotected from radiation, so she only can stay inside for 10 minutes at a time (even though she does ingest iodine). This is where Roy finds her.

He tells her honestly his mission and we see here how he is incapable of deception. (Maybe lose this.) "I am to disable the Lima Project. I was to follow your signal, which would lead me to the location. I have been sent to destroy it, and the man we believe has controlled this is my father."

Claire says she is Roy's half-sister. She's been trying to communicate with him since she was a child. She says that she couldn't contact him directly because she was afraid of intercepts. She tells him that she has watched many hours of him as a youngster, and she reveals her dreams of one day going to earth and having a normal family. He is blown away, or as blown away as he could be given his limitations. She continues: "You have been so honest. But I beg you not to stop our father. Yes, he *is* insane. But the scope of what is about to be discovered is far greater than anyone thought. Our father is a great man. Rarely can there be such greatness without some insanity."

(Roy would hereby ask what the discovery is.) She says that they have much to reveal to a skeptical earth, an earth which long ago discounted the father's musings amidst his insanity. They want to communicate their discoveries. Claire received one cryptic message from their father before communications were dropped. (What is this message? "The evidence is here. We believe we have finally found it.")

But the time is up. Unprotected from radiation, she must return to a safe part of the base. Claire's still talking. Claire explains that she alone has long wanted to lure Roy to them. And, as said, she couldn't contact him directly. There should be weird, eerie sounds down here, getting louder. Radioactivity monitors, generator motors, maybe eerie music, getting louder, and we're close on Roy, and we cut rather suddenly and break P.O.V.

Back on the ship, with Roy's crewmates. When Roy returns, he is shown footage of Claire. Tries to protect her, says they have what they need from her and can move on. But unwittingly, Roy has led the men to her, and now the men have to kill her. Roy is unintentionally guilty. Watches her killing, is inwardly horrified. (Or, it's an *assumed* killing. She's really alive – and is meant to be used as leverage against the father, if need be, when the time comes.)
So he fails his psych-eval test. Roy learns what we long have suspected: that the plan involved killing his father. The image in his brain matches the image in his data files. (See TED talk.)

Maybe Roy tries to lie to the crew of astronaut assassins.
He DOES lie.
But to no avail.

Roy gets into a death match with the others after tensions heighten and accusations are made. The rest of the crew is resentful for his truthtelling. Somehow, perhaps owing to

5

CONFIDENTIAL                                                                                                          GRAY_014002

his clinical nature, he is able to vanquish them. However, unable to save his sister, he is devastated more than he has ever been. Roy is incapacitated. He seems ready to give up. As the fight climaxes, he is blown out of the capsule. Hurtling through space, he attempts to grab onto the spinning artificial gravity wheel of the nearby Mars satellite orbiter. He comes closer and closer… and then he… makes it! Gathering himself, he lets go and floats toward the probe meant for Claire.

He reaches the large PROBE, which has a shuttle-like arm attached to it. It grabs him, pulls him into the airlock and then into the craft. It is indeed Claire's craft.

(Obviously, we have to explain this. It couldn't have been planned, so how does this happen?)

Roy pulls off his helmet, tries to communicate with Claire whom he hopes is still alive. Radio'ing to her: "KDK-12, this is KDK-4. Do you read?" No answer. Then he sees it: his coordinates have him heading for Neptune. To another of Neptune's moons – Despina. Or someplace within one of Neptune's ring arcs. Maybe the settlement is near Galatea, a moon just inward from the ring, whose gravitational pull confines the arcs. The arcs are clumps of dust. Galatea is where the Lima settlement is thought to be, where his father is thought to be. At the solar system's – and thus humanity's – furthest mines and self-sufficient colonies.

Does anything interesting happen during the possible months it takes to reach our outer solar system, or do we simply ellipse the time? YES. The Spacecraft is bombarded by sparks-like particles (see: APOLLO mission); the spacecraft has to go through the rings of an asteroid, which are only partly visible depending on the movement of light; and he has hallucinations as he approaches Neptune, a la SORCERER.

Arriving around Neptune. Everything here is soaked in an eerie blue. (Maybe until the final scene[s], as color returns thanks to the computer's spectrometric assistance that enables us to see the machine...)

Roy arrives at the father's lair. A MONITOR clicks on. Video, of his father, His father is old and dying of radiation poisoning, and does not appear in the flesh. A will of sorts. A speech modeled after William Safire's speech for Nixon. So in the place of the previous draft's Norwegian ship beat, here we now have the abandoned space station by Neptune. Dead bodies, ghostly. Message from The father. About the machine. About the GRBs (or whatever) that hit Neptune (and/or its moon[s]).

Roy encounters around Neptune not his father or anyone else but a self-replicating machine.

Such a probe is part of a self-replicating spacecraft system designed to investigate its target system and transmit information about it back to its system of origin. Von Neumann (although he never applied his work to the idea of spacecraft) called such self-reproducing automata "Universal Assemblers" or "Universal Constructors.") (I like this

6

term as a possible name four our machine nemesis – CONSTRUCTOR.) (We probably shouldn't use the name Von Neumann, anyway, because of Seinfeld. ["Hello, *Newman*."])  (We can call them VNPs, if we want. Or Bracewell probes [these being probes programmed to lie dormant, silently observe, attempt to make contact or even interfere with or guide the evolution of life in some way.])

What does the machine – or series of machines – look like?

The constructor creates whatever the settlement needs. 1-kilo crafts, creations at the intersection of biology, AI & microelectronics—a blend of organic and electronic components. They are bred and programmed to "eat" ice and hydrocarbons found in the rings of the outer planets. After entering a planet's vicinity, they collect materials from the moons and rings of the planet, taking in nutrients. They can land and take off using an auxiliary (chemical?) (ion?) rocket. They would periodically transmit details of their journey when they make radio contact with the settlement. They are involved with mining, as well as exploration & research. Are they also involved in the development of and terraforming of moons?

Actually, here's what happened: two different machine constructors - self-replicating machines launched by different entities (one corporate, one scientific) – are now competing with each other, have in a sense corrupted each others' programming. Leaving us with a swarm of machines about to engulf the moon etc.

Maybe the settlement's self-replicating technology that is now mining Neptune's satellites (harvesting sulfur, nitrogen, phosphorus, helium-4, other metals) is what destroyed the moon and did other bad things. The father had been shamed unnecessarily.

And what is the father's great discovery?

There can be no advanced life anywhere in the universe. GRBs (we'll chose another name, because actual GRBs aren't so dangerous), omnipresent universally, destroy or inhibit the progress of all carbon-based life.

Probes have returned evidence only of the most basic elements of life. Life fried by GRBs. The evidence is we are alone in the reachable universe, and yet the existence of life hints at the Great Filter to come. This is the Great Filter that the father has discovered and so desperately believes in. The Great Filter is the indifferent universe's GRBs, which invariably will randomly destroy all life on any given planet. GRBs – thought to be caused by the merger of some combination of white dwarfs, neutron stars or black holes – flash-fry DNA, corrupting it; in effect, adding a countdown timer to life.

The boon that Roy is to bring back is the potential knowledge to prevent this.

There is physical evidence of high-energy radiation. The father found high levels of

7

CONFIDENTIAL                                                                                                                          GRAY_014004

the isotope Carbon-14 and Beryllium-10 in fossils. Carbon-14 and Beryllium-10 form when radiation from space collides with nitrogen atoms, which then decay to these heavier forms of carbon and beryllium.

The father has comes to understand that the earth is everything. "I realize how important the earth is – and I never realized it while I was there. It took my never returning to understand…" (I suppose it may be possible to express this idea without it being so very cheesy.), The key to humanity's long-term survival – and the survival of consciousness in the universe – is to preserve the GRB evidence around Neptune for future investigators. Perhaps they will discover a secret that will allow life to survive the coming storm of GRBs. The earth has disputed his conclusions, citing competing theories on the data he'd collected.

The father must inform earth of his discoveries. But the settlement's self-replicating technology threatens to destroy that precious evidence; in addition, the self-replicator has as part of its essential programming a mission: to replicate and grow, to send repeated and constant mini-probes to seek out intelligent life and/or to mine satellites.

The problem is the machine will soon destroy all evidence of the Filter and nobody will believe him. The machine must be destroyed so the evidence can be preserved.

(Why can't Roy bring back rock samples, etc, that might bear the same evidence?)




As the father's message is antithetical to the machine's key mission, it has blocked his message, not allowing news of the Filter to reach Earth. For this reason, and because of his new understanding of humanity's uniqueness, the father grows desperate to return to the earth. The father has an enlightened view of the terrible future. The emotional message is the crucial one: what made Roy's life most meaningful, his connection with his sister, is what makes everyone's life most meaningful. He brings back two things: **ONE**, we are going to be extinguished, and everything and anything important to anyone will no longer exist. The ethical reality of the message is that the world you are in is the only world you are going to have. The value of emotion is to connect you to the rest of humanity. What they have is as real as what you had. That is what is important. The human consciousness will not survive in the same state. **TWO**, earth must find a way to stop the GRBs/Great Filter.

Here's what else we learn, in backstory:
Some probes returned from their journeys, having travelled via antimatter.) (Faster-than-light.) The father desperately wants (or wanted) to come home. In his attempts to do so, using FTL technology, the moon of Neptune is destroyed. The probes' technology is what destroys the moon of Neptune.

8

CONFIDENTIAL
GRAY_014005

The father attempted to use the self-replicating technology to fashion a spacecraft to return to earth. This backfires. It destroys Neptune's moon and the Lima Project's population. Dying of massive radiation poisoning, he thus leaves behind a video will (which we are now experiencing), explaining the newfound knowledge of our specialness in the universe, and the need to preserve Neptune's moon(s) as is so that the archeological GRB evidence can be studied.

Therefore Roy must destroy the self-replicator.

At the same time, the earth has decided to forestall any other actions but to blow the installation to smithereens. Unless Roy can radio back an abort signal. There is now a race against time.

So Roy infiltrates the machine. What does it even look like? We need to be big-brained; it shouldn't be a mechanized thing, overtly. The AI is seen representationally – as pixels. As math. Perhaps it can only be seen after information is decoded. Or, other possible representational images: Fractals. A Mandelbrot set. Liquid sound. Perhaps it is in the gases of Neptune, or in the dust in its rings' arcs. Is it a plasma machine?

Roy can't see anything. He needs to receive a sequence to enable him to perceive what's right before him.

Darkness. There is nothing there. But there's no such thing as nothing. There is quantum energy in nothing. There is dark energy, vacuum energy in nothing. The darkness is like a living thing. we can almost hear it breathing. We hear: PANTING. (The panting of a dog?) Roy is haunted by the dark.

Roy destroys the machine. How does he do this? Communications with earth are restored, and he radios back the abort order, just in time. The evidence around the Lima Project will be preserved.

Roy returns to the earth, armed with the (fossilized) biological proof, and non-biological proof (isotopes, carbon-dated rocks & minerals).

And he is haunted by the replaying of the GIF-type image Claire sent him long ago.

At the very end of movie, Roy sees his sister in the ship. She's there But not really. It's a flashback scene (played almost like it's not a FB) – in which she helps him discover (or rediscover) his humanity, opening (or repoening) him up emotionally. Maybe we realize the meaning of the GIF.

9

REMAINING QUESTIONS:
The craft that takes him to Jupiter.
The trip past the asteroid's rings.
How does he destroy the machine at the end, and how is it linked to his expertise?

10

CONFIDENTIAL                                                                                               GRAY_014007