# EXHIBIT 4

Message

| | |
|---|---|
| **From:** | Christopher Spelman [              @gmail.com] |
| **Sent:** | 11/8/2014 4:58:15 AM |
| **To:** | James Gray [              @mac.com];              @sbcglobal.net |
| **Subject:** | pdf w notes etc. |

i added notes to the pdf you sent, so lemme know if you can't see them. below i've also added an attempt to clarify what i see as the most confusing issue.

the source of my greatest uncertainty so far: what are we saying is the unrevealed history of this family? it comes up (and i think must be addressed then and there) on pg. 18, where i have put a note, and here is my version of an answer. obviously this has problems of its own, a mile wide--and i am quite tentative about the timing (how many years ago this or that happened)--but something like this seems to make the most sense to me right now. it's nothing new, and we've gone back and forth on it, but somehow i feel like it's/we're still not clear about what the background is, so:

15(?) years ago or so, Roy's father headed the joint research/mining mission (Lima Project) to Neptune. For a few years he sent back disappointing, pessimistic reports about the attempts to find signs of extra-terrestrial life. This negative pattern culminated with his announcement that the mission parameters had to change; he would act w/out regard for official approval because (as he said) those in authority back on earth could not be brought to accept his analysis of the situation. He subsequently enacted a total communications blackout. Faced with this disastrous loss of control over such an ambitious project, the authorities devised a cover story, based at least in part on what they thought was or would soon be true: Roy's father--and perhaps others on the mission?--had suffered a deep-space breakdown, had essentially taken actions to destroy the entire project, which terminated with total loss of life.

In fact, however, Clifford McBride has been continuing his research, albeit in a new direction (GRB etc.), and has maintained constant, secret contact with his daughter Clare, Roy's unknown half-sister, who lives on Mars. Clare has been clandestinely passing on information to her father ever since the "blackout," hacking into gov't systems etc in furtherance of her father's goals. But a year ago (maybe a year ago?), Clare herself lost contact with Col. McBride. Desperate both bc of her concern for her father, and bc their secret work had reached a critical stage, Clare began indirectly reaching out to her half-brother Roy, hoping to lure the authorities into believing that Roy might provide them with access to his father. For Clare believes that, with Roy's help, she can rescue their father and bring the fruits of his research to the aid of all humanity. For the past year, army/gov't has been monitoring Clare's communications; unaware of her identity, they are nonetheless convinced that she may be in contact with Col McBride and whatever remains of the Lima Project. When Larissa explodes, they decide to pursue her, and to enlist Roy, just as Clare has hoped…

In fact, Clare has long kept a secret, tutelary eye on Roy. Though he no longer remembers her, they once shared a close bond: as his older half-sister, she took special care of him in their brief time together *(tho if they were ever together, when and where?)*. That was long ago; now she lives a secret, secluded life on Mars. But when Clifford McBride broke with the authorities and was subsequently disgraced, Clare extended her sympathy to the young man, sending him the gif images that have fascinated him ever since. Unbeknownst to her, though, the images were damaged in transmission; Roy has never understood the significance of what Clare was trying to communicate.

CONFIDENTIAL

GROSS_000142