# EXHIBIT 9



| | |
|---|---|
| DATE | Tuesday, May 17, 2017 |
| SUBJECT | **AD ASTRA // Notes on 5.12.17 Draft** |

### Roy
- While we appreciate the removal of any explicit mention of Roy being on the spectrum, there remains an emotional placidness to Roy that feels more pronounced than merely the suppression of emotions. Can we look for ways to make Roy more actively feel and emote during these experiences?

### Francesca
- Francesca now tells her father that he has, "destroyed everything [he] has ever touched." The tone of her goodbye is much harsher than her loving, understanding sign-off in earlier drafts, "Please know I am forever your loving daughter." What does this change mean? If this signals a shift in Francesca's understanding or opinion of her father, can we make this clear? As we work to trace Roy's evolving perspective on H. Clifford through the film, let's do the same for Francesca's. What does it mean for her to have been kept on Mars, apart from her other family? Does meeting Roy change her understanding of her father, or her life, or both? If so, let's emphasize this change by bolstering our understanding of Francesca's attitudes toward her father and brother from the beginning.

### Roy & Francesca
- Francesca's reveal in the reactor core chamber that she is the girl at The Cloisters – and further that she is Roy's sister – has the potential to be an immensely moving moment, as Francesca finally reunites with the brother she has been watching videos of for years, and Roy realizes he has someone to share the weight of his father's past. Toward this end, can we look for ways to pinpoint both Roy and Francesca's emotional starting points before they meet? Obviously their reunion sparks a change in both of them, so let's highlight this change by firmly establishing their respective mindsets prior to this intense conversation in the core. Furthermore, is it worth clarifying why H. Clifford was in communication with Francesca and not Roy, or why Francesca never reached out prior to this? She tells him she wanted to, and that she hoped she could trust him, but why wait so long to reveal herself?

- What does Roy's lie to Francesca mean at the end? Does this gesture to some personal development? Let's expound on this, especially now that it has been complicated by the H. Clifford hologram.

### Earth & Space // Father & Son
- At its highest level, this is a story about turning our gaze inward – reorienting ourselves to stop searching for something *out there* to fix us, and to realize that the answers are *here*, within and around us. This paradigm shift in Roy's thinking is set up early, with his insistence that the answers are out in space, and is then satisfactorily paid off with Roy's ultimate decision to return to earth with new understanding of its significance.

If this story is also about Roy reconnecting with his lost father who abandoned him, can we look for ways to set up this arc from the beginning so that Roy's reunion with his father (or his hologram) sufficiently pays off emotionally? Roy tells Lieutenant General Dunford he is aware of his father's guilt and feels the need to make up for what he did, and while it is clear then – and later when Roy reads the scripted message to his father – that he is burying his emotions, can we make it clear what these buried feelings are? Is Roy upset when Dr. Pedrosa tells him there has been no response from his father? What does the video from The Cloisters mean to Roy? What does this chance to find his father mean to him? Roy tells Francesca he simply doesn't consider himself H. Clifford's son – is this true?

CONFIDENTIAL  GRAY_002632

### Communication
- Can we clarify the logistics surrounding communication and correspondence throughout the film? Is there – even in the most basic of terms – a messaging system or network that can help to answer some of our questions about the way messages are sent and received, including:
- How does Francesca send a message to Roy's television screen, which he mistakes as from his father?
- How does Francesca manage to transmit a message to her father, which Roy sees aboard the Cepheus, while she is under USSPACECOM arrest?
- How does H. Clifford McBride send a transmission to the Canadian Broadcasting Channel from Lima? Does this transmission and its intercept mean he could have communicated with Roy from Lima?

### Roy's Return to Earth

- Is the improvised propulsion-by-detonation sequence surrounding the lunar module launch tense enough? Can we raise the stakes around the possibility that Roy may die here – alone at the end of the Universe? Is there a moment of peril before he survives, or at least a beat before Roy solves the problem when he momentarily appears defeated or gives up? This return to Earth should be the most difficult part of Roy's long journey.

### SPACECOM
- Without becoming overly expositional, is there a way to gesture toward SPACECOM's larger agenda? Dr. Pedrosa makes it clear that they need to find Dr. McBride, but can we establish their overall strategy? Let's also elaborate on how the Lima Project fell off the map, and how it is that SPACECOM can't find them. In this new draft, Dr. Pedrosa now tells Roy that many people have been sent after his father, and more still will be sent. This is the first we have heard of this – can we hear more about these failed attempts? Is there more to make of this history?

- What are the broader geopolitics at play regarding the exploration and colonization of space? Are there ways to flesh out the stakes of other nations finding out about the Lima Project risk? Is this the mission to find and stop the Lima Project a USSPACECOM mission, or a global SPACECOM mission? Are they in aligned in their ultimate goal?

### LOGISTICS
- Lietuenant General Dunford tells Roy that the destruction of Larissa occurred, "last week." If this is so, when did H. Clifford die – and is he actually responsible for the destruction of Lima? Let's more clearly trace this timeline.

- Lietuenant General Dunford tells Roy that Spacecom has intercepted communication sent from Mars to Neptune, and that they want him to try to find whoever on Mars is communicating with the Lima project – which they believe is hidden in the rings of Neptune. Why send Roy to Mars, rather than straight to Neptune?

- Roy no longer takes the data from the core chamber inside the reactor. How does he later know the coordinates of the Lima? Is it merely that the Cepheus has been programmed by Alan Tanner to head there?

- It's clear now how the Spacecom astronauts find Roy and Francesca, but is it clear enough why they are arresting Francesca? Are these men surprised to find her there? Is this breach of protocol? Is it treason?

- Before Roy pilots the Cepheus to Neptune, he fights off Yoshida, Tanner, Scobee, and Fandos – killing them in the process. In the fight, three men die (including Fandos from Mars SPACECOM), and Tanner is left trapped in a section of the ship. Upon return to earth, are there consequences for these deaths? Clearly these men were at fault, but does SPACECOM see it that way? How does SPACECOM view Roy's actions in the end, in light of Roy disobeying their command to remove him from the mission, the subsequent deaths of these men, and Roy having reached the Lima Project and returned home with their research data? Mission accomplished?

2