# EXHIBIT 10

| | |
|---|---|
| **From:** | Ethan Gross [█████@sbcglobal.net] |
| **on behalf of** | Ethan Gross <█████@sbcglobal.net> [█████@sbcglobal.net] |
| **Sent:** | 6/2/2017 6:21:19 PM |
| **To:** | James Gray [█████@mac.com] |
| **Subject:** | Re: here |
| **Attachments:** | AA-LP 5.31 EKG changes.fdx; ATT00002.bin |

Looking forward to talking to you about these issues.
Meanwhile...
I shifted around some stuff the first act (mostly starting around p16)... Look for asterisks, and blue text. Curious what you think. It didn't reduce much page-length, but it might speed the pace or smooth the narrative. Or at least inspire ideas. We can also lose some things, like the Indian neighbor. I love the Indian neighbor, but it sort of bumps me because it overly reminds me of the 2001 scene with the Russians. I shifted it around a bit to have the neighbor accost Pedrosa, to see if that helps me. Not sure. Again, maybe we can lose it. Maybe lose other stuff. I was gonna cut some things like loudspeaker announcements or tv programming, but the truth is that will often only play in the BG (Altman-like, perhaps) and won't slow things down. I added a walk-and-talk to the Pedrosa stuff, that might hurry things along. I cut some dialogue here and there. Will probably scan everything again for other cuts--I'm sure we'll find more.

Also today, I worked on confrontation scene between Roy and Cliff, because to me it's key...It will inform what we need before that. It combines threat to the solar system (antimatter), and fate of Francesca, It can inform what makes/made Francesca tick. We can compact the narrative, compress the past. More stuff happens here as the action culminates.
As you will see, I "split the baby" - Clifford is alive AND a hologram. I like that. It is interesting, and it tees up his death. He pretty much just hung on, beyond speech, for a chance to see his child one last time. When I thought of it on the stairmaster, I kind of teared up. And I like the thing with his hand. I don't know if I wrote it right.
Here's what I did today:

CONFIDENTIAL

GRAY_002504