| | |
|---|---|
| 1 | **LAW OFFICE OF VICTOR SAPPHIRE** |
| 2 | Victor K. Sapphire, Esquire |
|   | 7190 Sunset, Suite 116, Los Angeles, CA 90046 |
| 3 | (323) 449-7872 |
| 4 | vic@Brandidenttylawyer.com |
|   |         - and - |
| 5 | **THE TICKTIN LAW GROUP** |
| 6 | Peter Ticktin, Esquire (FBN 887935) |
|   | Serv512@LegalBrains.com |
| 7 | April Noelle Grant, Esquire (FBN 1042028) |
| 8 | Serv540@LegalBrains.com |
|   | 270 SW Natura Ave., Deerfield Beach, FL 33441 |
| 9 | (561) 232-2222 |
| 10 | Attorneys for the Plaintiff, Phillip Madison Jones |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP MADISON JONES, | Case Number: 2:21-CV-05890-FWS-SK |
| Plaintiff. | *The Honorable Fred W. Slaughter* |
| v. | **PLAINTIFF'S STATEMENT OF GENUINE DISPUTES IN SUPPORT OF OPPOSITION TO MOTION OF DEFENDANTS THE WALT DISNEY COMPANY, TWENTIETH CENTURY FOX FILM CORPORATION, AND 20TH CENTURY STUDIOS, INC.FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| TWENTIETH CENTURY FOX FILM CORPORATION; THE WALT DISNEY COMPANY; 20TH CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC, JAMES GRAY, and ETHAN GROSS, | |
| Defendants. | *Filed Concurrently with Opposition to Motion for Summary Judgment; Declarations of Phillip Madison Jones, Suzanne de Passe, Janet Neipris-Wille; [Proposed]Judgment* |

|   |   |
|---|---|
|   | Date: August 10, 2023<br>Time: 10:00 a.m.<br>Crtrm.: 10D<br><br>Trial Date: February 13, 2024 |

Pursuant to Local Rule 56-2, the Plaintiff, Phillip Madison Jones, respectfully submits the following Statement of Genuine Disputes in support of his Opposition to Motion for Summary Judgment, filed herewith against the Defendants, The Walt Disney Company ("TWDC"), Twentieth Century Fox Film Corporation ("TCFFC"), and 20th Century Studios, Inc. ("TCS") (collectively the "Defendants"):

### I.   STATEMENT OF GENUINE DISPUTES

| **Disputed Facts** | **Supporting Evidence** |
|---|---|
| **A. The Drafts of Ad Astra Was Not the Final Script** | |
| 1. *Ad Astra* was not independently created by the Writer Defendants without knowledge of or a reasonable opportunity to copy *Cosmic Force*, the script written by the Plaintiff. | Wille Dec. ¶ J |
| 2. The Writer Defendants received, read, or heard of Plaintiff's script, Cosmic Force prior to the commencement of this lawsuit. | Jones Dec., ¶ 13,15. |

STATEMENT OF GENUINE DISPUTES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANTS TWENTIETH CENTURY FOXFILM CORPORATION, ET. AL. FOR SUMMARY JUDGMENT

2

| **Disputed Facts** | **Supporting Evidence** |
|---|---|
| 3. The 5/22/15 Script does not follow the primary storyline established by the 11/29/13 Script as modified by the 8/27/14 Outline in depicting astronaut Roy McBride as he embarks upon a dangerous mission from Earth to the Moon, then to Mars, and then to Neptune, in search of the rogue mission commander of the Lima Project, his own father H. Clifford McBride, who was believed to have been tragically lost in space 18 years previously. | Wille Dec., ¶ 114. |
| 4. Between 2016 and 2017, Gray and Gross continued revising *Ad Astra* with access to *Cosmic Force*. | Wille Dec., ¶ H; Jones Dec., ¶ 21. |
| 5. Stein and/or Davis shared *Cosmic Force* with the Writer Defendants. | Jones Dec., ¶ 21. |
| 6. Davis Entertainment DEC is an independent production company that is not owned by defendant TCFFC or any of TCFFC's parent companies or affiliates | Jones Dec., ¶ 16. |
| 7. Fan was interested in *Cosmic Force* | Jones Dec., ¶ 25, Exh. 9 |

**B. Ad Astra and Cosmic Force are Strikingly Similar**

STATEMENT OF GENUINE DISPUTES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANTS TWENTIETH CENTURY FOXFILM CORPORATION, ET. AL. FOR SUMMARY JUDGMENT

3

| **Disputed Facts** | **Supporting Evidence** |
|---|---|
| 8. The plots of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6-7,19,22,93,104,125. |
| 9. The sequences of events of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6-7,125. |
| 10. The characters of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 104,112,113,123, 125,126. |

STATEMENT OF GENUINE DISPUTES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANTS TWENTIETH CENTURY FOXFILM CORPORATION, ET. AL. FOR SUMMARY JUDGMENT

4

| **Disputed Facts** | **Supporting Evidence** |
|---|---|
| 11. The settings of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6-7, 22,125. |
| 12. The plots of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6-7,19,22,93,104,125. |
| 13. The moods/tones of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6-7, 125. |

STATEMENT OF GENUINE DISPUTES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANTS TWENTIETH CENTURY FOXFILM CORPORATION, ET. AL. FOR SUMMARY JUDGMENT

5

| **Disputed Facts** | **Supporting Evidence** |
|---|---|
| 14. The dialogues of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6,18, 114(c)(g),115,125. |
| 15. The pace of *Ad Astra* and *Cosmic Force* are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 6-7,18,125. |
| 16. Ad Astra is "strikingly similar" to Cosmic Force such that the independent creation of Ad Astra by the Writer Defendants was virtually impossible. | Wille Dec., ¶ 95,128. |
| 17. The expressive elements of Ad Astra's screenplays and trailers are substantially similar in protectible expression after filtering unprotected stock scenes and scenes-a-faire of the science fiction genre and the elements of the *Ad Astra* that were created before were different than the Writer Defendants had access to *Cosmic Force*. | Wille Dec., ¶ 7,128. |

| **Disputed Facts** | **Supporting Evidence** |
|---|---|
| **C. TCFFC Breaches the Implied Contract between Jones and TCFFC** ||
| 18. Stein accepted and acknowledged receipt of *Cosmic Force* | Jones Dec., ¶ 21. |
| 19. Stein accepted the terms of using *Cosmic Force* | Jones Dec., ¶ 18. |
| 20. TCFFC used *Cosmic Force* under the name *Ad Astra* | Jones Dec., ¶ 27. |
| 21. TCFFC nor Fox compensated the Plaintiff for the use of *Cosmic Force*. | Jones Dec., ¶ 28. |

DATED:   July 6, 2023

/s/ *Peter Ticktin*_____
**THE TICKTIN LAW GROUP**
Peter Ticktin, Esquire
*Attorney for the Plaintiff*

STATEMENT OF GENUINE DISPUTES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANTS TWENTIETH CENTURY FOXFILM CORPORATION, ET. AL. FOR SUMMARY JUDGMENT

7