| | |
|---|---|
| 1 | **LAW OFFICE IF VICTOR SAPPHIRE** |
| 2 | Victor K. Sapphire, Esquire |
|   | 7190 Sunset, Suite 116, Los Angeles, CA 90046 |
| 3 | (323) 449-7872 |
|   | vic@brandidentitylawyer.com |
| 4 | - and - |
|   | **THE TICKTIN LAW GROUP** |
| 5 | Peter Ticktin, Esquire (FBN 887935) |
|   | Serv512@LegalBrains.com |
| 6 | April Noelle Grant, Esquire (FBN. |
|   | Serv540@LegalBrains.com |
| 7 | 270 SW Natura Ave., Deerfield Beach, FL 33441 |
|   | (561) 232-2222 |
| 8 | Attorneys for the Plaintiff, |
|   | Phillip Madison Jones |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHILLIP MADISON JONES, | Case Number: 2:21-CV-05890-FWS-SK |
| Plaintiff. | |
| | *The Honorable Fred W. Slaughter* |
| v. | |
| TWENTIETH CENTURY FOX FILM CORPORATION d/b/a 20th CENTURY STUDIOS; THE WALT DISNEY COMPANY; 20th CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC; RT FEATURES; RT FEATURES U.S. LLC; JAMES GRAY and ETHAN GROSS, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT**<br><br>Date: August 31, 2023<br>Time: 10:00 a.m.<br>Crtrm.: 10D |
| Defendants. | |

1

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

**TO THE HONORABLE FRED W. SLAUGHTER, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Plaintiff, PHILLIP MADISON JONES, by and through his undersigned Counsel, hereby files his Notice of Withdrawal of Motion for Leave to File a Fifth Amended Complaint [DKT. 204].

Dated: August 18, 2023

/s/ *Peter Ticktin*
**THE TICKTIN LAW GROUP**
Peter Ticktin, Esquire
Florida Bar No. 887935
April Noelle Grant, Esquire
Florida Bar No. 1042028
**LAW OFFICE OF VICTOR SAPPHIRE**
Victor K. Sapphire, Esquire
7190 Sunset, Suite 116,
Los Angeles, CA 90046
(323) 449-7872
vic@Brandidenttylawyer.com
*Attorneys for the Plaintiff*