| | |
|---|---|
| DAVID ARONOFF (SBN 125694)<br>DAronoff@FoxRothschild.com<br>JOSHUA BORNSTEIN (SBN 311658)<br>JBornstein@FoxRothschild.com<br>FOX ROTHSCHILD LLP<br>Constellation Place<br>10250 Constellation Blvd, Suite 900<br>Los Angeles, CA 90067<br>Telephone:  310.598.4150<br>Facsimile:   310.556.9828<br><br>Attorneys for Defendants<br>TWENTIETH CENTURY FOX FILM CORPORATION, THE WALT DISNEY COMPANY, 20TH CENTURY STUDIOS, INC., RT FEATURES U.S., LLC, JAMES GRAY, and ETHAN GROSS | JEREMIAH REYNOLDS (SBN 223554)<br>jreynolds@eisnerlaw.com<br>ALEXANDRA ACHAMALLAH (SBN 317978)<br>aachamallah@eisnerlaw.com<br>EISNER, LLP<br>9601 Wilshire Blvd., 7th Floor<br>Beverly Hills, CA 90210<br>Telephone: (310) 855-3200<br>Facsimile: (310) 855-3201<br><br>Attorneys for Defendant CREATIVE ARTISTS AGENCY, LLC |

THE TICKTIN LAW GROUP
Peter Ticktin, Esquire (admitted *pro hac vice*)
Serv512@LegalBrains.com
April Noelle Grant, Esquire (admitted *pro hac vice*)
Serv540@LegalBrains.com
270 SW Natura Ave., Deerfield Beach, FL 33441
(561) 232-2222

Attorneys for the Plaintiff,
PHILLIP MADISON JONES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MADISON JONES,<br><br>          Plaintiff,<br><br>  v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION D/B/A 20TH CENTURY STUDIOS; THE WALT DISNEY COMPANY; 20TH CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC; RT FEATURES; RT FEATURES U.S. LLC, JAMES GRAY, AND ETHAN GROSS,<br><br>          Defendants. | Case No. 2:21-CV-05890-FWS (SKx)<br><br>Hon. Fred W. Slaughter<br><br>**JOINT STIPULATION REQUESTING ENTRY OF JOINT [PROPOSED] JUDGMENT**<br><br>[JOINTLY-FILED [PROPOSED] JUDGMENT CONCURRENTLY-FILED] |

Pursuant to Local Rule 7-1, plaintiff Phillip Madison Jones ("Plaintiff") and defendants 20th Century Studios, Inc. ("20th Century"), Twentieth Century Fox Film Corporation ("TCFFC"), The Walt Disney Company ("TWDC"), RT Features U.S., LLC ("RTF"), James Gray ("Gray"), Ethan Gross ("Gross") and Creative Artists Agency LLC ("CAA")  (collectively, "Defendants") (Plaintiff and Defendants are referred to as the "Parties" herein), by and through their undersigned counsel, respectfully stipulate and agree, subject to the Court's approval, as follows:

**WHEREAS**, on May 31, 2023, Defendants Gray, Gross, and RTF (the "Writer Defendants") filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment as to Counts One through Three of Plaintiff's Fourth Amended Complaint ("4th Amend. Cmpt.") (the "Writer Defendants' Motion").  Dkt. 150.

**WHEREAS**, on June 1, 2023, Defendants TWDC, TCFFC, and 20th Century (the "Distributor Defendants") filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment as to Count Four of Plaintiff's 4th Amend. Cmpt. and joined the Writer Defendants' Motion as to Counts One through Three of the FAC (the "Distributor Defendants' Motion").  Dkt. 152.

**WHEREAS**, on May 31, 2023, Defendant CAA filed a Motion for Summary Judgment, or in the Alternative, Summary Adjudication as to the claims asserted against CAA ("CAA's Motion") and joined the Writer Defendants' Motion and the Distributor Defendants' Motion.[1]  Dkt. 149.

**WHEREAS**, on August 10, 2023, the Court heard oral arguments on the Motions and subsequently took the Motions under submission on the same date.  Dkt. 209.

**WHEREAS**, On November 28, 2023, the Court issued its Order GRANTING the Summary Judgment Motions in their entity and dismissing the 4th Amend. Cmpt. (Dkt. 126) with prejudice.  Dkt. 227 (the "Summary Judgment Order").

---

[1] The Distributor Defendants' Motion, the Writer Defendants' Motion, and CAA's Motion are collectively referred to herein as the "Summary Judgment Motions."

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 54(d) and Section 505 of the Copyright Act, 17 U.S.C. § 505, Defendants, as the prevailing parties, are entitled to an award of their reasonable attorneys' fees and costs.

**WHEREAS**, the Parties have entered into a written settlement agreement under which, among other things, in exchange for Defendants' agreement that they will not seek their attorneys' fees and costs in this action, Plaintiff waives his right to appeal.

**WHEREAS**, on December 8, 2023, Defendants lodged herein a [Proposed] Judgment that contemplated the filing by Defendants of motions for fees under Fed. R. Civ. P. Rule 54(d) and Section 505 of the Copyright Act (Dkt. 230); however, in light of the foresaid agreement of the Parties that Plaintiff is waiving his right of appeal in exchange for Defendants' waiver of their right to seek attorneys' fees, Defendants hereby withdraw the prior [Proposed] Judgment (Dkt. 230) and the Parties are herewith lodging a new Joint [Proposed] Judgement reflecting their agreement.

**NOW, THEREFORE**, the Parties, through their respective undersigned counsel, hereby stipulate and agree, subject to the Court's approval and the signing of the Joint [Proposed] Judgment submitted herewith that Plaintiff hereby waives his right to appeal the Court's Summary Judgment Order (Dkt. 227) in consideration for Defendants' waiver of their rights to seek reasonable attorney's fees and costs from Plaintiff under Fed. R. Civ. P. Rule 54(d) and Section 505 of the Copyright Act.

**SO STIPULATED**.

Dated:  December 19, 2023

**EISNER, LLP**

*/s/ Jeremiah Reynolds*
Jeremiah Reynolds
Attorneys for Defendant,
CREATIVE ARTISTS AGENCY, LLC

| | |
|---|---|
| Dated: December 19, 2023 | **THE TICKTIN LAW GROUP** |
| | /s/ *Peter Ticktin* |
| | Peter Ticktin |
| | Attorneys for Plaintiff, PHILLIP MADISON JONES |
| | |
| Dated: December 19, 2023 | **FOX ROTHSCHILD LLP** |
| | /s/ *David Aronoff* |
| | David Aronoff |
| | Attorney for Defendants, TWENTIETH CENTURY FOX FILM CORPORATION, THE WALT DISNEY COMPANY, 20TH CENTURY STUDIOS, INC., RT FEATURES U.S., LLC, JAMES GRAY, and ETHAN GROSS |

<u>**Attestation of Concurrence in Filing**</u>

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *David Aronoff*
David Aronoff