UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MADISON JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION D/B/A 20TH CENTURY STUDIOS; THE WALT DISNEY COMPANY; 20TH CENTURY STUDIOS, INC.; CREATIVE ARTISTS AGENCY, LLC; RT FEATURES; RT FEATURES U.S. LLC, JAMES GRAY, AND ETHAN GROSS,<br><br>　　　　Defendants. | Case No. 2:21-cv-05890-FWS-SK<br><br>**JUDGMENT GRANTING THE PARTIES' JOINT STIPULATION REQUESTING ENTRY OF JOINT PROPOSED JUDGMENT [231] AND DISMISSING WITH PREJUDICE PLAINTIFF'S FOURTH AMENDED COMPLAINT [126]** |

///

///

///

On August 10, 2023, the court heard oral argument on the following three motions regarding Plaintiff Phillip Madison Jones's ("Plaintiff") Fourth Amended Complaint, (Dkt. 126):

1. A Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment as to Counts One through Three of Plaintiff's Fourth Amended Complaint filed by Defendants James Gray, Ethan Gross, and RT Features U.S., LLC, (Dkt. 150 (the "Writer Defendants' Motion"));

2. A Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment as to Count Four of Plaintiff's Fourth Amended Complaint and Joinder in the Writer Defendants' Motion as to Counts One through Three filed by Defendants 20th Century Studios, Inc., Twentieth Century Fox Film Corporation, and The Walt Disney Company (collectively, the "Distributor Defendants"), (Dkt. 152 (the "Distributor Defendants' Motion")); and

3. A Motion for Summary Judgment, or in the Alternative, Summary Adjudication as to the claims asserted against Defendant Creative Artists Agency, LLC[1] and joinder in the Writer Defendants' Motion and the Distributor Defendants' Motion, (Dkt. 149 ("CAA's Motion")).[2]

On November 28, 2023, the court granted the Summary Judgment Motions in their entirety. (Dkt. 227.) On December 19, 2023, the Parties filed a Joint Stipulation Requesting Entry of Joint Proposed Judgment ("Stipulation"). (Dkt. 231.)

Based on the record in this matter, including the court's November 28, 2023, Order and the Stipulation, it is **HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Stipulation is **GRANTED**.

---

[1] Defendants James Gray, Ethan Gross, RT Features U.S., LLC, 20th Century Studios, Inc., Twentieth Century Fox Film Corporation, The Walt Disney Company, and Creative Artists Agency, LLC are collectively referred to as "Defendants." Defendants and Plaintiff are collectively referred to as the "Parties."

[2] The Distributor Defendants' Motion, the Writer Defendants' Motion, and CAA's Motion are collectively referred to as the "Summary Judgment Motions."

1

2. Plaintiff's Fourth Amended Complaint, (Dkt. 126), and this action as a whole are hereby **DISMISSED** in their entirety **WITH PREJUDICE** as to all Defendants.

3. Pursuant to a written settlement agreement of the Parties, Plaintiff has waived his right to appeal herein, and as such, this **FINAL, NON-APPEALABLE JUDGMENT** is hereby entered against Plaintiff and in favor of Defendants.

4. Pursuant to said settlement, in exchange for Plaintiff's waiver of his right to appeal, Defendants have waived their right as the prevailing parties to seek reasonable attorneys' fees and costs under Federal Rule of Civil Procedure 54(d) and Section 505 of the Copyright Act, 17 U.S.C. § 505, and accordingly, all parties shall be responsible for their own respective fees and costs.

5. The court shall retain jurisdiction for purposes of enforcing the settlement of the Parties, until further order of the court.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 5, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE